IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

**FILED**

JUN 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUZETTE RICHARDS,　　　　　　　　:

　　　　　　Plaintiff,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　v.　　　　　　　　　　　　　　　　:　　CASE NUMBER  1:06CV01179
　　　　　　　　　　　　　　　　　　:
DUKE UNIVERSITY, et al.,　　　　　　:　　JUDGE: Royce C. Lamberth
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　:　　DECK TYPE: Civil Rights (non-employment)
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　DATE STAMP: 06/28/2006

**JURY ACTION**

## ORDER

　　　　AND NOW, this 12th day of June, 2006, upon consideration of certain Defendants'

Motions to Dismiss For the Lack of Personal Jurisdiction, or in the alternative, to Transfer to the

District Court for the District of Columbia, the Motion to Transfer is GRANTED as unopposed.

　　　　Further, the core of plaintiff's complaint is centered in the District of Columbia, both

as to allegations of past and on-going conduct.  Venue in that District is most appropriate for the

convenience of all defendants and for all parties, including plaintiff, with respect to any discovery

and availability of witnesses.

　　　　Accordingly, this matter is hereby transferred to the United States District Court for

the District of Columbia, without prejudice to any pending motion.

　　　　The Clerk is hereby directed to transfer the file in this matter to the transferee court,

excluding the original motion for payment by the Guardian Ad Litem, Docket No. 171, which shall

be ruled upon by the transferor court as a miscellaneous matter.  A certified copy of Docket No. 171

shall be included in the original transferred file.

BY THE COURT:

JAMES T. GILES          J.
SITTING BY DESIGNATION

ATTEST:
WILFREDO MORALES
CLERK OF COURT

BY:

DEPUTY CLERK

cc. Suzette Richards, Esq.
David J. Comeaux, Esq. Fax 713-655-0020
Simone Francis, Esq.
Richard Hunter, Esq.
Ernest Batenga, Esq.
Henry L. Feuerzeig, Esq.

CERTIFIED A TRUE COPY THIS
9th DAY OF June 20 06
WILFREDO F. MORALES
CLERK OF THE COURT
BY
DEPUTY



# 03-CV-0079-I
# RICHARDS, SUZETTE v. DUKE UNIVERSITY

 Print

| District | Division | Origin | Filed On | Closed On | Jurisdiction |
|---|---|---|---|---|---|
| VI | St. Croix Division | Original Proceeding | 05/08/2003 | | Diversity |

| Rule 23 | $ Demand | Presiding Judge | Magistrate Judge | Jury Demand |
|---|---|---|---|---|
| No | $0.00 | GILES | CANNON | Yes |

**Cause:** CIVIL RIGHTS; Other Civil Rights

## Parties

**Plaintiffs**

**RICHARDS, SUZETTE**
*Represented by:*
SUZETTE RICHARDS, ESQ.

P.O. BOX 223875
CHRISTIANSTED, VI 00822
Phone: (340) 277-4808
Fax: (340) 772-5785

**Defendants**

**DUKE UNIVERSITY**
*Represented by:*
SIMONE R.D. FRANCIS, ESQ.
OGLETREE DEAKINS NASH SMOAK LLC
TUNICK BUILDING, SUITE 202
1336 BELTJEN ROAD
ST. THOMAS, VI 00802
Phone: (340) 714-1235
Fax: (340) 714-1245

**DUKE UNIVERSITY**
*Represented by:*
DAVID J. COMEAUX, ESQ.
OGLETREE, DEAKINS, NASH, SMOAK
500 DALLAS STREET, SUITE 3000
FAX 713-655-0020
HOUSTON, TX 77002
Phone: (713) 655-0855

**DUKE UNIVERSITY SCHOOL OF LAW**
*Represented by:*
SIMONE R.D. FRANCIS, ESQ.
OGLETREE DEAKINS NASH SMOAK LLC
TUNICK BUILDING, SUITE 202
1336 BELTJEN ROAD
ST. THOMAS, VI 00802
Phone: (340) 714-1235
Fax: (340) 714-1245

CERTIFIED A TRUE COPY THIS
9th DAY OF June 20 06
WILFREDO F. MORALES
CLERK OF THE COURT
BY _____
DEPUTY

**DUKE UNIVERSITY SCHOOL OF LAW**
*Represented by:*
DAVID J. COMEAUX, ESQ.
OGLETREE, DEAKINS, NASH, SMOAK
500 DALLAS STREET, SUITE 3000
FAX 713-655-0020
HOUSTON, TX 77002
Phone: (713) 655-0855

**DUKE UNIVERSITY BOARD OF TRUSTEE**
*Represented by:*
SIMONE R.D. FRANCIS, ESQ.
OGLETREE DEAKINS NASH SMOAK LLC
TUNICK BUILDING, SUITE 202
1336 BELTJEN ROAD
ST. THOMAS, VI 00802
Phone: (340) 714-1235
Fax: (340) 714-1245

**DUKE UNIVERSITY BOARD OF TRUSTEE**
*Represented by:*
DAVID J. COMEAUX, ESQ.
OGLETREE, DEAKINS, NASH, SMOAK
500 DALLAS STREET, SUITE 3000
FAX 713-655-0020
HOUSTON, TX 77002
Phone: (713) 655-0855

**KEOHANE, NANNERL IN HER PERSONAL**
*Represented by:*
SIMONE R.D. FRANCIS, ESQ.
OGLETREE DEAKINS NASH SMOAK LLC
TUNICK BUILDING, SUITE 202
1336 BELTJEN ROAD
ST. THOMAS, VI 00802
Phone: (340) 714-1235
Fax: (340) 714-1245

**KEOHANE, NANNERL IN HER PERSONAL**
*Represented by:*
DAVID J. COMEAUX, ESQ.
OGLETREE, DEAKINS, NASH, SMOAK
500 DALLAS STREET, SUITE 3000
FAX 713-655-0020
HOUSTON, TX 77002
Phone: (713) 655-0855

**GEORGETOWN UNIVERSITY**
*Represented by:*

RICHARD HUNTER, ESQ.
HUNTER COLE AND BENNETT
1138 KING STREET
CHRISTIANSTED, VI 00820
Phone: (340) 773-3535

**GEORGETOWN UNIVERSITY LAW CENTER**
*Represented by:*
RICHARD HUNTER, ESQ.
HUNTER COLE AND BENNETT
1138 KING STREET
CHRISTIANSTED, VI 00820
Phone: (340) 773-3535

**GONZALES, ALBERTO IN HIS OFFICIA**
*Represented by:*
ERNEST F. BATENGA
ASST. U.S.ATTY
1108 KING STREET SUITE 201
CHRISTIANSTED, VI 00820
Phone: (340) 773-3920

**FEDERAL BUREAU OF INVESTIGATION**
*Represented by:*
ERNEST F. BATENGA
ASST. U.S.ATTY
1108 KING STREET SUITE 201
CHRISTIANSTED, VI 00820
Phone: (340) 773-3920

**U.S. DEPARTMENT OF JUSTICE**
*Represented by:*
ERNEST F. BATENGA
ASST. U.S.ATTY
1108 KING STREET SUITE 201
CHRISTIANSTED, VI 00820
Phone: (340) 773-3920

**JOHN AND JANE DOES 1-10**
*Represented by:*
ERNEST F. BATENGA
ASST. U.S.ATTY
1108 KING STREET SUITE 201
CHRISTIANSTED, VI 00820
Phone: (340) 773-3920

