*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **SUZETTE RICHARDS** | |
| Plaintiff(s), | |
| vs. | Civil Action No. 06-1179 (RCL) |
| **DUKE UNIVERSITY, et al.** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY FILING

Pursuant to the procedures for filing documents electronically, this Notice serves as a notification that 7 volumes containing all pleadings filed in this case under Civil Action Number 03-79-I, U.S. District Court, District of Virgin Islands were transferred to this Court. These volumes are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk