UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL NO. 06-001179 (RCL) |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY ) | |
| SCHOOL OF LAW, DUKE UNIVERSITY ) | |
| BOARD OF TRUSTEES, NANNERL ) | |
| KEOHANE, in her personal and ) | |
| official Capacity as President of ) | |
| Duke University, GEORGETOWN ) | |
| UNIVERSITY, GEORGETOWN UNIVERSITY ) | |
| LAW CENTER, ALBERTO GONZALES, ) | |
| in his official capacity as Attorney General of the ) | |
| United States, FEDERAL BUREAU OF ) | |
| INVESTIGATION, U.S. DEPARTMENT OF ) | |
| JUSTICE, JOHN and JANE DOES 1-10, ) | |
| WILLIAM H. GATES, III, in his ) | |
|   personal and official capacity ) | |
|   as Chairman of Microsoft Corporation, ) | |
| STEVE BALLMER, as Chief Executive ) | |
| Officer of Microsoft Corporation, ) | |
| MICROSOFT CORPORATION, MICROSOFT ) | |
| EMPLOYEES, A-J, and MELINDA GATES, ) | |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for Federal defendants in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530
(202) 514-7238

Dated: July 10, 2006

Case 1:06-cv-01179-RCL     Document 4     Filed 07/10/2006     Page 3 of 3