UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.           ) | CIVIL NO. 06-001179 (RCL) |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY ) | |
| SCHOOL OF LAW, DUKE UNIVERSITY ) | |
| BOARD OF TRUSTEES, NANNERL ) | |
| KEOHANE, in her personal and ) | |
| official Capacity as President of ) | |
| Duke University, GEORGETOWN ) | |
| UNIVERSITY, GEORGETOWN UNIVERSITY ) | |
| LAW CENTER, ALBERTO GONZALES, ) | |
| in his official capacity as Attorney General of the ) | |
| United States, FEDERAL BUREAU OF ) | |
| INVESTIGATION, U.S. DEPARTMENT OF ) | |
| JUSTICE, JOHN and JANE DOES 1-10, ) | |
| WILLIAM H. GATES, III, in his ) | |
| personal and official capacity ) | |
| as Chairman of Microsoft Corporation, ) | |
| STEVE BALLMER, as Chief Executive ) | |
| Officer of Microsoft Corporation, ) | |
| MICROSOFT CORPORATION, MICROSOFT ) | |
| EMPLOYEES, A-J, and MELINDA GATES, ) | |

**FEDERAL DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Federal defendants by and through their undersigned attorneys, hereby respectfully request, as a precautionary measure, an enlargement until August 25, 2006, within which to reply to plaintiff's Opposition to defendant's Motion to Dismiss. Good cause exists for granting this motion. Plaintiff filed her opposition on June 28, 2006 accordingly Federal defendant's reply is due today. This matter was recently transferred from

the District Court Of The Virgin Islands Division of Saint Croix to this Court. Additionally, the undersigned has been assigned responsibility for this matter today and has yet to receive any files in this matter. Moreover, the undersigned has been informed that the files involved are voluminous. The undersigned will require additional time to read the file and coordinate with agencies involved. The undersigned requests the 45 day extension in an abundance of caution and in light of the factors listed above and in light of the undersigned's current schedule that will require the undersigned to attend several depositions for the remainder of July, including three out-of-town depositions (*Moore v. Chertoff*, 00-953; *Kunrda v. Abraham*, 04-0840 and *Ianetelli v. United States*, 05-957), in addition to a pre-existing vacation schedule in August. This is undersigned counsel's first request for an enlargement of time for this purpose. Undersigned counsel has attempted to discuss this matter with pro se plaintiff however, undersigned has not been able to reach plaintiff using the phone number provided on the Electronic Case Filing System.

    For the foregoing reasons, Federal defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully Submitted,

                                      _____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


                                      _____
RUDOLPH  CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney


                                      _____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
**Benton.Peterson@usdoj.gov**