UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official capacity as President of Duke University, GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, ALBERTO GONZALES, in his official capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOE=S 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J, and MELINDA GATES,<br><br>    Defendants. | CASE NO. 1:06-cv-01179-RCL |

**MICROSOFT DEFENDANTS' MOTION FOR
ADMISSION PRO HAC VICE OF HENRY L. FEUERZEIG, ESQ.**

Defendants Microsoft Corporation ("Microsoft"), William H. Gates, III ("Bill Gates"), Steve Ballmer ("Ballmer"), and Melinda Gates (collectively "Microsoft Defendants") hereby move this Court pursuant to Local Rule 83.2(d) to admit Henry L. Feuerzeig, Esq. pro hac vice in the above-captioned action.

Good cause exists to grant the Microsoft Defendants' Motion. Mr. Feuerzeig is an experienced attorney who has been practicing law for more than thirty years, including serving

over ten years as a judicial officer. Mr. Feuerzeig, who is admitted to several bars, has never been disciplined by a bar or any court. (*See* Decl. of H. Feuerzeig, Attached as Ex. 1.) In addition, Mr. Feuerzeig served as the Microsoft Defendants' counsel in this action prior to its being transferred to this district in June 2006. The Microsoft Defendants would like for Mr. Feuerzeig to continue to represent them in this litigation.

Accordingly, the Microsoft Defendants respectfully request that the Court grant their motion and admit Mr. Feuerzeig in this action.

Respectfully submitted,

*[signature]*

COVINGTON & BURLING LLP
Charles E. Buffon (D.C. Bar # 29983)
Harry B. Roback[*] (D.C. Bar # 485145)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for William H. Gates, III, Microsoft Corporation, Steve Ballmer and Melinda Gates

July 12, 2006

---

[*] Application for admission to this Court is pending.

## CERTIFICATE OF SERVICE

It is hereby certified that on this the 12th day of July, 2006, a true and exact copy of the foregoing **MICROSOFT DEFENDANTS' MOTION FOR ADMISSION PRO HAC VICE OF HENRY L. FEUERZEIG** was served, via electronic service, U.S. Mail, postage prepaid, or via e-mail to:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Richard H. Hunter, Esq.
Yolan C. Brow, Esq.
**HUNTER, COLE & BENNETT**
Pentheny Building - 3rd Floor
1138 King Street - Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Simone R.D. Francis, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**
The Tunick Building - Suite 202
1336 Beltjen Road
St. Thomas, Virgin Islands  00802

Benton G. Peterson
**ASSISTANT UNITED STATES ATTORNEY**
Civil Division
555 Fourth Street, NW
Room E4905
Washington, DC 20530

_____
Harry B. Roback

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official capacity as President of Duke University, GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, ALBERTO GONZALES, in his official capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J, and MELINDA GATES,<br><br>    Defendants. | CASE NO. 1:06-cv-01179-RCL |

### DECLARATION OF HENRY L. FEUERZEIG
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, HENRY L. FEUERZEIG, hereby declare, pursuant to 28 U.S.C. §1746, in support of the motion for leave to appear *pro hac vice* in the above-captioned action, as follows:

1.   My full name is Henry Louis Feuerzeig.

2.   My office address is Dudley, Topper and Feuerzeig, LLP, 1000 Frederiksberg Gade, St. Thomas, U.S. Virgin Islands 00802-6736. My telephone number is 340-715-4443.

3.   I have been admitted to the bar of the courts of the District of Columbia, the State

Declaration of Henry L. Feuerzeig
Case No. 1:06-cv-01179-RCL
Page - 2 –

of Maryland, the State of Florida and the Territory of the U.S. Virgin Islands as well as having been admitted to practice in the U.S. District Court of the District of Columbia, the District Court of the Virgin Islands, the United States Court of Appeals for the Third Circuit and the United States Supreme Court.

4. I certify that I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* before the U.S. District Court for the District of Columbia within the last two years or at any time.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED:     July 11, 2006                    _____
                                             HENRY L. FEUERZEIG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY, DUKE UNIVERSITY )<br>SCHOOL OF LAW, DUKE UNIVERSITY )<br>BOARD OF TRUSTEES, NANNERL )<br>KEOHANE, in her personal and official )<br>capacity as President of Duke University, )<br>GEORGETOWN UNIVERSITY, )<br>GEORGETOWN UNIVERSITY LAW CENTER, )<br>ALBERTO GONZALES, in his official capacity as )<br>Attorney General of the United States, )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>U.S. DEPARTMENT OF JUSTICE, )<br>JOHN AND JANE DOES 1-10, )<br>WILLIAM H. GATES, III, in his personal and )<br>official capacity as Chairman of Microsoft )<br>Corporation, STEVE BALLMER, in his personal )<br>and official capacity as Chief Executive Officer )<br>of Microsoft Corporation, MICROSOFT )<br>CORPORATION, MICROSOFT EMPLOYEES )<br>A-J, and MELINDA GATES, )<br>)<br>   Defendants. )<br>) | CASE NO. 1:06-cv-01179-RCL |

## **ORDER**

Upon consideration of the Microsoft Defendants' Motion for Admission Pro Hac Vice of Henry L. Feuerzeig, it is hereby

ORDERED that the Microsoft Defendants' Motion is GRANTED. It is further

2

   ORDERED that Henry L. Feuerzeig is hereby admitted pro hac vice in the above-captioned action.

   SO ORDERED.

Dated: _____

                            _____
                            Royce C. Lamberth
                            United States District Judge for the
                            District of Columbia