UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official capacity as President of Duke University, GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, ALBERTO GONZALES, in his official capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOE=S 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J, and MELINDA GATES,<br><br>    Defendants. | CASE NO. 1:06-cv-01179-RCL |

**MICROSOFT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE A REPLY TO THEIR MOTION TO DISMISS
AND TO EXCEED THE PAGE LIMITATIONS OF LCvR 7(e)**

Defendants Microsoft Corporation ("Microsoft"), William H. Gates, III ("Bill Gates") and Steve Ballmer ("Ballmer"), to the extent that they are sued in their official capacities, and Melinda Gates, in her personal capacity (collectively the "Microsoft Defendants"), through their undersigned counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 6(b) to extend the time for them to file a Reply to their Motion to Dismiss until August 4, 2006. The

Microsoft Defendants also seek leave of the Court to exceed the 25-page limits of LCvR 7(e).

The plaintiff, Suzette Richards, consents to the foregoing relief sought by the Microsoft Defendants. Specifically, counsel for the Microsoft Defendants has consulted with the plaintiff, who by e-mail dated July 7, 2006, stated that she has "no objection to your request for an extension of time until August 4, 2006, to submit a reply. In addition, I have no objection to your request to exceed the twenty-five (25) page limitation for your reply, in the event that it is needed."

Good cause exists for the Court to grant the Microsoft Defendants' motion. On May 8, 2006, the Microsoft Defendants filed in the District Court of the Virgin Islands Notice of Service of their Rule 12(b)(1) and 12(b)(6) Motion to Dismiss. On June 2, 2006, however, in response to another defendant's motion to dismiss or transfer the action from the Virgin Islands (where this action had been pending since May 9, 2003), the Honorable James T. Giles entered an Order transferring this case to this Court due to improper venue in the Virgin Islands. Plaintiff subsequently requested an extension of time until June 30, 2006, in which to file her opposition to the Microsoft Defendants' Motion to Dismiss. The Microsoft Defendants granted the plaintiff's request.

When the Microsoft Defendants filed their Rule 12(b) Motion to Dismiss, this matter was pending before the District Court of the Virgin Islands and was founded upon Virgin Islands law and the precedent of the District Court of the Virgin Islands and the Third Circuit Court of Appeals. Consequently, the Microsoft Defendants focused on the law of the Third Circuit and the Virgin Islands in their Motion to Dismiss. The Microsoft Defendants did not discuss District of Columbia law or District of Columbia court precedent. Plaintiff's Opposition, however, was filed after the transfer of this case to this Court and was therefore founded on District of

Columbia law and the precedent of this Court and the U.S. Court of Appeals for the District of Columbia Circuit.

In order for the Microsoft Defendants to address fully District of Columbia law on the issues raised in their Motion to Dismiss and in the plaintiff's 45-page opposition thereto, the Microsoft Defendants request that this Court grant them until August 4, 2006, to file a Reply to their Motion to Dismiss and that the Court allow them to exceed the twenty-five (25) page limitation, if they determine it is necessary, but in no event more than 35 pages.

Respectfully submitted,

_____

COVINGTON & BURLING LLP
Charles E. Buffon (D.C. Bar # 29983)
Harry B. Roback[*] (D.C. Bar # 485145)
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 662-6000
Facsimile: (202) 662-6291

DUDLEY, TOPPER and FEUERZEIG, LLP
Henry L. Feuerzeig[**]
Law House
1000 Frederiksberg Gade (P.O. Box 756)
St. Thomas, U.S.V.I. 00804-0756
Telephone: (340) 774-4422
Facsimile: (340) 715-4400

Attorneys for William H. Gates, III,
Microsoft Corporation, Steve Ballmer
and Melinda Gates

July 12, 2006

---

[*] Application for admission to this Court is pending.

[**] Simultaneously with the filing of this Motion, an application for the admission *pro hac vice* of Henry L. Feuerzeig of Dudley, Topper and Feuerzeig, LLP is being filed with this Court.

## CERTIFICATE OF SERVICE

It is hereby certified that on this the 12th day of July, 2006, a true and exact copy of the foregoing **MICROSOFT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO THEIR MOTION TO DISMISS AND TO EXCEED THE PAGE LIMITATIONS OF LCvR 7(e)** was served, via electronic service, U.S. Mail, postage prepaid, or via e-mail to:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Richard H. Hunter, Esq.
Yolan C. Brow, Esq.
**HUNTER, COLE & BENNETT**
Pentheny Building - 3rd Floor
1138 King Street - Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Simone R.D. Francis, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**
The Tunick Building - Suite 202
1336 Beltjen Road
St. Thomas, Virgin Islands  00802

Benton G. Peterson
**ASSISTANT UNITED STATES ATTORNEY**
Civil Division
555 Fourth Street, NW
Room E4905
Washington, DC 20530

_____
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official capacity as President of Duke University, GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, ALBERTO GONZALES, in his official capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J, and MELINDA GATES,<br><br>　　Defendants. | CASE NO. 1:06-cv-01179-RCL |

## ORDER

Upon consideration of the Microsoft Defendants' Unopposed Motion for Extension of Time to File a Reply to Their Motion to Dismiss and to Exceed the Page Limitations of LCvR 7(e), it is hereby

ORDERED that the Microsoft Defendants' Motion is GRANTED.

It is further ORDERED that the Microsoft Defendants have until August 4, 2006 to file a reply to their Motion to Dismiss.

2

It is further ORDERED that the Microsoft Defendants' reply to their Motion to Dismiss may exceed the 25-page limitations of LCvR 7(e), but not to exceed 35 pages.

SO ORDERED.

Dated: _____

                                        Royce C. Lamberth
United States District Judge for the
District of Columbia

## PARTIES AND COUNSEL TO NOTIFY

Suzette Richards, Esq.  
P.O. Box 223875  
Christiansted, St. Croix  
U.S. Virgin Islands  00822-3875

Richard H. Hunter, Esq.  
Yolan C. Brow, Esq.  
**HUNTER, COLE & BENNETT**  
Pentheny Building - 3rd Floor  
1138 King Street - Suite 301  
Christiansted, St. Croix  
U.S. Virgin Islands  00820

Simone R.D. Francis, Esq.  
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**  
The Tunick Building - Suite 202  
1336 Beltjen Road  
St. Thomas, Virgin Islands  00802

Benton G. Peterson  
**ASSISTANT UNITED STATES ATTORNEY**  
Civil Division  
555 Fourth Street, NW  
Room E4905  
Washington, DC 20530

DUDLEY, TOPPER and FEUERZEIG, LLP  
Henry L. Feuerzeig  
Law House  
1000 Frederiksberg Gade (P.O. Box 756)  
St. Thomas, U.S.V.I.  00804-0756

COVINGTON & BURLING LLP  
Charles E. Buffon  
Harry B. Roback  
1201 Pennsylvania Avenue, N.W.  
Washington, D.C.  20004