# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY, DUKE UNIVERSITY )<br>SCHOOL OF LAW, DUKE UNIVERSITY )<br>BOARD OF TRUSTEES, NANNERL )<br>KEOHANE, in her personal and official )<br>Capacity as President of Duke University )<br>GEORGETOWN UNIVERSITY, )<br>GEORGETOWN UNIVERSITY LAW )<br>CENTER, JOHN ASHCROFT, in his official )<br>Capacity as Attorney General of the United )<br>States, FEDERAL BUREAU OF )<br>INVESTIGATION, U.S. DEPARTMENT OF )<br>JUSTICE, and JOHN and JANE DOES 1-10, )<br>WILLIAM H. GATES, III, in his personal and )<br>official capacity as Chairman of Microsoft )<br>Corporation, STEVE BALLMER, in his )<br>personal and Official capacity as Chief )<br>Executive Officer of Microsoft Corporation, )<br>MICROSOFT CORPORATION, MICROSOFT )<br>EMPLOYEES A-J and MELINDA GATES, )<br>)<br>Defendants. ) | CIVIL NO. 06-01179 (RCL) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance on behalf of Defendant Georgetown University, also sued as "Georgetown University Law Center," by Richard H. Hunter, Esq. (D.C. Bar No. 263798) of the law firm of Hunter Cole & Bennett, and Elizabeth A. O'Brien, Esq. (D.C. Bar No. 466314) of the law firm of

Williams & Connolly LLP. Defendant requests that copies of all motions, notices and pleadings be forwarded to the undersigned at their below listed addresses.

             Respectfully submitted,

             **HUNTER COLE & BENNETT**

Dated: July 13, 2006     By: /s/ Richard H. Hunter
              Richard H. Hunter, Esq.
              D.C. Bar No. 263798
              1138 King Street
              Christiansted, St. Croix
              U.S. Virgin Islands 00820
              rhunter@hcbvilaw.com
              (340) 773-3535

             **WILLIAMS & CONNOLLY LLP**

            By: /s/ Elizabeth A. O'Brien
              Elizabeth A. O'Brien, Esq.
              D.C. Bar No. 466314
              725 Twelfth Street
              Washington, D.C. 20002
              EOBrien@wc.com
              (202) 434-5000

*Counsel for Georgetown University*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2006, a true copy of the foregoing was mailed by first class mail, postage prepaid to:

| | |
|---|---|
| Suzette Richards, Esq.<br>P.O. Box 223875<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00822-3875 | Henry L. Feuerzeig, Esq.<br>Dudley, Topper & Feuerzeig<br>1A Frederiksberg Gade<br>P.O. Box 756<br>St. Thomas, Virgin Islands  00804 |
| Simone Francis, Esq.<br>Ogletree Deakins Nash Smoak Steward<br>The Tunick Building<br>1336 Beltjen Road, Suite 202<br>St. Thomas, Virgin Islands 00802 | Benton G. Peterson, Esq.<br>Assistant United States Attorney<br>Judiciary Center Building<br>Civil Division<br>555 4th St., N.W., Room E4905<br>Washington, D.C.  20530 |

　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth A. O'Brien
　　　　　　　　　　　　　　　　　　　　Elizabeth A. O'Brien