# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL NO. 06-01179 (RCL) |
| Defendants. | |

## DISCLOSURE OF CORPORATE AFFILIATIONS

The undersigned, counsel of record for Defendant Georgetown University ("Georgetown"), pursuant to Rule 7.1 of the Local Rules of this Court, certify to the best of our knowledge and belief, that Georgetown University is a congressionally chartered corporation which includes Georgetown University Law Center. Georgetown University Law Center is not a separate entity. Georgetown

does not have any parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 13, 2006               Respectfully submitted,

                                         HUNTER COLE & BENNETT

                                         By___/s/ Richard H. Hunter__
                                              Richard H. Hunter, Esq.
                                              D.C. Bar No. 263798
                                              1138 King Street
                                              Christiansted, St. Croix
                                              U.S. Virgin Islands 00820
                                              (340) 773-3535

                                         WILLIAMS & CONNOLLY LLP

                                         By__/s/ Elizabeth A. O'Brien___
                                           Elizabeth A. O'Brien, Esq.
                                           D.C. Bar No. 466314
                                           725 Twelfth Street, N.W.
                                           Washington, D.C. 20005
                                           (202) 434-5000

                                         *Counsel for Georgetown University*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 13th day of July, 2006, a true copy of the foregoing was mailed by first class mail, postage prepaid to:

| | |
|---|---|
| Suzette Richards, Esq.<br>P.O. Box 223875<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00822-3875 | Henry L. Feuerzeig, Esq.<br>Dudley, Topper & Feuerzeig<br>1A Frederiksberg Gade<br>P.O. Box 756<br>St. Thomas, Virgin Islands  00804 |
| Simone Francis, Esq.<br>Ogletree Deakins Nash Smoak Steward<br>The Tunick Building<br>1336 Beltjen Road, Suite 202<br>St. Thomas, Virgin Islands 00802 | Benton G. Peterson, Esq.<br>Assistant United States Attorney<br>Judiciary Center Building<br>Civil Division<br>555 4th St., N.W., Room E4905<br>Washington, D.C.  20530 |

                                                                  /s/ Elizabeth A. O'Brien
                                                                   Elizabeth A. O'Brien