IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>         Plaintiff,<br><br>  v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES,<br><br>         Defendants. | CIVIL NO. 06-01179 (RCL) |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney for Defendant Georgetown University ("Georgetown") respectfully moves this Court, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, for the admission of attorney Richard H. Hunter, Esq. *pro hac vice*, to represent Georgetown in the above-entitled matter, and in support thereof states:

1.The accompanying Declaration of Richard H. Hunter, Esq. establishes that he is a member of the law firm of Hunter Cole & Bennett, which has offices at 1138 King Street, Christiansted, St. Croix, U.S. Virgin Islands 00820; he is a member in good standing of the bars of the District of Columbia (D.C. Bar No. 263798), Virginia (Va. Bar No. 16840), and the Virgin Islands.

2.No disciplinary proceedings have been instituted against him by any bar or court.

3.Within the last two years, he has not applied for or been admitted *pro hac vice* in this Court.

4.The purpose of this application is to make it possible for Richard H. Hunter to represent Georgetown, who has sought this firm's advice and assistance with respect to this litigation.  Mr. Hunter has represented Georgetown in this lawsuit since June of 2003.

Wherefore, the undersigned respectfully requests that attorney Richard H. Hunter be granted permission to represent Georgetown in this matter *pro hac vice.*

Dated: July 13, 2006Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By__/s/ Elizabeth A. O'Brien__
Elizabeth A. O'Brien
D.C. Bar No. 466314
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Georgetown University*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2006, a true copy of the foregoing Motion for Admission Pro Hac Vice, along with accompanying Declaration of Richard H. Hunter, Esq. and Proposed Order were mailed by first class mail, postage prepaid to:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands 00822-3875

Henry L. Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, Virgin Islands  00804

Simone Francis, Esq.
Ogletree Deakins Nash Smoak Steward
The Tunick Building
1336 Beltjen Road, Suite 202
St. Thomas, Virgin Islands 00802

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530

　　　　　　　　　　　　　　　　　　  /s/ Elizabeth A. O'Brien  
　　　　　　　　　　　　　　　　　　　 Elizabeth A. O'Brien