# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>        Plaintiff,<br><br>  v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES,<br><br>        Defendants. | CIVIL NO. 06-01179 (RCL) |

## DECLARATION OF RICHARD H. HUNTER, ESQ.

1. I am a member of the law firm of Hunter Cole & Bennett, which has offices at 1138 King Street, Christiansted, St. Croix, U.S. Virgin Islands 00820, (340) 773-3535, that has represented Georgetown University in this lawsuit since June of 2003 and has been retained by the Defendant Georgetown University to continue representing it in the above-entitled action.

    2.    I am a member in good standing of the bars of the District of Columbia (D.C. Bar No. 263798) and of Virginia (Va. Bar No. 16840) as well as of the Virgin Islands Bar Association.

    3.    I do not engage in the practice of law from an office located in the District of Columbia.

    4.    I hereby certify that no disciplinary proceedings have been instituted against me by any bar or court.

    5.    Within the last two years, I have not applied for or been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2006

                                                        /s/ Richard H. Hunter  
                                                        Richard H. Hunter, Esq.