IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>        Plaintiff,<br><br>  v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES,<br><br>        Defendants. | CIVIL NO. 06-01179 (RCL) |

## **ORDER**

   Upon consideration of all of the papers and filings herein, it is this ____ day of _____, 2006, hereby

   ORDERED, that attorney Richard H. Hunter be granted permission to represent Defendant Georgetown University in the above-captioned matter *pro hac vice*.

                                                               _____
Judge Royce C. Lamberth
United States District Judge

cc:    Richard H. Hunter, Esq.
       Hunter Cole & Bennett
       1138 King Street
       Christiansted, St. Croix
       U.S. Virgin Islands 00820

       Elizabeth A. O'Brien, Esq.
       Williams & Connolly LLP
       725 Twelfth Street, N.W.
       Washington, D.C. 20005

       Suzette Richards, Esq.
       P.O. Box 223875
       Christiansted, St. Croix
       U.S. Virgin Islands 00822-3875

       Henry L. Feuerzeig, Esq.
       Dudley, Topper & Feuerzeig
       1A Frederiksberg Gade
       P.O. Box 756
       St. Thomas, Virgin Islands 00804

       Simone Francis, Esq.
       Ogletree Deakins Nash Smoak Steward
       The Tunick Building
       1336 Beltjen Road
       Suite 202
       St. Thomas, Virgin Islands 00802

       Benton G. Peterson, Esq.
       Assistant United States Attorney
       Judiciary Center Building
       Civil Division
       555 4th St., N.W., Room E4905
       Washington, D.C. 20530