# IN THE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY ) | |
| SCHOOL OF LAW, DUKE UNIVERSITY ) | |
| BOARD OF TRUSTEES, NANNERL ) | |
| KEOHANE, in her personal and official ) | CIVIL NO. 06-01179 (RCL) |
| Capacity as President of Duke University ) | |
| GEORGETOWN UNIVERSITY, ) | |
| GEORGETOWN UNIVERSITY LAW ) | |
| CENTER, in his official ) | |
| Capacity as Attorney General of the United ) | |
| States, FEDERAL BUREAU OF ) | |
| INVESTIGATION, U.S. DEPARTMENT OF ) | |
| JUSTICE, and JOHN and JANE DOES 1-10, ) | |
| WILLIAM H. GATES, III, in his personal and ) | |
| official capacity as Chairman of Microsoft ) | |
| Corporation, STEVE BALLMER, in his ) | |
| personal and Official capacity as Chief ) | |
| Executive Officer of Microsoft Corporation, ) | |
| MICROSOFT CORPORATION, MICROSOFT ) | |
| EMPLOYEES A-J and MELINDA GATES, ) | |
| ) | |
| Defendants. | |

## DEFENDANT GEORGETOWN UNIVERSITY'S MOTION TO DISMISS

Defendant Georgetown University,[1] by undersigned counsel, hereby moves to dismiss the above-captioned matter.

---

[1] Georgetown University Law Center is not a separate entity from Georgetown University capable of being sued.  Accordingly, "Georgetown University" includes the University as well as its Law Center.

The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support of Defendant Georgetown University's Motion to Dismiss.

A proposed Order is also submitted.

Dated:  July 13, 2006                                    Respectfully submitted,


                                                         HUNTER COLE & BENNETT


                                    By:   /s/ Richard H. Hunter
                                          Richard H. Hunter, Esq.
                                          D.C. Bar No. 263798
                                          1138 King Street
                                          Christiansted, St. Croix
                                          U.S. Virgin Islands 00820
                                          (340) 773-3535

                                          WILLIAMS & CONNOLLY LLP

                                    By:   /s/ Elizabeth A. O'Brien
                                          Elizabeth A. O'Brien, Esq.
                                          D.C. Bar No. 466314
                                          725 Twelfth Street, N.W.
                                          Washington, D.C.  20005
                                          (202) 434-5000

                                          *Counsel for Georgetown University*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2006, I caused a true and exact copy of Defendant Georgetown University's Motion to Dismiss, Memorandum of Law in Support of Georgetown University's Motion to Dismiss, and Proposed Order to be served by first class mail, postage prepaid, upon:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands 00822-3875

Henry L. Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, Virgin Islands  00804

Simone Francis, Esq.
Ogletree Deakins Nash Smoak Steward
The Tunick Buidling
1336 Beltjen Road
Suite 202
St. Thomas, Virgin Islands 00802

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530

        /s/ Elizabeth A. O'Brien
        Elizabeth A. O'Brien