# EXHIBIT A

**G. Rita Dudley-Grant, Ph. D., M.P.H., ABPP**
**Clinical and Consulting Psychologist**
P.O. Box 24241
Christiansted, VI 00824-0241
(340) 773-6445

July 21, 2003

David J. Comeaux. Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, LLC**
The Tunick Building - Suite 202
1336 Beltjen Road
St. Thomas, Virgin Islands   00802

    Re:    <u>Suzette Richards v. Duke University, et al.</u>
            St. Croix District Court Civil No. 2003/0079

Dear Mr. Comeaux,

As per your letter of July 8, 2003, following is my review of the Complaint and First Amended Complaint filed by plaintiff Suzette Richards. As you know, I am a licensed and Board Certified, clinical psychologist who has been admitted as an expert witness in both the Territorial and Federal courts of the Virgin Islands.

For my review I will restate some of the most salient features of the Plaintiff's concerns. It is beyond the scope of this letter to address every statement that raises psychiatric concern. Rather I wish to state as an overview that the tone and the content of the two documents is highly suggestive of having been written by someone who is experiencing a severe mental illness. I will provide a basic definition of the type of psychiatric illness suggested by the document, with examples from the Plaintiff's statements. I will then conclude with a summary and recommendation.

Review

Ms. Richards makes several allegations regarding an extensive conspiracy between Duke University and its Law School, Georgetown University and its Law School, as well as branches of the Federal Government, Microsoft Corporation and individuals leading or connected with these institutions. In her lengthy Complaint, and even lengthier First Amended Complaint she accuses these individuals and institutions of illegally placing her under electronic surveillance since early June of 1998.

Review of Complaint and First Amended Complaint
Suzette Richards v. Duke University, et al.
Page - 2 -

The surveillance includes "listening devices and hidden video camera surveillance in Plaintiff's home, including Plaintiff's bedroom and bathroom, and wiretaps on Plaintiff's phone" (Complaint #46). She states that she is under constant surveillance, even when traveling, ". . . [It] is a roving form of surveillance that goes wherever Plaintiff goes, which includes cars and even planes" (Complaint #59). The majority of her subsequent allegations are based on private and personal information, illegally obtained by this surveillance, including information on her thoughts, or "intellectual property," her activities and performance as a law student at both universities, medical information regarding the Plaintiff, aspects of her sex life, and other information of a personal and private nature.

The goal of this surveillance is primarily to undermine the Plaintiff personally and professionally. For example she writes ". . . persons at Duke Law used the information from the surveillance to not only harass Plaintiff, but to humiliate, embarrass and discriminate against Plaintiff as well" (Complaint, #166). She presents that those named in the lawsuit are determined to prevent her from practicing law, as well as interfering with her ability to enjoy life on a personal level.

The motives for this conspiracy and surveillance appear to be several. It initially began due to Ms. Richards' experience as a first year law student where she alleges that she was the victim of racism and bigotry, felt that then Dean of Students, Susan Stockwell, intentionally and willfully lied to students about how to take the midterm and final exam, which resulted in the Plaintiff obtaining a lower grade than she expected. She suggests that essentially one reason for harassing her was their knowledge that she was planning to make their perceived discriminatory practices public.

However, she alleges that in the third year of law school Microsoft joined the continued surveillance and harassment. The reason for Microsoft joining, the Plaintiff alleges in the First Amended Complaint, is that "the Duke Defendants, Georgetown Defendants, and Government Defendants actually feared that Defendant Bill Gates, who is white, would leave his wife, who is also white, for Plaintiff, who is black" (First Amended Complaint, #194). She then goes on to make allegations regarding Bill Gates physical attraction to her, as well as his use of her ideas to make "millions or billions o f dollars", and his posting of information about her on the website. This is all stated despite "That in fact, Plaintiff has never even personally met Bill Gates and Plaintiff has never been his mistress."

