# EXHIBIT B

### G. Rita Dudley Grant, Ph.D., M.P.H., ABPP
### P.O. Box 24241
### Christiansted, V.I. 00824
(340) 772-3665 (o), (340) 773-8384 (h), (340) 773-7734 (f)
e-mail address: ritadgrant@worldnet.att.net

## EDUCATION

M.P.H.  **HARVARD UNIVERSITY SCHOOL OF PUBLIC HEALTH**
Administration, International Health
Boston, MA  1984

PH.D.  **ADELPHI UNIVERSITY, IAPS,** clinical psychology
Garden City, NY  1980

M.A.  **ADELPHI UNIVERSITY, IAPS,** clinical
psychology
Garden City, NY  1974

B.A.  **SIMMONS COLLEGE,** Psychology
Boston, MA  1973

## LICENSURE

American Board of Professional Psychology
(ABPP) 1999-present
VI Business License   1991 - 1998
VI Board of Registration in Psychology
1998-present Registration number: 007
National Register of Health Service Providers in
Psychology, Register No.:34935  1988 -
present
Massachusetts Board of Registration in Psychology
Registration Number:  2905   1981 - present

## PROFESSIONAL EXPERIENCE

1995 to        *CLINICAL PSYCHOLOGIST/PROGRAM DEVELOPER*
Present         **Virgin Islands Behavioral Services**
United States Virgin Islands

Senior Clinician responsible for the
Psychological Assessment of all residents in the
Diagnostic and Crisis Intervention Program, a
service for youth ages 5 to 17.  Carry a case

load of individual and family therapy for some of the residents. Supervise Clinical Staff. Write Grants for the development of new programs to provide a total system of mental health care for young people in the territory. Develop training program and supervise psychology interns in testing and therapy with this population. Conduct ongoing in service training for the entire staff.

**Spring to Fall 1994**

**ACTING COMMISSIONER OF HEALTH**
**VIRGIN ISLANDS DEPARTMENT OF HEALTH**
United States Virgin Islands

Cabinet level appointment by the Governor to provide leadership for this 1,200 member department. Oversight of a 35 million dollar budget, all public health programs including clinics, specialty services (i.e. HIV/STD, WIC, Chronic Disease Prevention, Health Education, Environmental Health, Mental Health and Substance Abuse, Immunization, Emergency Services). Developed policies and programs, monitored the adequate, quality provision of all public health services and represented Health to all three branches of government and the public in order to improve the health status of the territory.

**1987 to 1994**

**ASSISTANT COMMISSIONER OF HEALTH**
**VIRGIN ISLANDS DEPARTMENT OF HEALTH**
*United States, Virgin Islands*

Responsible for the Division of Prevention, Health Promotion and Protection of the Department of Health. Oversight of a 20 million dollar budget, federally and locally funded public health programs including Health Education, Mental Health and Substance Abuse Services, Environmental Health, Nutrition, Dental Health, Medical Assistance and all non hospital facilities. Selected programs developed under my leadership include: Annual "Fight the Bite" Dengue Prevention campaign, 40 bed residential drug rehabilitation center for adolescents and adults, Oxford Houses revolving loan self run drug rehabilitation half way houses, Club Houses for the Mentally Ill, Outpatient and Day Hospital for Dual Diagnosis or MICA clients, Dental Health

CURRICULUM VITAE        G. RITA DUDLEY GRANT

Needs Assessment on all age groups in the
territory, Household survey of Mental Health and
Substance Abuse needs and attitudes in the Virgin
Islands.

### CHIEF OF PSYCHOLOGY

**DEPARTMENT OF PSYCHOLOGY/PSYCHIATRY**
Boston City Hospital, Boston, MA

Administrative and fiscal responsibility for the
psychology department in an urban city hospital.
Directed several services and training programs.
Set policy and qualifications guidelines for all
psychologists within the hospital.  supervision,
teaching, conducting research, grant writing.

1982 to 1987      ### DIRECTOR OF TRAINING
**CENTER FOR MULTI-CULTURAL TRAINING IN PSYCHOLOGY
(CMTP),** Boston City Hospital, Boston, MA

Directed this pre and post doctoral internship
center originated by an N.I.M.H. training grant
in 1972, which achieved APA approval under my
leadership. Principal Investigator for the grant
from 1982 to 1987.  CMTP Trains multi-ethnic
psychologists to work with inner city
populations.  Administrative, educational and
supervisory responsibility for 5 to 8 interns
annually and a network of over 100 professionals
associated with the program in various
capacities.

1985 to 1987      ### DIRECTOR OF PEDIATRIC PSYCHIATRY EMERGENCY CONSULTATION SERVICE
**DEPARTMENT OF PSYCHOLOGY/DEPARTMENT OF CHILD
PSYCHIATRY, DIVISION OF PSYCHIATRY**
Boston City Hospital, Boston, MA

Administrative and fiscal responsibility for the
pediatric night and weekend Child Psychiatry
Emergency service.  Provide consultation and
disposition recommendations to emergency room
staff regarding the patients and their families.

