# EXHIBIT C

# OLAF G. HENDRICKS, M.D.

PSYCHIATRY
P.O. BOX 4303 KINGSHILL
ST. CROIX, US VIRGIN ISLANDS 00851
(340) 773-6523

August 25, 2003

The Honorable Jeffrey L. Resnick
United States Magistrate Judge
3013 Est. Golden Rock
Christiansted, St. Croix
U. S. Viirgin Islands   00820-4355

**Re:   Suzette Richards v. Duke University, et al**

Dear Judge Resnick:

I conducted a psychiatric evaluation on Ms. Suzette Richards in my office on July 29, 2003. The evaluation comprises *two* sections. The first, a section of histories (psychiatric, social, medical, family, and occupational) includes the subject's description of how symptoms of the current episode have evolved, a review of any similar or related episodes and treatments, and a description of current medical conditions. Information for the history will come from the subject, but is supplemented by collateral information from other sources including medical, police, and employment records. The second section of the evaluation, the mental status examination, systematically reviews emotional and cognitive functioning of the subject. Diagnostic criteria in the DSM draw from the history and the mental status examination.

## IDENTIFICATION

Ms. Richards is a 39 year old single woman who was born and raised on St. Croix. She is an attorney and she was examined by me at your request to determine (1) if she is competent to prosecute a particular matter (Suzette Richards v. Duke University, et al.), and (2) to determine if the text of her complaint demonstrates delusional psychosis, paranoid schizophrenia, or any other mental illness or abnormality.

## HISTORY

This matter has stemmed from the subject's filing an action against Duke University, et al. Ms. Richards reports that she attended Duke University after graduating from high school on St. Croix. From there she went on to Duke University School of Law in 1997. It was while she was at Duke's law school that she claims the cycle of discrimination and harassment began. Interestingly it began with a professor's alleged

The Honorable Jeffrey L. Resnick
Suzette Richards v. Duke University, et al.
Page 2

misdefinition of the word "verbal." She transferred to Georgetown University's Law Center and she claims that Duke University conspired with Georgetown University to keep her under electronic surveillance and to discriminate against her. She states that she continued to be the victim of discriminatory and criminal acts in North Carolina, Maryland, Washington, D. C., and St. Croix, U. S. Virgin Islands. In fact, she complains that "over the past five years the illegal interception of the illegal electronic surveillance that Plaintiff has been subjected to has grown to include not only the Defendants named herein (First Amended Complaint), but "other persons and companies in corporate America, the media, and all over the world." The surveillance included listening devices and hidden video cameras in her home including her bedroom and bathroom and also wiretaps on her phone. She claims further that even visits to doctors' offices are broadcast into the public domain. The defendants, she states, even use cars and planes.

Her complaint alleges that Bill Gates had developed an obsessive attraction towards her and that the other defendants feared he would leave his white wife for the subject who is black. Microsoft and its employees are also a part of the conspiracy. In fact, Ms. Richards has also included two federal agencies as defendants.

## MEDICAL HISTORY AND STATUS

Subject does not remember any significant health issues while growing up. She never had any major illnesses or injuries. Her first contact with the hospital was in her senior high school year when she had a cyst removed from her eye. She had an appendectomy at the Duke University Medical Center on November 13, 1992. In 1997, she had her hormonal status evaluated and in 1998 (up to now) she's had other signs consistent with a diagnosis of Polycystic Ovarian Syndrome. She is taking birth control pills for this condition. Since December of 2002, she's been taking medications to control her blood pressure.

## OCCUPATIONAL/SOCIAL HISTORY

Ms. Richards worked at the Territorial Court on St. Croix (2000-2001) and then at the Law Offices of Lee Rohn. She lives alone and does not socialize much. She claims to have never had a serious relationship and she refused to respond to questions regarding sexual activity. She has gained weight and wears her clothing in a manner that would conceal her hirsutrism which is the result of her ovarian condition.

## MENTAL STATUS

Ms. Richards is a well-developed, well-nourished minimally overweight black woman who came to the appointment on time and was cooperative. Her speech was without any gross difficulties — except that there was some pressure. Her mood was pleasant for the most part and she was rather enthusiastic. Her affective range was

Case 1:06-cv-01179-RCL   Document 12-4   Filed 07/13/2006   Page 4 of 6
The Honorable Jeffrey L. Resnick
Suzette Richards v. Duke University, et al.
Page 3

normal and she was appropriate. However, she became tearful during parts of the evaluation. Her sensorium was clear and her attention was good. She has a superior use of vocabulary. Her form of thought was logical, but there was some loosening of association. Content of thought is positive for delusions (grandeur, persecution). There appeared to be no perceptual disorders (she never actually saw surveillance equipment). She was oriented to person, place and time, and her memory is good.

