# EXHIBIT D

# Olaf G. Hendricks, M.D.
P.O. Box 4303
Kingshill, St. Croix
U.S. Virgin Islands 00851
(340) 773-4870   *   (340) 778-6311

---

| | | |
|---|---|---|
| **EDUCATION:** | 1962: | St. Mary's High School |
| | 1967: | Bachelor of Science in Zoology<br>Howard University, Washington, D.C. |
| | 1972: | Medical Degree<br>Howard University, Washington, D.C. |
| | 1972-74:<br>(1978) | Psychiatry Residency |
| **EXPERIENCE:** | 1974-1983: | Inpatient Psychiatrist |
| | 1974-1981: | Outpatient Psychiatrist |
| | 1976-1978: | Assistant Administrator<br>Community Mental Health Center |
| | 1983-present: | Chief, Inpatient Psychiatric Unit<br>Juan F. Luis Hospital |
| | 1980-1993: | Staff Psychiatrist<br>Bureau of Corrections |
| | 1993-present: | Health Care Administrator<br>Bureau of Corrections |
| | 1980-1981: | Acting Director of the Division of Mental Health, Alcoholism and Substance Abuse Services, U.S. Virgin Islands, Department of Health |
| | 1991-1993: | Assistant Commissioner, U.S. Virgin Islands Department of Health |
| | 1995 | Acting Commissioner, U.S. Virgin Islands Department of Health |
| **OTHER:** | 1993-1998: | Member, Board of Veterinary Medicine |
| | 1995-present: | Vice Chairman, Virgin Islands Cultural Heritage Institute |
| | 1996-present: | Member, St. Croix Horse Racing Commission |

EXH A



# OLAF G. HENDRICKS, M.D.

PSYCHIATRY
P.O. BOX 4303  KINGSHILL
ST. CROIX, US VIRGIN ISLANDS 00851
(340) 773-6523

March 3, 2003

### Deposition Testimony

1998 Redfield v. Xtra Superfoods, Inc.

2000 Massicot v. Sargosso Co.

2001 LaCorbiniere v. St. Croix Gas Co.

2001 Nordhorn v. Club St. Croix, Inc. et al.

2002 Hall v. Jacobs

2002 Clarke v. Hovensa

### Trial Testimony

2001 V.I. Government v. Ghyrab

2001 V.I. government v. Barry

2001 Nordhorn v. Club St. Croix, Inc. et al.

2002 Eddie v. Water and Power Authority