**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SUZETTE RICHARDS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1179 RCL |
| | ) |
| v. | ) |
| | ) |
| **DUKE UNIVERSITY** | ) |
| 2400 Pratt Street | ) |
| Box 3024, Duke University Medical Center | ) |
| Durham, North Carolina 27710 | ) |
| | ) |
| and | ) |
| | ) |
| **DUKE UNIVERSITY** | ) |
| **SCHOOL OF LAW** | ) |
| 2400 Pratt Street | ) |
| Box 3024, Duke University Medical Center | ) |
| Durham, North Carolina 27710 | ) |
| | ) |
| and | ) |
| | ) |
| **DUKE BOARD OF TRUSTEES** | ) |
| 2400 Pratt Street | ) |
| Box 3024, Duke University Medical Center | ) |
| Durham, North Carolina 27710 | ) |
| | ) |
| and | ) |
| | ) |
| **NANNERL KEOHANE,** *in her personal* | ) |
| *and official capacity as President of* | ) |
| *Duke University* | ) |
| Princeton University | ) |
| Robertson Hall | ) |
| Princeton, NJ 08544-1013 | ) |
| | ) |
| and | ) |
| | ) |
| **GEORGETOWN UNIVERSITY**, | ) |
| **GEORETOWN UNIVERSITY LAW** | ) |

| | |
|---|---|
| **CENTER**, **ALBERTO GONZALES**, *in his official capacity as Attorney General of the United States*, **FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOES 1-10, WILLIAM H. GATES, III**, *in his personal and official Capacity as Chairman of Microsoft Corporation*, **STEVE BALLMER**, *in his Personal and official capacity as Chief Executive Officer of Microsoft Corporation,* **MICROSOFT CORPORATION**, **MICROSOFT EMPLOYEES A-J**, and **MELINDA GATES,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Michael J. Murphy as counsel in this case for Duke University, Duke University School of Law, Duke Board of Trustees, and Nannerl Keohane, in her personal and official capacity as President of Duke University.

Respectfully Submitted,

| | |
|---|---|
| | _____/s/_____ |
| Dated:  July 14, 2006 | Michael J. Murphy (Bar No. 421287) |
| | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| | 2400 N Street, N.W., Fifth Floor |
| | Washington, D.C.  20037 |
| | Phone:  (202) 887-0855 |
| | Fax:  (202) 887-0866 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SUZETTE RICHARDS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1179 RCL |
| ) | |
| v. ) | |
| ) | |
| **DUKE UNIVERSITY** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **DUKE UNIVERSITY** ) | |
| **SCHOOL OF LAW** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **DUKE BOARD OF TRUSTEES** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **NANNERL KEOHANE,** *in her personal* ) | |
| *and official capacity as President of* ) | |
| *Duke University* ) | |
| Princeton University ) | |
| Robertson Hall ) | |
| Princeton, NJ 08544-1013 ) | |
| ) | |
| and ) | |
| ) | |
| **GEORGETOWN UNIVERSITY**, ) | |
| **GEORETOWN UNIVERSITY LAW** ) | |
| **CENTER, ALBERTO GONZALES**, *in* ) | |

3

| | |
|---|---|
| *his official capacity as Attorney General of the United States*, **FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOES 1-10, WILLIAM H. GATES, III**, *in his personal and official Capacity as Chairman of Microsoft Corporation*, **STEVE BALLMER**, *in his Personal and official capacity as Chief Executive Officer of Microsoft Corporation,* **MICROSOFT CORPORATION**, **MICROSOFT EMPLOYEES A-J**, and **MELINDA GATES,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2006, I served the foregoing Entry of Appearance via first-class U.S. Mail, to the following individuals:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I.  00804-0756

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

_____/s/_____
Michael J. Murphy