IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUZETTE RICHARDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1179 RCL |
| ) | |
| v. ) | |
| ) | |
| **DUKE UNIVERSITY** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **DUKE UNIVERSITY** ) | |
| **SCHOOL OF LAW** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **DUKE BOARD OF TRUSTEES** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **NANNERL KEOHANE,** *in her personal* ) | |
| *and official capacity as President of* ) | |
| *Duke University* ) | |
| Princeton University ) | |
| Robertson Hall ) | |
| Princeton, NJ 08544-1013 ) | |
| ) | |
| and ) | |
| ) | |
| **GEORGETOWN UNIVERSITY,** ) | |
| **GEORETOWN UNIVERSITY LAW** ) | |
| **CENTER, ALBERTO GONZALES,** *in* ) | |

4199304-1                             3

| | |
|---|---|
| *his official capacity as Attorney General* | ) |
| *of the United States*, **FEDERAL BUREAU** | ) |
| **OF INVESTIGATION, U.S.** | ) |
| **DEPARTMENT OF JUSTICE, JOHN** | ) |
| **AND JANE DOES 1-10, WILLIAM H.** | ) |
| **GATES, III**, *in his personal and official* | ) |
| *Capacity as Chairman of Microsoft* | ) |
| *Corporation*, **STEVE BALLMER**, *in his* | ) |
| *Personal and official capacity as Chief* | ) |
| *Executive Officer of Microsoft Corporation*, | ) |
| **MICROSOFT CORPORATION,** | ) |
| **MICROSOFT EMPLOYEES A-J**, and | ) |
| **MELINDA GATES,** | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF SIMONE R.D. FRANCIS

I, Simone R.D. Francis, declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. My full name is Simone R.D. Francis.

2. I am a shareholder in the law office of Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C., The Tunick Building, Suite 202, 1336 Beltjen Road, St. Thomas, U.S. Virgin Islands 00802; Phone: (340) 714-1235; Fax: (340) 714-1245.

3. I have been admitted to the federal and territorial court in the U.S. Virgin Islands, and the United States Court of Appeals for the Third and Sixth Circuits. I also have been admitted to practice *pro hac vice* before the U.S. District Courts for the Eastern and Middle Districts of Tennessee.

4. I have not been disciplined by any bar.

5. I have not been previously been admitted *pro hac vice* in this Court.

4199304-1                                4

6.  I do not engage in the practice of law from an office in the District of Columbia. Since approximately mid-1994, I have been an inactive member of the District of Columbia Bar Association (Bar No. 434908).

Executed on this 10th day of July, 2006.

_____
Simone R.D. Francis

4199304-1                                          5