**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SUZETTE RICHARDS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-1179 RCL |
| ) | |
| v. ) | |
| ) | |
| **DUKE UNIVERSITY** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **DUKE UNIVERSITY** ) | |
| **SCHOOL OF LAW** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **DUKE BOARD OF TRUSTEES** ) | |
| 2400 Pratt Street ) | |
| Box 3024, Duke University Medical Center ) | |
| Durham, North Carolina 27710 ) | |
| ) | |
| and ) | |
| ) | |
| **NANNERL KEOHANE,** *in her personal* ) | |
| *and official capacity as President of* ) | |
| *Duke University* ) | |
| Princeton University ) | |
| Robertson Hall ) | |
| Princeton, NJ 08544-1013 ) | |
| ) | |
| and ) | |
| ) | |
| **GEORGETOWN UNIVERSITY**, ) | |
| **GEORETOWN UNIVERSITY LAW** ) | |
| **CENTER, ALBERTO GONZALES**, *in* ) | |

| | |
|---|---|
| *his official capacity as Attorney General* | ) |
| *of the United States*, **FEDERAL BUREAU** | ) |
| **OF INVESTIGATION, U.S.** | ) |
| **DEPARTMENT OF JUSTICE, JOHN** | ) |
| **AND JANE DOES 1-10, WILLIAM H.** | ) |
| **GATES, III**, *in his personal and official* | ) |
| *Capacity as Chairman of Microsoft* | ) |
| *Corporation*, **STEVE BALLMER**, *in his* | ) |
| *Personal and official capacity as Chief* | ) |
| *Executive Officer of Microsoft Corporation*, | ) |
| **MICROSOFT CORPORATION**, | ) |
| **MICROSOFT EMPLOYEES A-J**, and | ) |
| **MELINDA GATES,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declaration of Simone R.D. Francis, it is hereby

**ORDERED** that the Motion for Admission *Pro Hac Vice* be GRANTED. It is further **ORDERED** that Simone R.D. Francis is hereby admitted *pro hac vice* in the above-captioned case.

Dated: _____          _____
Royce C. Lamberth
United States District Judge for the
District of Columbia

INDIVIDUALS TO WHOM ORDER IS
TO BE SERVED:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Simone R.D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak
        & Stewart, P.C.
The Tunick Building
Suite 202
1336 Beltjen Road
St. Thomas,
        U.S. Virgin Islands 00802

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I.  00804-0756

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak
        & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C.  20037