UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>DUKE UNIVERSITY, DUKE UNIVERSITY )<br>SCHOOL OF LAW, DUKE UNIVERSITY )<br>BOARD OF TRUSTEES, NANNERL )<br>KEOHANE, in her personal and official )<br>capacity as President of Duke University, )<br>GEORGETOWN UNIVERSITY, )<br>GEORGETOWN UNIVERSITY LAW CENTER, )<br>ALBERTO GONZALES, in his official capacity as )<br>Attorney General of the United States, )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>U.S. DEPARTMENT OF JUSTICE, )<br>JOHN AND JANE DOE=S 1-10, )<br>WILLIAM H. GATES, III, in his personal and )<br>official capacity as Chairman of Microsoft )<br>Corporation, STEVE BALLMER, in his personal )<br>and official capacity as Chief Executive Officer )<br>of Microsoft Corporation, MICROSOFT )<br>CORPORATION, MICROSOFT EMPLOYEES )<br>A-J, and MELINDA GATES, )<br>)<br>  Defendants. )<br>) | CASE NO. 1:06-cv-01179-RCL |

**MICROSOFT'S DISCLOSURE OF CORPORATE AFFILIATIONS**

The undersigned counsel of record for defendant, **MICROSOFT CORPORATION**, pursuant to LCvR 7.1, certify that to the best of our knowledge and belief, there are no parent companies, subsidiaries or affiliates of Microsoft, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need

for recusal.

                                                          Respectfully submitted,

DATED:     July 19, 2006     /s/
                                                  COVINGTON & BURLING LLP
                                                  CHARLES E. BUFFON
                                                  D.C. Bar No. 29983
                                                  HARRY B. ROBACK[*]
                                                  D.C. Bar No. 485145
                                                  1201 Pennsylvania Avenue, N.W.
                                                  Washington, D.C.  20004
                                                  Telephone:     (202) 662-6000
                                                  Facsimile:     (202) 662-6291

                                                  /s/
                                                  DUDLEY, TOPPER and FEUERZEIG, LLP
                                                  HENRY L. FEUERZEIG [**]
                                                  Law House
                                                  1000 Frederiksberg Gade (P.O. Box 756)
                                                  St. Thomas, U.S.V.I.  00804-0756
                                                  Telephone:     (340) 774-4422
                                                  Facsimile:     (340) 715-4400

                                                  Attorneys for Microsoft Corporation

---

[*]  Application for Admission to this Court pending.

[**]  Application for Admission *pro hac vice* to this Court pending.

## CERTIFICATE OF SERVICE

  It is hereby certified that on this the 19th day of July, 2006, a true and exact copy of the foregoing **MICROSOFT'S DISCLOSURE OF CORPORATE AFFILIATIONS** was served, via ECF and/or U.S. Mail, postage prepaid, to:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875
E-Mail:  sjrich13@yahoo.com

Richard H. Hunter, Esq.
**HUNTER, COLE & BENNETT**
Pentheny Building - 3rd Floor
1138 King Street - Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820
E-Mail:  rhunter@hcbvilaw.com

Simone R.D. Francis, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**
The Tunick Building - Suite 202
1336 Beltjen Road
St. Thomas, Virgin Islands  00802
E-Mail: simone.francis@odnss.com

Benton G. Peterson, Esq.
Assistant U.S. Attorney
**U.S. DEPARTMENT OF JUSTICE**
555 Fourth Street N.W.
Room E4905
Washington D.C.  20530
E-Mail:  benton.peterson@usdoj.gov

Elizabeth A. O'Brien, Esq.
**WILLIAMS & CONNOLLY**
725 12th Street, N.W.
Washington, D.C.  20005
E-Mail:  eobrien@wc.com

Michael J. Murphy, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
2400 N Street, N.W.
Fifth Floor
Washington, D.C.  20037-1153
E-Mail:  michael.murphy@odnss.com