IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:06-cv-01179-RCL |
| | ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | ACTION FOR DAMAGES |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | DISCRIMINATION AND |
| BOARD OF TRUSTEES, NANNERL KEOHANE, | ) | DECLARATORY AND |
| in her personal and official capacity as president of | ) | INJUCTIVE RELIEF |
| Duke University, and others, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## DUKE UNIVERSITY DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO RULE 12(b)(2)

Defendants Duke University, Duke University School of Law, Duke University Board of Trustees and Nannerl Keohane ("Duke"), through their counsel, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, file this Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.[1]  A Memorandum of Law and Declarations from Duke are filed herewith in support of this Motion.

In filing this Motion, Duke expressly reserves the right to file supplemental motions to dismiss pursuant to Fed. R. Civ. P. 12 on any additional substantive grounds.

---

[1] While this case was before the District Court of the Virgin Islands, Duke Defendants served on Plaintiff a similar Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2).  At the direction of the court, and before the motion was fully briefed, Duke filed the motion on June 7, 2006 (Docket # 221).  The motion was not opposed or ruled on.  Duke withdraws the motion to dismiss that was filed with the District Court of the Virgin Islands and herewith substitutes this Motion to Dismiss.

Suzette Richards v. Duke University, et. al.
Civil No. 1:06-cv-01179-RCL
Motion to Dismiss Pursuant to Rule 12(b)(2)
Page 2

                                                  Respectfully submitted,

DATED: July 21, 2006                  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**

                                By:    /s/_____
                                     MICHAEL J. MURPHY
                                     2400 N Street, N.W.
                                     Fifth Floor
                                     Washington, D.C. 20037
                                     Telephone: (202) 887-0855
                                     Facsimile:  (202) 887-0866


                                     SIMONE R. D. FRANCIS*
                                     Ogletree, Deakins, Nash, Smoak & Stewart, LLC
                                     The Tunick Building, Suite 202
                                     1336 Beltjen Road
                                     St. Thomas, USVI 00802
                                     Telephone: (340) 714-1235
                                     Facsimile:  (340) 714-1245


                                   Attorneys for Duke University,
                                   Duke University School of Law,
                                   Duke University Board of Trustees
                                   and Nannerl Keohane

---

\* Application for admission pro hac vice pending.

Suzette Richards v. Duke University, et. al.
Civil No. 1:06-cv-01179-RCL
Motion to Dismiss Pursuant to Rule 12(b)(2)
Page 3

## CERTIFICATE OF SERVICE

I certify that on this 21 day of July, 2006, a true and correct copy of the foregoing document was served by placing same in the United States mail, postage prepaid, addressed to:

| | |
|---|---|
| Richard Hunter, Esq.<br>Hunter, Cole & Bennett<br>Pentheny Bld., 3rd Floor<br>1138 King Street, Suite 301<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00820 | Henry Feuerzeig, Esq.<br>Dudley, Topper & Feuerzeig<br>1A Frederiksberg Gade<br>P.O. Box 756<br>St. Thomas<br>U.S. Virgin Islands 00804-0756 |
| Benton G. Peterson, Esq.<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth Street, N.W.<br>Room E4905<br>Washington, D.C.  20530 | Suzette Richards, Esq.<br>P.O. Box 223875<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00822-3875 |
| Charles E. Buffon, Esq.<br>Harry B. Roback, Esq.<br>Covington & Burlington LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | Elisabeth A. O'Brien, Esq.<br>Williams & Connolly, LLP<br>725 Twelfth Street, NW<br>Washington D.C.  20005 |

_____/s/_____
MICHAEL J. MURPHY