IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>            Plaintiff    )<br>)<br>v.                            )<br>)<br>DUKE UNIVERSITY, DUKE UNIVERSITY    )<br>SCHOOL OF LAW, DUKE UNIVERSITY       )<br>BOARD OF TRUSTEES, NANNERL KEOHANE, )<br>in her personal and official capacity as president of )<br>Duke University, and others,    )<br>)<br>            Defendants   )<br>_____) | CIVIL NO.  1:06-cv-01179-RCL<br><br>ACTION FOR DAMAGES<br>DISCRIMINATION AND<br>DECLARATORY AND<br>INJUCTIVE RELIEF |

## ORDER

Upon consideration of the Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, filed by Duke University, Duke University School of Law, Board of Trustees for Duke University and Nannerl Keohane and the Declarations of Nannerl Keohane and Kate Hendricks, it is hereby

**ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction be GRANTED.  It is further **ORDERED** that this case against Duke University, Duke University School of Law, Board of Trustees for Duke University and Nannerl Keohane is DISMISSED.

Dated: _____     _____
                                  Royce C. Lamberth
                                  United States District Judge for the
                                  District of Columbia

INDIVIDUALS TO WHOM ORDER IS
TO BE SERVED:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I.  00804-0756

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak
    & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C.  20037

Simone R.D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak
    & Stewart, P.C.
The Tunick Building
Suite 202
1336 Beltjen Road
St. Thomas,
U.S. Virgin Islands 00802

Elisabeth A. O'Brien, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington D.C.  20005