**GATES, WILLIAM H. III IN HIS PER**
*Represented by:*
HENRY L. FEUERZEIG, ESQ.

DUDLEY, TOPPER & FEUERZEIG
1A FREDERIKSBERG GADE
P.O. BOX 756
ST. THOMAS, VI 00804
Phone: (340) 774-4422

**BALLMER, STEVE IN HIS PERSONAL &**
*Represented by:*
HENRY L. FEUERZEIG, ESQ.
DUDLEY, TOPPER & FEUERZEIG
1A FREDERIKSBERG GADE
P.O. BOX 756
ST. THOMAS, VI 00804
Phone: (340) 774-4422

**MICROSOFT CORPORATION**
*Represented by:*
HENRY L. FEUERZEIG, ESQ.
DUDLEY, TOPPER & FEUERZEIG
1A FREDERIKSBERG GADE
P.O. BOX 756
ST. THOMAS, VI 00804
Phone: (340) 774-4422

**MICROSOFT EMPLOYEES A-J**
*Represented by:*
HENRY L. FEUERZEIG, ESQ.
DUDLEY, TOPPER & FEUERZEIG
1A FREDERIKSBERG GADE
P.O. BOX 756
ST. THOMAS, VI 00804
Phone: (340) 774-4422

**GATES, MELINDA**
*Represented by:*
HENRY L. FEUERZEIG, ESQ.
DUDLEY, TOPPER & FEUERZEIG
1A FREDERIKSBERG GADE
P.O. BOX 756
ST. THOMAS, VI 00804
Phone: (340) 774-4422

## Docket

| Filed | # | Docket Text | EOD | by |
|-------|---|-------------|-----|-----|
| 05/08/2003 | 1 | COMPLAINT eod 05/09/03 [MWR] | 05/09/2003 | MWR |
| 05/08/2003 | 2 | FILING FEE PAID $50.00 receipt #52486 eod 05/09/03 [MWR] | 05/09/2003 | MWR |
| 05/08/2003 | 2 | SUMMONS issued for Nannerl Keohane, | 05/09/2003 | MWR |

|            |    |                                                                                              |            |     |
|------------|----|----------------------------------------------------------------------------------------------|------------|-----|
|            |    | Pres. eod 05/09/03 [MWR]                                                                      |            |     |
| 05/08/2003 | 3  | SUMMONS issued for David B. Adcock, agent for Duke University eod 05/09/03 [MWR]              | 05/09/2003 | MWR |
| 05/08/2003 | 4  | SUMMONS issued for David B. Adcock agent for Duke University of School of Law eod 05/09/03 [MWR] | 05/09/2003 | MWR |
| 05/08/2003 | 5  | SUMMONS issued for David B. Adcock agent for Duke University Board of Trustees eod 05/09/03 [MWR] | 05/09/2003 | MWR |
| 05/09/2003 | 6  | SUMMONS issued for Robert Mueller, FBI director eod 05/12/03 [MWR]                           | 05/12/2003 | MWR |
| 05/09/2003 | 7  | SUMMONS issued for John Ashcroft, agent for FBI, Atty Gen. of US eod 05/12/03 [MWR]          | 05/12/2003 | MWR |
| 05/09/2003 | 8  | SUMMONS issued for John Ashcroft, agent for US Dept of Justice Atty Gen of US eod 05/12/03 [MWR] | 05/12/2003 | MWR |
| 05/09/2003 | 9  | SUMMONS issued for David N. Nissman, Agent for US Dept of Justice USA of Distict of V.I. eod 05/12/03 [MWR] | 05/12/2003 | MWR |
| 05/09/2003 | 10 | SUMMONS issued for David N. Nissman, agent for FBI, U.S. Atty for the District of the V.I. eod 05/12/03 [MWR] | 05/12/2003 | MWR |
| 05/09/2003 | 11 | SUMMONS issued for John J. DeGioia, President of Georgetown University Law Center eod 05/12/03 [MWR] | 05/12/2003 | MWR |
| 05/09/2003 | 12 | SUMMONS issued for John J. DeGioia, President as an officer of deft Georgetown University eod 05/12/03 [MWR] | 05/12/2003 | MWR |
| 05/09/2003 | 13 | SUMMONS issued for Nannerl Keohane, Prsident of Duke University eod 05/12/03 [MWR]           | 05/12/2003 | MWR |
| 05/09/2003 | 14 | SUMMONS issued for David B. Adcock agent for Duke University Board of Trustees eod 05/12/03 [MWR] | 05/12/2003 | MWR |
| 05/09/2003 | 15 | SUMMONS issued for David B. Adcock agent for Duke University School of Law eod 05/12/03 [MWR] | 05/12/2003 | MWR |
| 05/09/2003 | 16 | SUMMONS issued for David B. Adcock agent for Duke University eod 05/12/03 [MWR]              | 05/12/2003 | MWR |
| 06/05/2003 | 17 | AMENDED COMPLAINT first filed eod 06/05/03 [MWR]                                             | 06/05/2003 | MWR |

| | | |
|---|---|---|
| 05/05/2003 | 18 SUMMONS issued to PTSGE Corp, as registered agent for Microsoft Corporation eod 06/06/2003 [TS] | 06/06/2003 TS |
| 05/05/2003 | 19 SUMMONS issued to William H. Gates, III in his personal and official capacity , as Chairman of Microsoft Corporation eod 06/06/03 [TS] | 06/06/2003 TS |
| 05/05/2003 | 20 SUMMONS Stevev Ballmer, in his personal and official capacity, as Chief Executive Officer of Microsoft Corporation eod 06/06/03 [TS] | 06/06/2003 TS |
| 05/05/2003 | 21 SUMMONS issued to Melinda Gates eod 06/06/03 [TS] | 06/06/2003 TS |
| 05/05/2003 | 22 SUMMONS issued to John Ashcroft, as agent for deft U.S. Department of Justice Attorney General of United Stated eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 23 SUMMONS issued to David Nissman, as agent for deft U.S. Department of Justice eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 24 SUMMONS issued to John Ashcrot, as agent for deft Federal Bureau of Investigation eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 25 SUMMONS issued to Robert Mueller, as agent for dept. Federal Bureau of investigation Director eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 26 SUMMONS issued to David Nissman, as agent for deft Federal Bureau of investigation eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 27 SUMMONS issued to John Ashcroft, Attorney General of the United States eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 28 SUMMONS issued to David Nissman, as agent for deft John Ashcroft eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 29 SUMMONS issued to John J. DeGoia, President as an officer of deft Georgetown University Law Center office of the President eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 30 SUMMONS issued to John J. DeGoia, President as an officer of deft Georgetown University office of President eod 06/06/03 [TS] | 06/06/2003 TS |
| 06/05/2003 | 31 SUMMONS issued to Nannerl Keohane, | 06/06/2003 TS |