From these few excerpts of the lengthy documents, it appears that the Plaintiff has developed an extensive belief system regarding the difficulties that she has had over the past five years. There are several aspects of this belief system which cause concern regarding the Plaintiff's reality testing. The Diagnostic and Statistical Manual, Fourth edition is the currently accepted standard of mental health diagnoses in the field. It describes the narrowest definition of psychotic as "restricted to delusions or prominent hallucinations with the hallucinations occurring in the absence of insight into their pathological nature" (p.273). It describes delusions as "erroneous beliefs that usually involve a misinterpretation of perceptions or experiences," the content of which can be persecutory,

Jt.Ap. 000105

Review of Complaint and First Amended Complaint
Suzette Richards v. Duke University, et al.
Page - 3 -

referential, somatic, religious or grandiose. The persecutory is the most common, where a person believes he or she is being "tormented, followed, tricked, spied on or subjected to ridicule." The Plaintiff's description of the conspiracy and the surveillance bears an almost textbook relationship to the description of the persecutory delusion.

Referential delusions are also common. In this instance, certain gestures, comments, or other environmental cues are perceived by the individual as being specifically directed to him or her. The Plaintiff on several occasions describes professors who make statements intended to send her negative messages, i.e. "Professor Carrington stated that some students do not do well on law school exams because they do not know how to take law school examinations, *and he was looking directly at Plaintiff when he said it*" (my italics - First Amended Complaint # 115). In another example of grandiose delusional thinking with ideas of reference, the Plaintiff accuses Bill Gates of putting lies on his website about "a pregnancy which never existed" (First Amended Complaint #227). "That in the spring of 2001, while Plaintiff was living in the Virgin Islands and studying for her bar examination, Defendant Keohane, in furtherance of this racist conspiracy, even appeared on the cover of the Duke Alumni Magazine with a very dark skinned child" (First Amended Complaint #228). The Plaintiff believes that the picture was clearly targeted at her despite the lack of any objective evidence.

The distinction between a delusion and a strongly held idea is sometimes dil3icult to make, and depends on the degree of conviction with which the belief is held, despite clear contradictory evidence. Moreover, the DSM IV differentiates between bizarre delusions and non-bizarre delusions in order to make a differential diagnosis. In this instance while most of what the plaintiff alleges is possible, it is highly unlikely, and reflects an extreme level of grandiose thinking. For example, while it is possible to have surveillance at the level and magnitude described by the Plaintiff, the cost is quite excessive, far beyond what would reasonably be expended for example on an extramarital interest, should one exist. In addition, the obsession that Bill Gates is alleged to have formed to the Plaintiff has occurred in the absence of their ever having met. Finally, ascribing to oneself the notion that personal information is being posted on the MSN by Bill Gates and other senior Microsoft employees, as well as crediting herself with major uses of wireless technology, speaks to the potential for severe delusional grandiosity.

Other psychiatric issues of concern include the Plaintiff's sexual preoccupation, which is another common symptom of psychiatric disturbance. "That Bill Gates even repeatedly put things on the MSN website to make it appear that Plaintiff was pregnant for him, when in fact no pregnancy ever existed" (First Amended Complaint #226). In addition, the age of onset, presumably in her early twenties, is the average age of onset for major psychosis in women. With a delusional psychosis, the individual often becomes convinced that some injustice must be remedied by legal action, resulting in repeated attempts to obtain satisfaction by appeal to the courts and other government agencies. The Plaintiff repeatedly indicates that she has made many previous attempts to get relief from the FBI and other government agencies, so far with no success.

Review of Complaint and First Amended Complaint
Suzette Richards v. Duke University, et al.
Page - 4 -

In summary, the Complaint and First Amended Complaint present several of the symptoms that would be consistent with an individual experiencing Paranoid Schizophrenia or a Delusional Psychosis. It is not possible to make a definitive diagnosis without actually interviewing the individual, as the differential diagnosis must lie in the speech patterns of the person, as well as their current actual level of functioning professionally and personally. Hence, it is strongly recommended that the Plaintiff undergo a psychiatric evaluation and obtain treatment in order to address what appears to be a severe emotional disturbance.

Very Truly Yours,

G. Rita Dudley-Grant, Ph.D., MPH, ABPP
Clinical Psychologist


cc:   Richard H. Hunter, Esq.
      Henry L. Feuerzeig, Esq.