CURRICULUM VITAE     G. RITA DUDLEY GRANT

**1985 to 1986**     *DIRECTOR OF CHILD/ADOLESCENT CRISIS TEAM*
DEPARTMENT OF PSYCHOLOGY, BOSTON CITY HOSPITAL/
MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH/
Solomon Carter Fuller Catchment Area,
Boston, MA

Director of trial, joint state and city pediatric
mental health program for crisis intervention to
adolescents.  One year grant which served as a
model for an expanded service offered through the
catchment area.

**1979 to 1982**     *CLINIC DIRECTOR/SUPERVISOR*
PSYCHOTHERAPY/PSYCHODIAGNOSTIC TRAINING CLINIC
Minority Training Program (now CMTP),
Boston City Hospital, Boston MA

Developed and administered an outpatient training
clinic staffed by the interns and fellows of the
internship center with 4 senior staff and 20+
supervisors.  Supervised and provided direct
clinical testing and therapy within the clinic
and the training program.

**1979 to 1892**     *CLINICAL PSYCHOLOGIST*
MENTAL SOCIAL HEALTH DEPARTMENT
Roxbury Comprehensive Community Health Center
Roxbury, MA

Therapy and testing with a poor, multi-ethnic
population in an outpatient clinic.  Supervised
students, developed and implemented case
conference.

**1978 to 1979**     *CHIEF PSYCHOLOGIST*
ACUTE DAY HOSPITAL
S.C. Fuller Mental Health Center
Boston, MA

Psychologist on a multidisciplinary team who
          designed and implemented a short term
day hospital for an acute psychiatric population.
Developed in service programs, supervised
students, testing, therapy, groups, case

CURRICULUM VITAE     G. RITA DUDLEY GRANT

management.

**1977 to 1978**   ***MOTHER INFANT SPECIALIST***
INFANT DEVELOPMENT UNIT
S.C. Fuller Mental Health Center
Boston, MA

Case management and supportive counseling to
mothers and families of severely physically
handicapped infants.

**1976 to 1977**   ***CLINICAL FELLOW IN PSYCHOLOGY (Predoctoral Internship)***
MASSACHUSETTS MENTAL HEALTH CENTER
Harvard Medical School
Boston, MA

Clinical Internship in the psychology department
of a psychiatric hospital.  Primary placement,
diagnostics and therapy with an acutely psychotic
population.  Also worked in the Walk In Emergency
Screening clinic providing initial intakes,
testing, individual and group therapy.  Special
training in testing, community psychology, and
suicide intervention.

## TEACHING EXPERIENCE

**1993 to Present**   ***GUEST LECTURER***
PSYCHOLOGY DEPARTMENT

UNIVERSITY OF THE VIRGIN ISLANDS, ST. CROIX
CAMPUS

Served as a Guest Lecturer for several courses at
the undergraduate and graduate level.  Lecture on
a variety of topics including issues in multi
cultural psychology, family psychology,
psychological assessment, and motivation.

**1983 to Present**   ***ASSISTANT PROFESSOR***
PSYCHIATRY/PSYCHOLOGY
BOSTON UNIVERSITY SCHOOL OF MEDICINE (BUSM)
Boston, MA

CURRICULUM VITAE       G. RITA DUDLEY GRANT

Primary responsibility for education of all
psychology trainees and fellows of the clinical
psychology internship training center (CMTP) at
Boston City Hospital, Dept. of Psychology.

1978 to 1987    **FACULTY/SUPERVISOR**
**CENTER FOR MULTI CULTURAL TRAINING IN PSYCHOLOGY**
**CMTP, (FORMERLY MINORITY TRAINING PROGRAM)**
**Boston City Hospital, BUSM**
Boston, MA

Courses taught to interns:
"Ethno Psychology"  four part
seminar/workshop co-taught with various
internship faculty members  1979-1987

"Psychotherapy With Ethnic Minorities:
The Psycho dynamic vs. the Cognitive
Behavioral Approach" co-taught with Omowale
Amuleru Marshall, Ph.D.  1981-1983

Case Conference Coordinator  1979-1983

Counseling Skills with Comprehensive
Employment and Training Act (CETA)
applicants five week intensive workshop and
ongoing supervision for special trainee
group 1977

1977 to 1978    **INSTRUCTOR**
**ROXBURY COMMUNITY COLLEGE**
Roxbury, MA
Course:  "Black Psychology"
                              Lecture series
sponsored by Greater Boston Association
of Black Psychologists

1973 to 1976    **GRADUATE TEACHING ASSISTANT**
**DERNER INSTITUTE FOR ADVANCED PSYCHOLOGICAL
STUDIES, ADELPHI UNIVERSITY,** Garden City, NY
Assistant to:  Dr. Gorden Derner, Dr.
Richard
Billows
Courses:  "Psychodiagnostic Evaluations"

CURRICULUM VITAE        G. RITA DUDLEY GRANT

course assistant too First Year Graduate
Students
"Intelligence Testing" taught to Masters in
Special Education students.