In summary, she presented as intelligent, articulate, and enthusiastic. She spoke with great facility and was analytical and organized. All cognitive functions were intact. The positive findings were confined to her delusional state and here she is devoid of logic, judgment, and insight.

DIAGNOSIS:

Delusional Disorder, Mixed type

Explanation: (See also Attached Diagnostic Criteria for Delusional Disorder)
A DSM description of several subtypes of Delusional Disorder will serve to point out the classical nature of the subject's delusions:

Delusional Disorder

Grandiose Type: This subtype applies when the central theme of the delusion is the conviction of having some great (but unrecognized) talent or insight or having made some important discovery. Less commonly, the individual may have the delusion of having a special relationship with a prominent person or being a prominent person. Grandiose delusions may have a religious content.

Persecutory Type: This subtype applies when the central theme of the delusion involves the person's belief that he or she is being conspired against, cheated, spied on, followed, poisoned or drugged, maliciously maligned, harassed or obstructed in the pursuit of long-term goals. Small slights may be exaggerated and become the focus of the delusional system. The focus of the delusion is often on some injustice that must be remedied by legal action ("querulous paranoia") and the affected person may engage in repeated attempts to obtain satisfaction by the courts and other government agencies. Individuals with persecutory delusions are often resentful and angry and may resort to violence against those they believe are hurting them.

Her level of psychosocial functioning is impaired as well in that there is substantial social isolation and, worse, she is sacrificing her employment to pursue the resolution of this whole matter, which she is convinced is real.

DISCUSSION

Ms. Richards was court-ordered to undergo a psychiatric evaluation as the result

The Honorable Jeffrey L. Resnick
Suzette Richards v. Duke University, et al.
Page 4

of a lawsuit she filed in the District Court of the U. S. Virgin Islands. In the lawsuit she claims that certain entities including several corporations, several individuals, two universities, and the Federal Government have conspired against her. She claims they utilized surveillance, stole her intellectual property and discriminated against her. This, she says, caused her the loss of her reputation, employability, income and capacity to earn income. It caused her emotional and psychological injuries, pain and suffering and loss of enjoyment of life.

This whole process, the subject says, began when she was a student at the Duke University Law School with a deliberate misconstruing of words and deliberate misguidance. After she transferred to Georgetown University Law School, she alleges that the school and Duke University conspired to manipulate her grades in an attempt to discredit her ability to prove discrimination against her. The plot, she states, spread to include Bill Gates and others at Microsoft, and ultimately to the Federal Government.

Whereas, it is possible for her to have experienced racial discrimination at any university, what is improbable is the intricate collusion and conspiracy that her delusional thoughts have so brought to life. The nature of these delusions are such that they are not of the bizarre type usually seen in schizophrenia but these are things that can actually happen. (Surveillance, discrimination, stealing intellectual properties) can and do happen – Microsoft knows. Unfortunately, for her, she has been able to persist in these thoughts for a long time and they have become entrenched and fixed onto the hard-drive components of her brain. They have become her reality and she lives predominantly under the influences of the dynamics of that reality. They have become systemized. Even her visit to her private physician is contaminated with surveillance and interception. She has developed defensive tactics vis-a-vis her nieces as she fears that their lives too will be broadcasted perhaps even over the internet, as a result of covert surveillance activities being conducted (illegally) in her home.

That almost no one has confronted her delusional thinking is a tragedy. Her brother has taken a posture of distancing himself by declaring he'll see the news of it on CNN. Her employer told her that she is the laughing stock of the judicial system on St. Croix and did tell her she has psychological problems. However, this was rebuffed and considered by the subject as just another act of belittling her. She has become more convinced that the rest of us don't give her the credibility she deserves.

What causes Delusional Disorder is unknown, but there are some risk factors including family history, social isolation, and maybe general medical conditions which may distort self-image. It is important to note this in consideration of her having signs of a Polycystic Ovarian Syndrome. This causes significant self-image concerns. How the delusions themselves are formed is in the theoretical realm and answers are hard to come by.

The many questions surrounding the etiology and pathogenesis of delusions notwithstanding, in my professional opinion, within reasonable medical probability, Ms. Richards is suffering from a chronic Delusional Disorder, Mixed Type, and as a direct

The Honorable Jeffrey L. Resnick
Suzette Richards v. Duke University, et al.
Page 5

result, she is incapable of distinguishing between reality and delusion (and is clearly unable) to prosecute this matter; and it is my opinion, within reasonable medical probability, that the text of Ms. Richards' First Amended Complaint demonstrates the delusional thinking consistent with a Delusional Disorder, Mixed Type.

Respectfully,

Olaf G. Hendricks, M. D.
Psychiatrist

OGH/mph