|            |    | President Office of the President eod 06/06/03 [TS] |              |     |
|------------|----|------------------------------------------------------|--------------|-----|
| 06/05/2003 | 32 | SUMMONS issue David B. Adcock, as registered agent for Duke University Board of Trustees eod 06/06/03 [TS] | 06/06/2003 | TS |
| 06/05/2003 | 33 | SUMMONS issued to David B. Adcock, as registered agent for Duke University School of Law eod 06/06/03 [TS] | 06/06/2003 | TS |
| 06/05/2003 | 34 | SUMMONS issued to David B. Adcock, as registered agent for Duke University eod 06/06/03 [TS] | 06/06/2003 | TS |
| 06/18/2003 | 35 | RETURN of service exec on Raymond Luiz for David N. Nissman,as agent for deft U.S. Department of Justice on 6/13/03 eod 06/19/03 [TS] | 06/19/2003 | TS |
| 06/18/2003 | 36 | RETURN of service exec on Raymond Luiz for David Nissman,as agent for deft John Ashcroft on 6/13/03 eod 06/19/03 [TS] | 06/19/2003 | TS |
| 06/18/2003 | 37 | RETURN of service exec on Raymond Luiz for David N. Nissman,as agent for deft Federal Bureau of Investigation on 6/13/03 eod 06/19/03 [TS] | 06/19/2003 | TS |
| 06/18/2003 | 38 | RETURN of service exec on Raymond Luiz for David Nissman, as agent for deft U.S. Department of Justice on 6/13/03 eod 06/20/03 [TS] | 06/20/2003 | TS |
| 06/18/2003 | 39 | RETURN of service exec on Raymond Luiz for David Nissman, as agent for deft Federal Bureau of Investigation on 6/13/03 eod 06/20/03 [TS] | 06/20/2003 | TS |
| 06/23/2003 | 40 | APPEARANCE of Richard H. Hunter, Esq on behalf of defts Georgetown University and Georgetown University Law Center eod 06/24/03 [MWR] | 06/24/2003 | MWR |
| 06/24/2003 | 40 | VOLUME (2) TWO eod 06/24/03 [MWR] | 06/24/2003 | MWR |
| 06/26/2003 | 41 | APPEARANCE of Henry L. Feuerzeig of Dudley Topper and Feuerzeig, LLP on behalf of deft Microsft Corp, William H. Gates, III., Steve Ballmer, Melinda Gates eod 06/27/03 [MWR] | 06/27/2003 | MWR |
| 06/30/2003 | 42 | RETURN of service exec on Lauralyn G. Beattle as staff counsel for John J. Degioia, officer of Georgetown University on 6/12/03 eod 07/01/03 | 07/01/2003 | TS |

[TS]

| | | | |
|---|---|---|---|
| 06/30/2003 | 43 | RETURN of service exec on Lauralyn G. Beattle as staff counsel for John J. DeGoia, as officer of deft Georgetown University Law Center on 6/12/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 44 | RETURN of service exec on Charlette Hall for David B. Adcock, as registered agent for Duke University School of Law on 6/17/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 45 | RETURN of service Charlotte Hall for David B. Adcock, as registered agent for Duke University on 6/17/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 46 | RETURN of service exec on Charlotte Hall for David B. Adcock,as registered agent for Duke University Board of Trustees on 6/17/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 47 | RETURN of service exec on Phillip Strenberg for Nannerl Keohane, president Office of the President Duke University on 6/17/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 48 | RETURN of service exec on Christopher M. Carletti for Williams H. Gates, III , as Chairman of Microsoft Corporation on 6/20/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 49 | RETURN of service exec on Steve Ballmer, Chief Executive Officer of Microsoft Corporation on 6/20/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 50 | RETURN of service exec on Christopher M. Carletti for Melinda Gates on 6/20/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 51 | RETURN of service exec on Dorothy Neslon, PTSGE Corp, as registered agent for Microsoft Corporation on 6/17/03 eod 07/01/03 [TS] | 07/01/2003 TS |
| 06/30/2003 | 52 | STIPULATION (JLR) for extension of time cc attys eod 07/01/03 [TS] | 07/01/2003 TS |
| 07/01/2003 | 53 | JOINDER of Georgetown University in motion for enlargement of time and for Initial Status conference eod | 07/02/2003 TS |

|            |    | 07/02/03 [TS] |              |
|------------|----|---------------|--------------|
| 07/01/2003 | 54 | NOTICE of Appearance by David J. Comeaux, esq eod 07/02/03 [TS] | 07/02/2003 TS |
| 07/01/2003 | 55 | MOTION for enlargement of time and for initial status conference by Duke University eod 07/02/03 [TS] | 07/02/2003 TS |
| 07/01/2003 | 56 | MOTION for enlargement of time and for initial status conference (JLR) cc attys eod 07/02/03 [TS] | 07/02/2003 TS |
| 07/01/2003 | 56 | ORDER ASSIGNS CONF to 07/24/03 at 02:00PM Room 295 (JLR) c/m eod 07/02/03 [TS] | 07/02/2003 TS |
| 07/02/2003 | 57 | ORDER (JLR) motion for enlargement of time and for initial status conference cc attys eod 07/03/03 [TS] | 07/03/2003 TS |
| 07/02/2003 | 57 | ORDER ASSIGNS CONF to 07/24/03 at 02:00PM Room 295 (JLR) c/m eod 07/03/03 [TS] | 07/03/2003 TS |
| 07/03/2003 | 58 | JOINDER in motion for enlargement of time and for initial status conference by deft eod 07/07/03 [TS] | 07/07/2003 TS |
| 07/23/2003 | 59 | NOTICE to the court of proof of service of process on deft John Ashcroft, deft Federal Bureau of Investigation and deft U.S. Department of Justice by pltf eod 07/24/03 [TS] | 07/24/2003 TS |
| 07/24/2003 | 60 | SEALED DOCUMENT eod 07/25/03 [TS] | 07/25/2003 TS |
| 07/25/2003 | 61 | NOTICE (Amended) to the court of proof of service of process on deft John Ashcroft, Deft Federal Bureau of investigation and deft U.S. Department of Justice eod 07/28/03 [TS] | 07/28/2003 TS |
| 07/25/2003 | 62 | APPEARANCE of David Nissman Esq. of deft eod 07/28/03 [TS] | 07/28/2003 TS |
| 08/25/2003 | 63 | ORDER (JLR) sealing report and order for status conference cc attys eod 08/27/03 [MWR] | 08/27/2003 MWR |
| 08/25/2003 | 63 | ORDER ASSIGNS CONF to 09/17/03 at 02:00PM Room 295 (JLR) c/m eod 08/27/03 [MWR] | 08/27/2003 MWR |
| 09/10/2003 | 64 | MOTION to Continue Status Conference by pltf eod 09/11/03 [TS] | 09/11/2003 TS |
| 09/10/2003 | 65 | ORDER (JLR) pltf motion is GRANTED, cc attys eod 09/11/03 [TS] | 09/11/2003 TS |

| 09/10/2003 | 65 ORDER VACATES CONF of 09/17/03 at 2:00PM Room 295 (JLR) c/m eod 09/11/03 [TS] | 09/11/2003 TS |
| 09/10/2003 | 65 ORDER ASSIGNS CONF to 10/28/03 at 02:00PM Room 295 (JLR) c/m eod 09/11/03 [TS] | 09/11/2003 TS |
| 09/11/2003 | 66 MOTION TO RECONSIDER order entered on September 10, 2003 by pltf eod 09/12/03 [TS] | 09/12/2003 TS |
| 09/12/2003 | 67 OPPOSITION of Georgetown University to pltf motion to reconsider order entered on September 10, 2003 by deft Georgetown University eod 09/15/03 [TS] | 09/15/2003 TS |
| 09/12/2003 | 68 ORDER (JLR) granting pltf motion to reconsider order entered on 9/10/03 cc attys eod 09/15/03 [TS] | 09/15/2003 TS |
| 09/22/2003 | 69 MOTION for continuance of status conference by defts eod 09/23/03 [TS] | 09/23/2003 TS |
| 09/29/2003 | 70 ORDER (JLR) AMENDED for P/T conference order entered cc attys eod 09/30/03 [TS] | 09/30/2003 TS |
| 09/29/2003 | 70 ORDER VACATES CONF of 10/28/03 at 2:00PM Room 295 (JLR) c/m eod 09/30/03 [TS] | 09/30/2003 TS |
| 09/29/2003 | 70 ORDER ASSIGNS P/T to 12/14/03 at 02:00PM Room 295 (JLR) c/m eod 09/30/03 [TS] | 09/30/2003 TS |
| 09/30/2003 | 71 LETTER to counsel from Mag. Resnick eod 10/01/03 [MWR] | 10/01/2003 MWR |
| 10/17/2003 | 72 Sealed Document eod 10/20/03 [NAH] | 10/20/2003 NAH |
| 11/07/2003 | 73 MOTION for court reporter to be present at pre-trial conference scheduled for 11/14/03 by pltf eod 11/10/03 [TS] | 11/10/2003 TS |
| 11/07/2003 | 74 ORDER (JLR) pltf motion is GRANTED, and court reporter will be present at the pre-trial conference scheduled for November 14, 2003 at 2:00pm to transcribe the proceedings in this case cc attys eod 11/10/03 [TS] | 11/10/2003 TS |
| 11/17/2003 | 75 SEALED DOCUMENT eod 11/18/03 [TS] | 11/18/2003 TS |
| 11/18/2003 | 76 SEALED DOCUMENT eod 11/20/03 [TS] | 11/20/2003 TS |
| 11/19/2003 | 77 SEALED DOCUMENT eod 11/21/03 [TS] | 11/21/2003 TS |
| 12/02/2003 | 78 SEALED DOCUMENT eod 12/04/03 [MWR] | 12/04/2003 MWR |