## CONFERENCE DEVELOPER/CHAIR

2001            *CONFERENCE CO-CHAIR*
                **Adolescent Sexual Offenders**
                Sponsored by Virgin Islands Behavioral
                Services
                St. Thomas/St. Croix, VI June 7&8

1994            *CONFERENCE CO-CHAIR*
                **Mental Health of Caribbean Women**
                Biennial conference of the Caribbean
        Federation of Mental Health
                Chapter of the World Federation of MH
                St. Thomas, VI, July 11 -17

1985            *CONFERENCE CHAIR*
                **VIOLENCE IN THE BLACK FAMILY AND COMMUNITY**
                Conference sponsored by the Institute for
                the                Study of Black Culture,
                University of Massachusetts, Columbia Point,
                MA ,April

1977            *CONFERENCE CO-CHAIR*
                Mental health service delivery for multi-
                ethnic populations
                Two day symposium and four part lecture
                series provided to staff at the Center for
                Exceptional Children, S.C. Fuller Mental
                Health Center, Boston, MA  April

## CONSULTATIONS

2001            Hovensa Oil Refinery
                Debriefing with senior managers, individual
                counseling and Stress Management seminar
                subsequent
                to fire in plant

2000-2001       Head Start Programs, VI Dept. of Human Services

**CURRICULUM VITAE      G. RITA DUDLEY GRANT**

Individual Counseling and Stress Management
Workshop for all staff subsequent to SW assaulted
at gun point

**2000**            VI Dept of Education, St. Croix VI
Debriefing at John H. Woodson Jr. High following
the murder of a student on campus

**1999**            VI Department of Health, Division of Mental
Health, Tamarind Tree Club House, St. Croix, VI.
Conducted grief  debriefing with employees due to
death of a family member due to attack by Club
House client.

VI Housing Police, St. Croix, VI. Conducted grief
debriefing due to murder of fellow
officer during an altercation.

**1998**            U.S. Postal service. St. Croix, VI.  Conducted
debriefing due to suicide of one of the employees.

Country Day School, VI Department of Education.
Conducted debriefings, violence management seminars
and         individual sessions for students, parents and
counselors        subsequent to teen violence on campus.

**1995,1997**     VI Port Authority, St. Thomas, St. Croix.  Debriefing
due to suicide of employee (1997).  Stress Reduction
training with all staff post Hurricane Marilyn (1995).

**1992**            V.I. Energy Office
St. Croix, VI
Staff development intervention on staff relations

**1986**            South Carolina Dept. of Mental Health
Columbia, SC
In service Training for the Community Mental
Health staff on Networking and cultural
relevance.

**1984**            Colby College, Waterville, ME
Crisis consultation and network interception to
the student body and faculty of this small New
England College around resolution of inter-racial
tension.

CURRICULUM VITAE    G. RITA DUDLEY GRANT

1980 to 1982    Women's Educational Equity Act Program
Wellesley, MA
Served as proposal/project reviewer for this
Nationally funded project implemented through
Wellesley College Center for Research on Women.

1981    Government of the District of Columbia, Mental
Health Administration,
Community Support Systems Project, Washington, DC
In service training for the CSSP Staff.

1975 to 1976    Marcy Williamsburg Child Development Center
Head Start Program,  Brooklyn, NY
Consultant to teachers, administrators and
families around Child Development and family
processes.

## MEDIA EXPERIENCE

Interviewed on television talk shows such as FACE to FACE,
(Addie Ottley, host, ABC affiliate),(Sam Topp, host, Public
Television), radio talk shows such as AM 970, (Abdul Ali, host)
on a variety of topics regarding health and mental health issues
in the Virgin Islands, 1987 to present.

Participated in Black Women's Health Project interaction with
Mwirithria Kenyan Women's Self Help Group, part of a documentary
of the United Nations Women's Conference, July 1985.  Aired on
PBS nationally, summer, 1986.

Interviewed on "Coming Together", Tanya Hart, Host, WBZ Boston
NBC affiliate regarding the mental health implications and
issues of the United Nations Women's conference, Kenya, 1985.

Interviewed by various media including the Boston Globe, and
local affiliates of CBS, NBC, ABC regarding issues of poverty,
multi-ethnic populations and mental health from 1982 to present.