| Date | No. | Description | Date | Code |
|------|-----|-------------|------|------|
| 12/03/2003 | 79 | SEALED DOCUMENT eod 12/04/03 [TS] | 12/04/2003 | TS |
| 12/08/2003 | 80 | RESPONSE to pltf motion to reconsider by defts eod 12/10/03 [TS] | 12/10/2003 | TS |
| 12/09/2003 | 81 | SEALED DOCUMENT eod 12/10/03 [TS] | 12/10/2003 | TS |
| 12/11/2003 | 82 | SEALED DOCUMENT eod 12/12/03 [TS] | 12/12/2003 | TS |
| 12/12/2003 | 83 | ORDER (JLR) granting pltf motion reconsider that part of the November 14, 2003 order regarding sealing of pleadings cc attys eod 12/15/03 [TS] | 12/15/2003 | TS |
| 12/11/2003 | 84 | SEALED DOCUMENT eod 12/16/03 [MWR] | 12/16/2003 | MWR |
| 12/17/2003 | 85 | SEALED DOCUMENT eod 12/18/03 [TS] | 12/18/2003 | TS |
| 01/13/2004 | 86 | TRANSCRIPT of hearing before Honorable Jeffrey L. Resnick dated January 13, 2004, by Court Reporter Valarie Lawrence eod 01/14/04 [TS] | 01/14/2004 | TS |
| 01/28/2004 | 87 | NOTICE of appeal of Magistrate Judge's order dated November 14, 2003 by pltf eod 01/29/04 [TS] | 01/29/2004 | TS |
| 01/30/2004 | 88 | ORDER (RLF) of recusal cc attys eod 02/02/04 [TS] | 02/02/2004 | TS |
| 01/30/2004 | 0 | REASSIGNED from Judge FINCH to Judge MOORE eod 02/02/04 [TS] | 02/02/2004 | TS |
| 01/30/2004 | 89 | NOTICE to counsel of reassignment CV# 03/79 M/R cc attys eod 02/02/04 [TS] | 02/02/2004 | TS |
| 02/05/2004 | 90 | ORDER (TKM) that deft Georgetown University's motion is GRANTED, cc attys eod 02/06/04 [TS] | 02/06/2004 | TS |
| 02/05/2004 | 91 | MOTION FOR EXTENSION OF TIME TO respond to objections to Magistrate Judge's order by defts eod 02/06/04 [TS] | 02/06/2004 | TS |
| 02/06/2004 | 92 | ORDER (JLR) on motion for enlargement of time cc attys eod 02/09/04 [TS] | 02/09/2004 | TS |
| 02/10/2004 | 92 | VOLUME (3) THREE eod 02/10/04 [TS] | 02/10/2004 | TS |
| 02/09/2004 | 93 | MOTION FOR EXTENSION OF TIME TO file response to objections of pltf to magistrate Judge's order by defts eod 02/10/04 [TS] | 02/10/2004 | TS |
| 02/09/2004 | 94 | MOTION unopposed for enlargement of time by defts eod 02/10/04 [TS] | 02/10/2004 | TS |
| 02/10/2004 | 95 | ORDER (TKM) that the Microsoft defts' motion is GRANTED, cc attys eod 02/11/04 [TS] | 02/11/2004 | TS |
| 02/10/2004 | 96 | MOTION for enlargement of time by defts eod 02/11/04 [TS] | 02/11/2004 | TS |

| Date | No. | Description | Date Entered |
|------|-----|-------------|--------------|
| 02/13/2004 | 97 | ORDER (TKM) that the Microsoft defts motion is GRANTED, cc attys eod 02/13/04 [TS] | 02/13/2004 TS |
| 02/13/2004 | 98 | ORDER (TKM) that the Microsoft defts motion is GRANTED,the microsoft defts shall file any response, opposition or motion with respect to the pltf objections or her notice of appeal of the magistrate judge's order on or before 2/25/04 cc attys eod 02/19/04 [TS] | 02/19/2004 TS |
| 02/18/2004 | 99 | NOTICE of subpoena duces tecum by pltf eod 02/20/04 [TS] | 02/20/2004 TS |
| 02/23/2004 | 100 | MOTION FOR EXTENSION OF TIME TO file federal defts' response to pltf's appeal eod 02/23/04 [NAH] | 02/23/2004 NAH |
| 02/25/2004 | 101 | OPPOSITION of Georgetown University to pltf objection to Mag. Judge's order of November 14/03 eod 02/26/04 [MWR] | 02/26/2004 MWR |
| 02/25/2004 | 102 | NOTICE of no objection to the Govt deft's motion for second enlargement of time by pltf eod 02/26/04 [MWR] | 02/26/2004 MWR |
| 02/25/2004 | 103 | RETURN of service of subpoena duces tecum on Valerie Lawrence on 2/23/04 eod 02/26/04 [MWR] | 02/26/2004 MWR |
| 02/25/2004 | 104 | RESPONSE to pltf objections to the Magistrate Judge's order dated 11/14/03 eod 02/26/04 [MWR] | 02/26/2004 MWR |
| 02/25/2004 | 105 | ORDER (JLR) on Federal deft's motion for second enlargement of time to respond to pltf appeal deft have until 3/31/04 within which to file their objections cc attys eod 02/26/04 [MWR] | 02/26/2004 MWR |
| 02/25/2004 | 106 | OPPOSITION to pltf objection to Mag. Judge order dated 11/4/03 by deft Microsoft Corp, William H. Gates, III Steven Ballmer and Melinda Gates eod 02/26/04 [MWR] | 02/26/2004 MWR |
| 02/25/2004 | 107 | APPENDIX deft joint to deft opposition to pltf objection to Mag. Judge order dated 11/14/03 eod 02/26/04 [MWR] | 02/26/2004 MWR |
| 02/27/2004 | 108 | LETTER from Valarie Lawrence, CT. Reporter to Suzette Richards, Esq. | 03/01/2004 TS |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | dated February 27, 2004 eod 03/01/04 [TS] |  |  |
| 03/08/2004 | 109 | MOTION for order directing clerk of cout to unseal all sealed documents in case by pltf eod 03/09/04 [TS] | 03/09/2004 | TS |
| 03/08/2004 | 110 | MOTION TO COMPEL court reporterto produce items requested in subpoena duces tecum by pltf eod 03/09/04 [TS] | 03/09/2004 | TS |
| 03/10/2004 | 111 | MOTION for extension of time to submit reply by pltf eod 03/11/04 [TS] | 03/11/2004 | TS |
| 03/22/2004 | 112 | LETTER from Suzette Richards, Esq. to Mr. Wilfredo Morales, Clerk of the court dated March 19, 2004 eod 03/23/04 [TS] | 03/23/2004 | TS |
| 03/24/2004 | 113 | RECEIPT of copies sent to counsel eod 03/25/04 [TS] | 03/25/2004 | TS |
| 03/26/2004 | 114 | MOTION for second extension of time to submit reply by pltf eod 03/29/04 [TS] | 03/29/2004 | TS |
| 03/31/2004 | 115 | MOTION for extension of time to submit reply by pltf eod 03/31/04 [TS] | 03/31/2004 | TS |
| 04/01/2004 | 116 | REPLY to duke defts response to pltf objections to the magistrate judge's order dated November 14, 2003 by pltf eod 04/05/04 [TS] | 04/05/2004 | TS |
| 04/07/2004 | 117 | REPLY to deft Georgetown University's opposition to pltf objections to the Magistrate Judge's order dated November 14, 2003 by pltf eod 04/08/04 [TS] | 04/08/2004 | TS |
| 04/08/2004 | 118 | ORDER (GWB) that pltf motion is GRANTED, and that pltf shall have until April 15, 2004 to submit her reply to Duke defts opposition to pltf's objections cc attys eod 04/12/04 [TS] | 04/12/2004 | TS |
| 04/12/2004 | 119 | MOTION for second extension of time submit reply by pltf eod 04/13/04 [TS] | 04/13/2004 | MWR |
| 04/15/2004 | 120 | ORDER (GWB) that pltf's motion is GRANTED; and that pltf shall have until April 23, 2004 to submit her reply to the Microsoft Defents Opposition to pltf's objections cc | 04/16/2004 | MWR |