## HONORS AND AWARDS

*FELLOW, AMERICAN PSYCHOLOGICAL ASSOCIATION* Awarded by the
Society for the psychological study of ethnic minority
concerns, 2002

CURRICULUM VITAE     G. RITA DUDLEY GRANT

**CERTIFICATE OF APPRECIATION** Virgin Islands Behavioral Services, (2003), VI Counseling Assn, (2001, 1999), Territorial Court Mentoring Program 2001, CASA of the Virgin Islands, 2001, 1998, The Village Programs, 1999

**ANNIVERSARY AWARD,** given by Virgin Islands Behavioral Services,2000

**CARL A. HEISER AWARD FOR STATE ADVOCACY,** given by the American Psychological Association 1999

**AWARD FOR SERVICE TO VI VICTORY PARTNERSHIP,** given by Victory Partnership for service to the community in substance abuse prevention, 1997

**OUTSTANDING SERVICE AWARD**, given by the V.I. Village, Partners in Recovery, 1992

**RECOGNITION AWARD,** given by the VI Department of Health, Division of Mental Health and Substance Abuse Services in recognition of outstanding efforts in bringing residential treatment to the territory, 1991

**JACK KRASNER MEMORIAL AWARD**
Awarded to a young psychologist who has done outstanding work early in their career. Awarded For outstanding work in training and service with ethnic minorities. Awarded by the Division of Psychotherapy (29) of the American Psychological Association 1986

**DISTINGUISHED SERVICE RECOGNITION**
Women in Philanthropy, Boston, MA 1986

**NONGOVERNMENTAL REPRESENTATIVE**
United Nations Women's Conference
Nairobi, Kenya 1985

**OUTSTANDING YOUNG WOMEN OF AMERICA** 1982

# GRANTS AND CONTRACTS

PRINCIPLE INVESTIGATOR, Winners Program, funded by Law

CURRICULUM VITAE      G. RITA DUDLEY GRANT

Enforcement Planning Commission, Department of the Interior, 1997 to Present. Project funded to provide violence reduction training to selected middle school adolescents in the St. Croix School District as well as prevention/training workshops for their parents.

**PRINCIPLE INVESTIGATOR**, Family Reunification for adolescents, funded through the VI Department of Human Services, 1997 to Present. This project which has been accepted and is pending implementation is designed to provide groups for adolescents, training for families and in home mentoring for the adolescents to youth at risk for out of home placement.

**PRINCIPLE INVESTIGATOR**, Project Healthy Lifestyles. Funded through the VI Department of Human Services, 1996 to present. Project to provide substance abuse prevention and treatment for incarcerated youth at the Youth Rehabilitation Center, the local juvenile detention center.

**PRINCIPLE INVESTIGATOR**, Community Support Programs, Center for Mental Health Treatment, 1990 to 1992 Worked with staff to develop a variety of programs for enhanced community based services for severely emotionally disturbed adults in the VI.

**PRINCIPLE INVESTIGATOR**, Child and Adolescent Crisis team Department of Mental Health, MA Grant number: 5647-000 Developed a model multi-institutional crisis team.

**PRINCIPLE INVESTIGATOR**, Inner City Hospital Based Minority Internship, Boston City Hospital NIMH Grant MH 17556-01 Boston, MA originally funded 1972 through 1986.

**PRINCIPLE INVESTIGATOR**, Conference on violence in the Black Family and Community. Grant funded by the Institute for the Study of Black Culture, University of Massachusetts at Columbia Point, MA in conjunction with the Commonwealth of Massachusetts. Grant awarded to sponsor a conference which was held in April.

# PUBLICATIONS

Bankart, P., Dockett,K.& Dudley-Grant, G. R. (2003) Buddhism and psychology: From individual to global perspectives. Kluwer: Netherlands.

Caldwell-Colbert, T., Henderson-Daniel, J., & Dudley-Grant, G.

CURRICULUM VITAE          G. RITA DUDLEY GRANT

R. (2003).The African Diaspora In J. Robinson et al.
<u>Multicultural experiences in the workplace from a psychological</u>
<u>perspective.</u>

Dudley-Grant, G. R.(2001). Eastern Caribbean family psychology
with conduct disordered adolescents from the Virgin <u>Islands.</u>
<u>American Psychologist, 56,</u> 47-57.


Dudley-Grant, G. R., Williams, I. & Hunt, K. (2000). Substance
abusing women with children in treatment: A Virgin Islands
Residential <u>Model. Interamerican Journal of Psychology, 34,</u> 17-
28.

Dudley-Grant, G. R., Mendez, G. I. & Zinn, J. (2000). Stategies
for anticipating and preventing psychological trauma of
hurricanes through community education. <u>Professional Psychology:</u>
<u>Research and Practice, 31,</u> 387-392.