|            |     |                                                                                                                                                                                                                            |            |     |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-----|
|            |     | attys eod 04/16/04 [TS]                                                                                                                                                                                                     |            |     |
| 04/23/2004 | 121 | MOTION for extension of time by pltf eod 04/23/04 [TS]                                                                                                                                                                      | 04/23/2004 | TS  |
| 04/26/2004 | 122 | REPLY to the Microsoft defts opposition to pltf objections to the Magistrate Judge's order dated November 14, 2003 by pltf eod 04/27/04 [TS]                                                                                 | 04/27/2004 | TS  |
| 05/03/2004 | 123 | MOTION TO WITHDRAW motion to compel court reporter to produce items requsted in subpoena duces tecum by pltf eod 05/04/04 [TS]                                                                                               | 05/04/2004 | TS  |
| 05/04/2004 | 123 | VOLUME (4) FOUR eod 05/05/04 [TS]                                                                                                                                                                                           | 05/05/2004 | TS  |
| 05/04/2004 | 124 | ORDER (GWC) that pltf motion is GRANTED, and ordered that the Motion to Comopel Court Reporter to produce items requested in Subpoena Duces Tecum is hereby withdrawn as moot cc attys. eod 05/05/04 [TS]                    | 05/05/2004 | TS  |
| 08/27/2004 | 125 | MOTION for leave to depose Court Reporter by pltf                                                                                                                                                                           | 08/30/2004 | TS  |
| 08/30/2004 | 126 | ORDER (GWC) the Court reminds all parties that this matter is STAYED pending pltf's appeal of the Order of the Magistrate Judge dated November 14, 2003, notice of which was filed January 28, 2004 cc attys                 | 08/31/2004 | TS  |
| 08/31/2004 | 127 | OPPOSITION of Georgetown University to pltf's motion for leave to depose Court reporter by pltf                                                                                                                              | 09/01/2004 | TS  |
| 09/14/2004 | 128 | REQUEST FOR ruling or, in the alternative, motion for reconsideration of the order entered on August 30, 2004                                                                                                               | 09/14/2004 | TS  |
| 12/31/2004 | 129 | ORDER (TKM) that the magistrate judge's appoitment of a guardian is AFFIRMED, ccattys                                                                                                                                       | 01/05/2005 | TS  |
| 01/10/2005 | 130 | ORDER (GWC) for pretrial conference cc atty                                                                                                                                                                                 | 01/12/2005 | TS  |
| 01/11/2005 | 131 | NOTICE OF APPEAL by Suzette Richards (05-1170)                                                                                                                                                                              | 01/12/2005 | NAH |
| 01/12/2005 | 132 | ORDER (GWC) Appointment of a guardian ad litem for pltf cc attys                                                                                                                                                            | 01/13/2005 | TS  |
| 01/11/2005 | 133 | FILING FEE PAID in the amount of $255.00 - receipt no. 56634                                                                                                                                                                | 01/13/2005 | NAH |
| 01/14/2005 | 134 | LONG RECORD SENT TO CA consisting of                                                                                                                                                                                        | 01/14/2005 | NAH |

|            |     |                                                                                                                                                                                                                                                                                                 |              |     |
| ---------- | --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------ | --- |
|            |     | certified copies of Sealed Order, Order, docket entries, Notice of Appeal, Information Statement and letter                                                                                                                                                                                      |              |     |
| 01/18/2005 | 135 | MOTION to be relieved of representation by pltf                                                                                                                                                                                                                                                 | 01/20/2005   | TS  |
| 01/19/2005 | 136 | MOTION to stay this court's appointment of a guardian ad LITEM and all proceedings that do not relate to pltf's appeal and to continue the pretrial conference scheduled for January 21, 2005 pending the resolutiuon of pltf's appeal                                                            | 01/20/2005   | TS  |
| 01/19/2005 | 137 | ORDER appointing a new Guardian Ad Litem cc attys                                                                                                                                                                                                                                               | 01/24/2005   | TS  |
| 01/20/2005 | 138 | ORDER (GWC) pltf motion to stay this Court's appointment of a Guardian Ad Litem and all proceedings that do not related to pltf's Appeal is DENIED,and pltf motion to continue the Pretrial Conference scheduled for January 21=, 2005, pending the resolution of pltf's appeal is DENIED cc attys | 01/24/2005   | TS  |
| 01/21/2005 | 139 | ORDER (GWC) post conference order entered cc attys                                                                                                                                                                                                                                              | 01/25/2005   | TS  |
| 01/25/2005 | 140 | Transcript Purchase Order. Already on file in D.C. Clerk's office                                                                                                                                                                                                                               | 01/25/2005   | NAH |
| 01/28/2005 | 141 | RECORD SENT TO CA with Transcript of 11/14/03, 12 sealed documents, docket entries, Opposition and Joint Appendix (VOLUME 5 - BEGINS with Docket No. 141                                                                                                                                         | 01/28/2005   | NAH |
| 01/25/2005 | 142 | DOCKETING STATEMENT from CA. Suzette Richards' appeal docketed on 1/20/05 at No. 05-1170                                                                                                                                                                                                         | 01/28/2005   | NAH |
| 02/02/2005 | 143 | MOTION for order regarding payment of GAL fees by pltf                                                                                                                                                                                                                                          | 02/04/2005   | TS  |
| 02/07/2005 | 144 | APPEAL RECORD received at CA on 1/31/05                                                                                                                                                                                                                                                          | 02/07/2005   | NAH |
| 02/08/2005 | 145 | OPPOSITION to Attorney Lucas' motion for order regarding payment of Gal Fees by deft s Georgetown University and Georgetown University Law Center                                                                                                                                                 | 02/09/2005   | TS  |
| 02/10/2005 | 146 | ORDER (CA) Motion for a stay of                                                                                                                                                                                                                                                                 | 02/10/2005   | NAH |