Barnard, A., Dudley-Grant, G. R., Mendez, G. I., Rothgeb, I. and
Zinn, J. (1998, July). <u>Hurricane Stress Handbook for Mental</u>
<u>Health Providers in the U.S. Virgin Islands.</u> St. Thomas, VI:
Association of VI Psychologists funded by a CAPP grant from APA


Dudley-Grant, G. R. (1998).  Commentary. [on Health status and
needs of diverse communities, Section I].  In V. de la Cancela,
J. L. Chin and Y. Jenkins. (Eds.)  <u>Community Health Psychology:</u>
<u>Empowerment for Diverse Communities</u> (pp.29-30).  New York:
Routledge.

Dudley-Grant, G. R., Mendez, G. I., and Zinn, J. Anticipating
and preventing psychological trauma of hurricanes through
community education.  Manuscript submitted for publication.

Dudley-Grant, G. R., Phillips-Carey, B. A., Jackson, B. L.,
Luke, B. Gilmore, R. C., Hector, L. M., Ritter Lambertis, D.,
France, V.(1997, September).  <u>Project Healthy Lifestyles:</u>
<u>Training Manual</u>. St. Croix, VI: V.I. Behavioral Services.
Funded by grant a grant from the Law Enforcement Planning
Commission awarded through the Department of Human Services.
Dudley-Grant, G. R.  (1994, August 1)  Demand reduction strategy
of the USVI Department of Health.  <u>Report to the Honorable Dr.</u>
<u>Lee P,. Brown, Director, Office of National Drug control Policy.</u>

**CURRICULUM VITAE     G. RITA DUDLEY GRANT**

St. Croix, VI: Department of Health, Government of the VI.

Dudley-Grant, G. R. (accepted for publication). Innovative approaches to meeting the health challenges in the 90's: A case study from the Virgin Islands. In F. Brisbane (Ed.), Edited Conference Proceedings, Counseling and Treating People of Colour: An International Perspective, 7th and 8th Annual Conferences, Honolulu, Hawaii, November, 1993, San Juan, PR, November 1994.

Dudley-Grant, G. R. (1992, 1991, 1990) Visions: Mental Health State Plan, United States Virgin Islands in compliance with P. L. 99-660 and P. L. 101-639. (Division of Mental Health, Alcoholism and Drug Dependency), St. Croix, VI: Department of Health, Government of the V.I.

Comas-Diaz, L. and Dudley, G. R. (1991, January). Ethnic Minorities and Publishing in Psychology: Part 1. Notes from the Society for the Psychological Study of Ethnic Minority Issues, Division 45, APA, 5. p. 19.

Dudley, G. R., and Rowley, D. (1988, Spring) Hysteria, Oppression and Empowerment in Third World Women. Psychotherapy Bulletin, 23.

Dudley, G. R., and Rawlins, M.L. (Eds. of special edition). Psychotherapy in changing times: Psychotherapy with Ethnic Minorities. Psychotherapy, Theory, Research and Practice. Vol. , No.  . 1982

Dudley, G. R. (1980) Behavioral manifestations of psychological rigidity: A cross-cultural perspective. (Doctoral Dissertation, Adelphi University, 1980). Dissertation Abstracts International, 39.

# PRESENTATIONS

Dudley-Grant, G. R.(2001, May). Substance Abuse in the Caribbean: A Buddhist Perspective on Recovery. Presentation conducted at the 26th Annual Conference of the Caribbean Studies Association, Maho Bay Beach, St. Martin, West Indies.

Dudley-Grant, G. R.& DiMeo, L.(2001, May). Understanding Psychological Reports. Presentation to Dept. Of Human Services

**CURRICULUM VITAE        G. RITA DUDLEY GRANT**

and Juvenile Intensive Supervision Services, St. Thomas, USVI.
Dudley-Grant, G. R. (2001, April). Psychology as a career.
Presentation to the Career Fest of the Manor School, St. Croix,
USVI.

Dudley-Grant, G. R. & Mendez, G. I. (2001, March). Diversity in
peer counseling. Presented to the Peer Counseling Training
Parent Workshop conducted by J. Zinn, St. Croix Country Day
School.

Dudley-Grant, G. R. (2000, August). Buddhist perspectives on
Addiction and Recovery in psychotherapy. In D. Pryor, (Chair),
Buddhism and western psychological thought: changes for the
Millennium. Symposium presented at annual meeting of the APA,
Washington, DC.

Dudley-Grant, G. R. (2000, February). Management of explosive
behavior in children and adolescents. Presentation to VIBS and
DHS staff, St. Croix, VI.

Dudley-Grant, G. R. (1999, May). Precursors of behavior
problems in young children. Presentation at Spotlight on Young
Children, Conference sponsored by an early childhood coalition
including the 0-3 Project of the VI Department of Health.
University of the Virgin Islands, St. Croix, VI.