|            |     |                                                                                                                                                                                                                 |            |     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-----|
|            |     | District Court's Dec. 30, 2004, order pending appeal is GRANTED. Duke University's cross-motion to dismiss the appeal is referred to the merits panel                                                             |            |     |
| 02/11/2005 | 147 | OPPOSITION of the federal Burea of Investigation U.S. Department of Justice and John and Jane does 1-10 to guardian ad litem's motion for order regarding payment of attorney fees                               | 02/14/2005 | TS  |
| 02/14/2005 | 148 | RESPONSE of Microsoft defendants to motion for order regarding payment of Gal by defts                                                                                                                           | 02/16/2005 | TS  |
| 02/16/2005 | 149 | RESPONSE of motion for order regarding payment of fees by defts                                                                                                                                                  | 02/17/2005 | TS  |
| 02/18/2005 | 150 | MOTION for an order directing the clerk of the court to correct the Court's docket information by pltf                                                                                                            | 02/22/2005 | TS  |
| 02/18/2005 | 151 | REQUEST FOR ruling on pltf's motion for order directing clerk of court to unseal all sealed documents in case by pltf                                                                                             | 02/22/2005 | TS  |
| 02/18/2005 | 152 | MOTION for judicial recusal by pltf                                                                                                                                                                              | 02/22/2005 | NAH |
| 02/23/2005 | 153 | MOTION for substitution pursuant to Federsl Rules of Civil Procedure Rule 25(d)(1) by deft John Ascroft, The Federal Bureau of Investigation U.S. Department of Justice aand John and Jane Does 1-10            | 02/28/2005 | TS  |
| 02/23/2005 | 154 | ORDER CVG Recusal, cc attys                                                                                                                                                                                      | 03/01/2005 | NAH |
| 02/25/2005 | 155 | ORDER (GWC) cancelling status conference cc attys                                                                                                                                                                | 03/01/2005 | TS  |
| 02/25/2005 | 156 | ORDER (GWC) on John Ashcroft, the Federal Bureau of Investigation U.S. Department Of Justice and John and Jane Does 1-10 motion for substitution pursuant to Federal Rules of Civil Procedure Rule 25 (d)(1) cc attys | 03/01/2005 | TS  |
| 03/02/2005 | 157 | DESIGNATION by Anthony J. Scirica, Chief Judge of third Circuit designating James T. Giles as District Judge in this matter                                                                                      | 03/03/2005 | MWR |
| 03/03/2005 | 158 | NOTICE to all counsel of the reassignment of this matter to Judge                                                                                                                                                | 03/03/2005 | MWR |

James T. Giles

| | | | |
|---|---|---|---|
| 03/03/2005 | 159 | MOTION TO RECONSIDER part of Order cancelling status conference that stayed entire matter pending plaintiff's appeal | 03/08/2005 NAH |
| 03/04/2005 | 160 | ORDER (GWC) that the Order cancelling status conference, entered on Feb. 25, 2005, is hereby modified to reflect that the stay that this Court has put in place will not apply to matters that are related to plaintiff's appeal that is currently pending before the court of appeals for the Third Circuit, cc attys | 03/09/2005 NAH |
| 03/31/2005 | 161 | PETITION FOR WRIT OF MANDAMUS, or, in the alternative, motion for order directing Mamgistrate Judge George Cannon Jr. to rule on plaintiff's motion for leave to depose court reporter | 04/04/2005 NAH |
| 04/08/2005 | 162 | ORDER (JTG) Ordered that the Writ of Mandamus above described is DENIED, without prejudice, cc attys | 04/11/2005 NAH |
| 04/22/2005 | 163 | MOTION to reconsider order entered on April 8, 2005 | 04/22/2005 NAH |
| 05/31/2005 | 164 | ORDER (JTG) Upon consideration of Plaintiff's Motion to Reconsider Order entered on April 8, 2005, it is hereby ORDERED that plaintiff's motion is DENIED, cc attys | 06/01/2005 NAH |
| 06/09/2005 | 165 | MOTION of deft/Appellee Georgetown University to supplement the record on appeal | 06/10/2005 NAH |
| 06/16/2005 | 166 | ORDER (GWC) that Georgetown University's Motion to Supplement the Record on Appeal is GRANTED; Record on appeal shall be suplemented to include the curriculum vitae of G. Rita Dudley Grant, Ph.D., ABPP and Olaf Hendricks, M.D., cc attys | 06/17/2005 NAH |
| 06/21/2005 | 167 | JOINDER IN MOTION of deft/appellee Georgetown University to Supplement the Record on Appeal (by Microsoft defts) | 06/27/2005 NAH |
| 06/21/2005 | 168 | ORDER (CA) Motion for extension to file brief and appendis is DENIED AS MOOT because appellant's brief and | 06/27/2005 NAH |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | appendix were filed on May 20, 2005. The motion to amend case caption is granted as to William H. Gates, III and Steve Ballmer |  |  |
| 06/23/2005 | 169 | ORDER (JTG) that deft's motion is GRANTED, cc attys | 06/28/2005 | TS |
| 01/25/2006 | 170 | ORDER (GWC) for status conference on 2/10/06 @ 11:00 a.m. cc attys | 01/31/2006 | TS |
| 01/31/2006 | 171 | MOTION for payment of fees for services rendered as Guardian Ad Litem for Suzette Richards | 02/03/2006 | TS |
| 02/07/2006 | 172 | OBJECTION of deft Georgetown University to motion for payment of fees for services rendered as guardian Ad Litem | 02/09/2006 | TS |
| 02/07/2006 | 173 | RESPONSE to attorney Chetema Lucas Francis' request for payment of fees by pltf | 02/09/2006 | TS |
| 02/08/2006 | 174 | RESPONSE of Second motion for payment of fees by deft Duke Universities | 02/09/2006 | TS |
| 02/09/2006 | 175 | OPPOSITION of the Federal Bureau of Investigation U.S. Department Of Justice and John And Jane Does 1-10 and Alberto Gonzales, Attorney General of the United States to Guardian AD Litem's motion for payment of fees | 02/10/2006 | TS |
| 02/10/2006 | 176 | ORDER (GWC) on status conference on 3/23/06 @ 11:00 a.m. cc attys | 02/13/2006 | TS |
| 02/13/2006 | 177 | MOTION for extension of time to resond to the Guardian Ad Litem's motion for payment of fees for services rendered by defts | 02/14/2006 | TS |
| 02/24/2006 | 178 | ORDER (GWC) regarding motion for extension of time cc attys | 02/28/2006 | TS |
| 03/20/2006 | 179 | OPPOSITION of Microsoft defts to second motion for fees and costs of Attorney Chetema Lucas Francis | 03/21/2006 | TS |
| 03/24/2006 | 179 | VOLUMNE (6) SIX | 03/24/2006 | NAH |
| 03/22/2006 | 180 | ACTUAL RECORDS received from CA - Vols. I to V w/transcript of 11/14/03 Conference and 12 sealed documents | 03/24/2006 | NAH |
| 03/22/2006 | 181 | MANDATE RECEIVED FROM CA Ordered that the order of the district court entered 12/30/04 is VACATED and the matter is REMANDED to the District | 03/24/2006 | NAH |