Dudley-Grant, G. R. (1999, April). Child Abuse: Identification,
and Prevention. Part of Panel Discussion chaired by Dr. Ruby
Simmons, Commissioner of Education. Aired on WTJX Public
Television, simulcast St. Croix and St. Thomas, USVI.

Dudley-Grant, G. R. (1998, November). Effective Communication
with Emotionally Disturbed Adolescents. Two part Workshop given
to Staff of VI Behavioral Services, St. Croix, VI.

Dudley-Grant, G. R. (1998, September). Communication Skills
with Troubled Adolescents. Presentation at Nursing Conference
sponsored by VI Behavioral Services, Nursing Organization. St.
Croix, VI.

Dudley-Grant, G. R. (1998, August). Individualism and
collectivism: Psychodynamic theories and commonalities with
Buddhist thought. In A. Marsella, (Chair), Buddhism and western
psychological thought: conceptual foundations and assumptions.

CURRICULUM VITAE      G. RITA DUDLEY GRANT

Symposium presented at annual meeting of the APA, San Francisco, CA.

Dudley-Grant, G. R. (1998, August).  Substance abuse in the Caribbean-CARIAD: A model of hope in an ever burgeoning devastation.  In G. R. Dudley-Grant (Chair), Substance abuse in the Americas: Issues and innovations in intervention.  Symposium conducted as part of the CIRP Mini-Convention, Issues in International Psychology, at the 24th International Congress of Applied Psychology, San Francisco, CA.

Dudley-Grant, G. R. (1998, May).  Programming for success: Survey and outcome research as effective tools for mental health and substance abuse intervention in the USVI.  In C. Christian (Chair), Asking the right questions: Getting the right answers: Focus on 2000 by 2000. Round Table Presentation conducted at the Annual Conference of the Caribbean Studies Association, Antigua, West Indies.

Dudley-Grant, G. R. (1997, October).  Mental Health needs of Caribbean Women.  In Wider Opportunities for Women (WOW) conference sponsored by Senate President, Lorraine Berry.  St. Croix, VI.

Dudley-Grant, G. R. (1997, August). (Chair) Disasters: The Psychological Response in International Perspective.  Symposium conducted at the Annual Convention of the American Psychological Association, Chicago, IL.

Dudley-Grant, G. R. (1996, May).  Mental health service needs of children and families.  Remarks presented to the Mental Health Town Meeting conducted during Mental Health Month by the Department of Health, Division of Mental Health, St. Croix, VI

Dudley-Grant, G. R. (1996, August).  Conduct disorder (delinquent behavior) as coping mechanism: Family therapy in the U.S. Virgin Islands. In F. Kaslow (Chair). Family Therapy in Various Countries. Symposium presented at the annual meeting of the APA, Toronto, Canada

Dudley-Grant, G. R. (1995, June).  Sexism, ageism, caste and class in the workplace.  Paper presented at the First Annual Conference of the Caribbean Business and Tourism Conference. Conference Theme: "The Impact of Women in the Work Force on the

CURRICULUM VITAE        G. RITA DUDLEY GRANT

Dawn of the 21st Century". St. Croix, V.I.

Dudley-Grant, G. R. (1995, May). Families in crisis, Patterns and Predictions. In Home visiting for At Risk families Initiative Workshop. Sponsored by the Maternal and Child Health and Crippled Children Department (MCH-CSHCN) of the V. I. Department of Health. St. Croix, V.I.

Dudley-Grant, G. R. (1994, August) Health care reform in the Virgin Islands: A prescription for action. Invited Address to the League of Women Voters, St. Thomas, VI.

Dudley-Grant, G. R., Williams, I., Hunt, K. (1994, July) Women and children's substance abuse residential treatment program: A Virgin Islands view. In J. Williams (Chair) Substance Abuse Services. A panel presentation at the Caribbean Federation of Mental Health 19th Biennial Conference, The Mental Health of Women. St. Thomas, VI.

Dudley-Grant, G. R. (1994, April) HIV, Substance Abuse and Women: Issues and Prevention Strategies. In D. Garee (Chair), Substance Use: HIV and Women. A panel presentation at the conference Women and HIV: The Missing and Neglected Persons in the AIDS Pandemic",
funded by Office of Research on Women's Health of the National Institute of Health, and the VI Department of Health, Division of HIV/STD. St. Thomas, VI.

Dudley-Grant, G. R. (1992, May) Mental illness and substance abuse need in the United States Virgin Islands: An epidemiological Overview. In A. Anduze (Chair) Caribbean Drug Use and Drug Policy. Panel presentation at the XVIII Annual Conference of the Caribbean Studies Association, Jamaica, WI.

Dudley-Grant, G. R. (1994, June) Health Care Reform in the Virgin Islands. Presented at Conference on Health Care Reform, Region II, Public Health Service, HHS, New York, NY.