|  |  | Court. Costs taxes against the appellees |  |  |
|---|---|---|---|---|
| 03/23/2006 | 182 | ORDER (GWC) scheduling order entered for status conference on 6/20/06 @ 11:00 a.m. cc attys | 03/27/2006 | TS |
| 04/17/2006 | 183 | MOTION by pltf to have Mag. Judge Cannon,Jr. recuse himself from presiding over this case | 04/20/2006 | THT |
| 04/18/2006 | 184 | ORDER (GWC) that pltf's motion to have Magistrate Judge Geirge W. Cannon, Jr., Recuse himself from presiding Over this case is GRANTED; 2. The undersigned hereby is RECUSED from all further proceedings in the above-captioned matter.; 3. The pretrial status conf scheduled for 06/20/2006, at 1100 a.m. is hereby cancelled., cc attys | 04/21/2006 | THT |
| 04/24/2006 | 185 | NOTICE of motion of Georgetown University to dismiss for lack of personal jurisdiction by deft Georgetown University | 04/26/2006 | TS |
| 04/24/2006 | 186 | NOTICE of motion of Geogetown University to dismiss or transfer due to improper venue | 04/26/2006 | TS |
| 04/24/2006 | 187 | MOTION of Georgetown university to reconsider and vacate the court's april 18, 2006 order granting pltf's m,otion to have magistrate judge George W. Cannon, Jr. Rescuse himself | 04/26/2006 | TS |
| 04/24/2006 | 188 | MOTION for leave to file brief in excess of 20 pages by defts Microsoft Corporation, William Gates III and Steve Ballmer | 04/26/2006 | MWR |
| 05/01/2006 | 189 | ORDER (JTG) that the motion of microsoft Corporation and William H. Gates III and Steve Ballmer, to the extent they are sued in their personal capacity are Granted leave to file a brief a brief in support of their motion to dismiss in excess of twenty 20(20) pages cc attys | 05/02/2006 | MWR |
| 04/24/2006 | 190 | NOTICE of motion of Georgetown University to dismiss or transfer due to improper venue | 05/02/2006 | TS |
| 04/24/2006 | 191 | NOTICE of motion of Georgetown University to dismiss for lack of | 05/02/2006 | TS |

|            |     |                                                                                                                      |            |     |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|------------|-----|
|            |     | personal juridiction                                                                                                 |            |     |
| 05/02/2006 | 192 | ORDER (JTG) that a pre-trial status conference in the above captioned shall be on May 18, 2006 @ 5:00 p.m. in the visting judge's courtroom | 05/03/2006 | TS  |
| 05/03/2006 | 193 | MOTION of Georgetown University to reconsider and vacate the court's April 18, 2006 order of recusal by Microsft Corporation | 05/04/2006 | TS  |
| 05/03/2006 | 194 | NOTICE of motion of William H. Gates, III, Melinda Gates and Steven A. Ballmer to dismiss for lack of personal jurisdiction | 05/04/2006 | TS  |
| 05/04/2006 | 195 | MOTION to reschedule status conference and permission to attend by conference call | 05/05/2006 | MWR |
| 05/05/2006 | 196 | MOTION to join in Georgetwon University to dismiss or transfer due to improper venue by deft Microsoft | 05/08/2006 | THT |
| 05/05/2006 | 197 | NOTICE of the court by pltf                                                                                          | 05/08/2006 | THT |
| 05/08/2006 | 198 | NOTICE of motion to dismiss by defts Duke University                                                                 | 05/10/2006 | THT |
| 05/08/2006 | 199 | NOTICE of the Rule 12(b)(1) and 12(b)(6) motion to dismiss by Microsoft defts | 05/10/2006 | THT |
| 05/08/2006 | 200 | NOTICE of motion by Federal Defts                                                                                    | 05/10/2006 | THT |
| 05/18/2006 | 201 | CTRM. MIN. (JTG) of status conference held on 05/18/06, court reporter V. Lawrence | 05/23/2006 | THT |
| 05/19/2006 | 202 | NOTICE to the court by pltf Pro Se                                                                                   | 05/23/2006 | THT |
| 05/19/2006 | 203 | MOTION to dismiss or transfer due to improper venue by deft Georgetown University | 05/23/2006 | THT |
| 05/19/2006 | 204 | NOTICE OF FILING motion and Memorandum of law in support of motion to dismiss or transfer due to imptoper venue by deft Georgetown University | 05/23/2006 | THT |
| 05/19/2006 | 205 | MEMORANDUM of law in support of motion to dismiss or transfer due to inproper venue by deft Georgetown University | 05/23/2006 | THT |
| 05/19/2006 | 206 | NOTICE OF FILING motion and memorandum of law of to dismiss for lack of personal jurisdiction by Georgetwon University | 05/23/2006 | THT |

| 05/19/2006 | 207 | MOTION TO DISMISS for lack of personal jurisdiction by deft Georgetown University | 05/23/2006 THT |
| 05/19/2006 | 208 | NOTICE OF FILING motion and memorandum of law to dismiss for lack of personal jurisdiction by deft Georgetown University | 05/23/2006 THT |
| 05/19/2006 | 209 | MEMORANDUM of law of in support of motion to dismiss for lack of personal jurisdiction by deft Georgetown University | 05/23/2006 THT |
| 05/24/2006 | 210 | NOTICE Federal Defts' notice of filing motion to dismiss | 05/26/2006 NAH |
| 05/24/2006 | 211 | MOTION TO DISMISS by Federal Defendants | 05/26/2006 NAH |
| 05/24/2006 | 212 | MEMORANDUM of Federal Defendants in support of motion to dismiss | 05/26/2006 NAH |
| 05/24/2006 | 213 | Federal Defendants' statement of undisputed facts in support of motion to dismiss | 05/26/2006 NAH |
| 05/26/2006 | 214 | NOTICE to the court by pltf | 05/30/2006 TS |
| 05/31/2006 | 215 | NOTICE to the court by pltf | 05/31/2006 TS |
| 06/02/2006 | 216 | ORDER (JTG) that the motion of the court appointed guardian as litem for just and equitable compensation from any fund, court supervised fund otherwise cc attys | 06/07/2006 TS |
| 06/02/2006 | 217 | NOTICE of consent to transfer by defts | 06/07/2006 TS |
| 06/02/2006 | 218 | ORDER (JTG) that the motion to transfer is GRANTED as unopposed cc attys | 06/07/2006 TS |
| 06/05/2006 | 219 | MOTION to dismiss by defts Microsoft defts | 06/07/2006 TS |
| 06/05/2006 | 220 | MEMORANDUM of law in support of the Microsoft defts motion to dismiss by deft Microsoft Corporation | 06/07/2006 TS |
| 06/07/2006 | 221 | MOTION to dismiss by deft Duke University | 06/09/2006 TS |
| 06/07/2006 | 222 | NOTICE OF FILING Duke University defts memorandum of law and motion to dismiss for lack of Personal jurisdiction by deft Duke University | 06/09/2006 TS |
| 06/07/2006 | 223 | MEMORANDUM of law in support of motion to dismiss or transfer due to | 06/09/2006 TS |

|            |     |                                                                                                        |               |
|------------|-----|--------------------------------------------------------------------------------------------------------|---------------|
|            |     | improper Venue by defts                                                                                |               |
| 06/07/2006 | 224 | NOTICE OF FILING Duke University defts memorandum of Law and motion to dismiss or Transfer due to improper venue | 06/09/2006 TS |
| 06/07/2006 | 225 | MEMORANDUM of law in support of motion of Duke University defts to dismiss for Lack of personal jurisdiction by defts | 06/09/2006 TS |
| 06/07/2006 | 226 | MOTION to dismiss or Transfer due to improper Venue by defts                                           | 06/09/2006 TS |
| 06/07/2006 | 227 | DECLARATION of Kate S. Hendricks                                                                       | 06/09/2006 TS |
| 06/07/2006 | 228 | DECLARATION of Nannerl Keohane                                                                         | 06/09/2006 TS |