Dudley-Grant, G. R. (1994, June) Health care reform in the Virgin Islands and impact on Medicaid services. Presented at conference on Health Care Reform, Health Care Financing Administration (HCFA) Regional Meeting, New York, NY.

Walker, O., Gerlach, R. Dudley, G. R., (1991, November).

**CURRICULUM VITAE      G. RITA DUDLEY GRANT**

Surveying oral health status on islands in the Caribbean:
Strategies and Methods in the US Virgin Islands.  In Public
Health and National Health Programs. A symposium conducted at
the American Conference, Washington, D. C.

Dizon, M., Hatcher, A., Dudley, R. (1992, November). Alcohol
consumption patterns among black and white women in the US
Virgin Islands. 1989.  In C. Luke (Chair) Alcohol and Tobacco
Use Among Women. Symposium conducted at the American Public
Health Association 120th Annual Conference, Washington, DC.

Dudley-Grant, G. R., (1992, October).  A Caribbean Perspective.
In Bakeman, C.V. (Chair). Delivery of health, mental health, and
substance abuse prevention and treatment services in culturally
different communities. Panel presented at Counseling and
Treating People of Colour Sixth Annual Conference, St. Thomas,
VI.

Dudley-Grant, G. R. (1991, August). Overview of issues with
ethnic minority populations. In G. R. Dudley-Grant, (Chair),
Critical Issues Affecting Ethnic Minority Communities.
Symposium conducted at the American Psychological Association
Convention, San Francisco, CA.

Dudley, G. R. (1986, October). Plight of the traditional
"minority":  Down the up stair case. Invited participant in
symposium presented at New England Conference of National
Council of Community Mental Health Centers.  Sponsored by Mental
Health Corporation os Of MA, Inc.  Boston, MA. 1986

Dudley, G. R. (1986, August). Minorities and women in the
publishing process:  Opening doors.  Chair of symposium
sponsored by the Committee on Under represented Groups in the
Publication Process at APA Convention. Washington, DC.

Dudley, G. R. (1986, June). Key issues in cross cultural
counseling.  Seminar presented to staff of the Mental Health
Counseling program, University of Massachusetts, Boston, MA.

Dudley, G. R. (1986, May). Resolving conflicts of class, culture
and race: Psychology's role.  Paper presented at the
Massachusetts Psychological Association, Annual Meeting,
Cambridge, MA.

CURRICULUM VITAE        G. RITA DUDLEY GRANT

Dudley, G. R. (March, 1986). Psychotherapy with ethnic minorities, past history current realities and future trends. Invited Colloquium, Rutgers Department of Psychology. Rutgers, NJ.

Dudley, G. R. (March, 1986). The United Nations Women's Conference: African women and public health. In service presentation to the Community Health Nursing Department, Boston City Hospital, Boston, MA.

Dudley, G. R. & Rowley, D. (1986, February). Environmental stresses and third world women in America and the developing world. Paper presented at the Midwinter Convention, Division of Psychotherapy (29) and the Division of Independent Practice (42), Las Vegas, NV.

Dudley, G. R. (1985, December). Violence in the black family and community. Seminar presented to the ethnic minority faculty of the Department of Psychology, University of Massachusetts, Boston, MA.

Dudley, G. R. (1985, February). Managing stress and avoiding burnout. Keynote address to a New England Educators Organization, Boston , MA.

Dudley, G. R. (1984, March). Treatment of multi-ethnic populations.  Dorchester Counseling Center Workshop, Dorchester, MA.

Dudley, G. R. (1983, Fall). Ethnicity and nutrition. Keynote speech, Massachusetts Nutrition Association, Department of Public Health., Boston, MA.

Dudley, G. R. (1983, June). Class, education and relationships: Dilemmas in changing times. Invited participant in a symposium on black women sponsored by Moore, Daniels and Frauenhofer. Simmons College, Boston, MA.

Dudley, G. R. (1983, June). Chronic mental illness in the black family and community. Paper presented at first national conference on Black women's Health Issues, sponsored by the Black Women's Health Project, Atlanta GA.

Dudley, G. R. (1982, June). Special populations: Working with

CURRICULUM VITAE      G. RITA DUDLEY GRANT

multi-ethnic, low income groups. Dorchester Area Mental Health Center sponsored at Simmons College, Boston, MA.

Dudley, G. R. & Rowley, D. (1982, April). Teenage pregnancy - prevention and treatment. Invited address to Youth Services Administration, Government of the Virgin islands, St. Thoms, VI.

Rawlins, M. L. & Dudley, G. R. (1982, February). The black professional woman - issues and treatment. Workshop presented at the Midwinter meeting, Division of Psychotherapy (29) of APA, Monterey, CA.

Dudley, G. R. (1981, August). Current psychological models for therapeutic intervention in black, urban communities. Paper presented at American Psychological Association Convention, Los Angeles, CA.