## Correspondence

Ltr requesting Atty. Michelle Kostun be removed from distribution list

## Motions

| Filing Date | # | Argued | Target | Decided | Status | Law Clerk |
|-------------|---|--------|--------|---------|--------|-----------|
| 03/08/2004 | 110 | MOTION TO COMPEL court reporter to produce items requested in subpoena duces tecum by pltf eod 03/09/04 [TS] | | | | |
| | | | | | Decided | |
| 03/31/2004 | 115 | MOTION for extension of time to submit reply by pltf eod 03/31/04 [TS] | | | | |
| | | | | | Decided | |
| 04/12/2004 | 119 | MOTION for second extension of time submit reply by pltf eod 04/13/04 [TS] | | | | |
| | | | | | Decided | |
| 08/27/2004 | 125 | MOTION for leave to depose Court Reporter by pltf | | | | |
| | | | | | Pending | |
| 01/18/2005 | 135 | MOTION to be relieved of representation by pltf | | | | |
| | | | | | Pending | |
| 01/19/2005 | 136 | MOTION to stay this court's appointment of a guardian ad LITEM and all proceedings that do not relate to pltf's appeal and to continue the pretrial conference scheduled for January 21, 2005 pending the resolutiuon of pltf's appeal | | | | |

Pending

---

02/02/2005   143 MOTION for order regarding payment of GAL fees by
             pltf

Pending

---

02/18/2005   150 MOTION for an order directing the clerk of the
             court to correct the Court's docket information by
             pltf

Pending

---

02/18/2005   152 MOTION for judicial recusal by pltf

Decided

---

02/23/2005   153 MOTION for substitution pursuant to Federsl Rules
             of Civil Procedure Rule 25(d)(1) by deft John
             Ascroft, The Federal Bureau of Investigation U.S.
             Department of Justice aand John and Jane Does 1-10

Pending

---

03/03/2005   159 MOTION TO RECONSIDER part of Order cancelling
             status conference that stayed entire matter pending
             plaintiff's appeal

Decided

---

03/31/2005   161 PETITION FOR WRIT OF MANDAMUS, or, in the
             alternative, motion for order directing Mamgistrate
             Judge George Cannon Jr. to rule on plaintiff's
             motion for leave to depose court reporter

Decided

---

04/22/2005   163 MOTION to reconsider order entered on April 8, 2005

Decided

---

06/09/2005   165 MOTION of deft/Appellee Georgetown University to
             supplement the record on appeal

Decided

---

01/31/2006   171 MOTION for payment of fees for services rendered as
             Guardian Ad Litem for Suzette Richards

Decided

---

02/13/2006   177 MOTION for extension of time to resond to the
             Guardian Ad Litem's motion for payment of fees for

services rendered by defts

Pending

---

04/17/2006    183 MOTION by pltf to have Mag. Judge Cannon,Jr. recuse himself from presiding over this case

Decided

---

04/24/2006    187 MOTION of Georgetown university to reconsider and vacate the court's april 18, 2006 order granting pltf's m,otion to have magistrate judge George W. Cannon, Jr. Rescuse himself

Pending

---

04/24/2006    188 MOTION for leave to file brief in excess of 20 pages by defts Microsoft Corporation, William Gates III and Steve Ballmer

Decided

---

05/03/2006    193 MOTION of Georgetown University to reconsider and vacate the court's April 18, 2006 order of recusal by Microsft Corporation

Pending

---

05/04/2006    195 MOTION to reschedule status conference and permission to attend by conference call

Pending

---

05/05/2006    196 MOTION to join in Georgetwon University to dismiss or transfer due to improper venue by deft Microsoft

Decided

---

05/19/2006    203 MOTION to dismiss or transfer due to improper venue by deft Georgetown University

Decided

---

06/05/2006    219 MOTION to dismiss by defts Microsoft defts

Pending

---

06/07/2006    221 MOTION to dismiss by deft Duke University

Pending

---

06/07/2006    226 MOTION to dismiss or Transfer due to improper Venue by defts

Pending

## Case Calendar

| Date | Time | Event | Room | Judge |
|------|------|-------|------|-------|
| 05/18/2006 | 5:00 p.m. | Motion Hearing | CT | GILES |
| 03/23/2006 | 11:00 a.m. | Status Conference | 295 | CANNON |
| 02/10/2006 | 11:00 a.m. | Status Conference | 295 | CANNON |
| 01/21/2005 | 11:00 a.m. | Pretrial Conference | 295 | CANNON |
| 01/21/2005 | 11:00 a.m. | Status Conference | 295 | CANNON |
| 12/14/2003 | 2:00 p.m. | ORDER ASSIGNS P/T | 295 | RESNICK |
| 10/28/2003 | 2:00 p.m. | ORDER ASSIGNS CONF | 295 | RESNICK |
| 10/28/2003 | 2:00 p.m. | ORDER VACATES CONF | 295 | RESNICK |
| 09/17/2003 | 2:00 p.m. | ORDER ASSIGNS CONF | 295 | RESNICK |
| 09/17/2003 | 2:00 p.m. | ORDER VACATES CONF | 295 | RESNICK |
| 07/24/2003 | 2:00 p.m. | ORDER ASSIGNS CONF | 295 | RESNICK |
| 07/24/2003 | 2:00 p.m. | ORDER ASSIGNS CONF | 295 | RESNICK |

# DISTRICT COURT OF THE VIRGIN ISLANDS
## Clerk's Office

Wilfredo F. Morales
Clerk of the Court

Reply to:

☐    U.S. District Court
     Ron de Lugo Federal Bldg & U.S. Courthouse
     5500 Veteran's Drive
     Charlotte Amalie, St. Thomas    00802-6424
     Tel (340) 774-0640        Fax (340) 774-1293

■    U.S. District Court
     Almeric L. Christian Federal Bldg & U.S. Courthouse
     3013 Estate Golden Rock Lot 13
     Christiansted, St. Croix    00820-4355
     Tel (340) 773-1130        Fax (340) 773-1563

June 9, 2006

Nancy Mayer-Whittington
Clerk of Court
United States District Court
1834 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington DC 20001

Dear Ms. Whittington;

      Pursuant to the attach certified order entered on June 2, 2006 by the Hon. James T.

Giles, sitting by designation this case Civil 2003/0079 - Suzette Richards vs Duke University et.

al., is hereby transferred to your District for further proceedings.

      Enclosed are six (6) volumes along with a certify copy of the docket Sheet.

Sincerely,

Wilfredo F. Morales
Clerk of Court

... of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  JY44 2003/79

**I. (a) PLAINTIFFS**

Suzette Richards

**DEFENDANTS**

Duke University, Duke University School of Law, Duke University Board of Trustees, Nannerl Keohane, in her personal and official capacity as President of Duke University Georgetown University, Georgetown University Law Center, Federal Bureau of Investigation, US Department of Justice, John and Jan Doe

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** United States, Virgin Islands
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  NORTH CAROLINA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

1-16

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Suzette Richards, Esquire
P.O. Box 223675
Christiansted, St. Croix 00822
(340)772-5385(h)  778-8855(w)

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for Damages, Discrimination, Declaratory and Injunctive Relief

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE  May 8, 2003

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____