Dudley, G. R. (1981, June). Networking as a management technique. Paper presented at conference for minority managers, Greater Lynn Community Mental Health Center, Cambridge, MA.

Dudley, G. R. (1979, May). Treatment of minorities in the day hospital setting. Chair of a panel presentation at the Massachusetts Psychological Association Spring Conference, Boston, MA.

Dudley, G. R. (1978, May). Testing minorities - a review.  Paper presented in Workshop, "Issues in Black Psychology". Massachusetts Psychological Association Spring Conference, Wellesley, MA.

Dudley, G. R. (1978, May). Training of minority psychologists. Workshop presented at Massachusetts Psychological Association, Spring Conference, Wellesley, MA.

## PROFESSIONAL ACTIVITIES

AMERICAN PSYCHOLOGICAL ASSOCIATION
        Member, 1976 to present, Student member, 1974-1976
        Member of Divisions 9, 29, 31, 35, 42, 45

    1997 to 2000    Elected: Committee on Women in Psychology,
                    Chair, 2000
    1995 to 1997    Chair/Past Chair: Committee on International

CURRICULUM VITAE        G. RITA DUDLEY GRANT

Relations in Psychology

1993 to 1996        Elected: Committee on International
Relations

in Psychology.

1987 to 1990        Elected: Board of Ethnic Minority Affairs,
Chair, 1989 - 1990.

1986 to 1988        Elected: Committee On Professional Practice
of the Board of Professional Affairs.

1986 to 1987        Appointment: Steering Committee, 1987
Division Leadership Conference.

1986 to 1987        Appointment: Chair, Bylaws Task Force,
Division of Psychotherapy (29).

1985 to 1987        Appointment:  Committee on Under represented
Groups in the Publication Process,
Publication Board.

1985 to 1987        Elected: Executive Board, Division of
Psychotherapy (29).

1981 to 1985        Appointment: Ethnic Minority Affairs
Committee, Division of Psychotherapy (29)
Chair, 1983 - 1985.

**Association of Virgin Islands Psychologists**

1998 - 2001        Elected: Executive Committee, President
Elect 1999, President, 2000, Past
President, 2001.

1998 - Present  Representative to APA Council, non-
voting

1998 - Present  Founder of AVIP Crisis Response network

1991 - Present  Founding member

1992 - 1994        Chair of the Committee which drafted
the legislation for licensure passed

CURRICULUM VITAE    G. RITA DUDLEY GRANT

December, 1994.

1993 to 1996    Elected: Executive Committee, President
                Elect 1993, President, 1994, Past
                President, 1995.

1991 to 1993    Elected: Chair of the Government
                Relations Committee.

**Association of Black Psychologists**  Member, 1981 - 1993.

1977 to 1980    Elected: Executive Committee, Greater Boston
                Association of Black Psychologists.

1973 to 1976    Student Member, New York Chapter.

**Orthopsychiatry Association**    Member, 1998 - 2000.

**World Federation of Mental Health**  Member, 1989 - Present.

**Caribbean Federation of Mental Health**  Member, 1993 - Present.

**National Alliance for the Mentally Ill**  Member, 1990 - Present.

**CARIAD**  Board of Directors, 1990 to 1996.

**St. Thomas/St. John Mental Health Association**  Member, 1993 -
        Present.

**Boston University School of Medicine**
        1985 to    Appointments and Promotions Committee,
    1987    Division of Psychiatry.

    1986    Commissioner's Planning Committee for
            Renovation of Boston City Hospital.

    1985    Faculty Salary Task Force, Division of
            Psychiatry.

    1985    Affirmative Action Committee, Minority
            Recruitment Program, Boston City Hospital.

# BOARDS AND COMMISSIONS

**CURRICULUM VITAE        G. RITA DUDLEY GRANT**

Education Commission of the States - Commissioner, 1988 to 1995.

VI Victory Partnership, (A VI Drug Prevention Coalition, CADCA member) Member, 1991 to 1996, Chair of Executive Committee, 1993 to 1996.

VI CARE, Board of Directors, 1994 to 1995, AIDS prevention and intervention community based organization.

Mental Health Planning Council  Member 1988 to Present, Co-Chair,
1988 to 1992.

COAST (VI Council on Alcoholism) Board of Directors, 1988 to 1990.

Joint Task Force - Mental Health needs of Women in Prison - Department of Mental Health/Department of Corrections for the Commonwealth of Massachusetts, 1986

WEATOC, Inc. (We're Educators, A touch of Class) Board of Directors, 1986 to 1987.  Nonprofit peer education organization focusing on prevention of teenage pregnancy, drug abuse and other adolescent high risk factors.

Judith's Fancy Homeowners Association - Board of Directors, 1996-2000.

St. Croix Country Day School - Board of Directors, 2000-2002.

## REFERENCES

Available upon request.