IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL NO.  1:06-cv-01179-RCL |
| | ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | ACTION FOR DAMAGES |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | DISCRIMINATION AND |
| BOARD OF TRUSTEES, NANNERL KEOHANE, | ) | DECLARATORY AND |
| in her personal and official capacity as president of | ) | INJUCTIVE RELIEF |
| Duke University, and others, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## DUKE UNIVERSITY DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) AND 12(b)(6)

Defendants Duke University, Duke University School of Law, Duke University Board of Trustees and Nannerl Keohane ("Duke"), through their counsel, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, file this Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and, in the alternative, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  A Memorandum of Law is filed herewith in support of this Motion.

This Motion to Dismiss is filed simultaneously with and in the alternative to Duke's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2).  In filing this Motion, Duke expressly reserves the right to file supplemental motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on any additional substantive grounds.

Suzette Richards v. Duke University, et. al.
Civil No. 1:06-cv-01179-RCL
Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6)
Page 2

Respectfully submitted,

DATED: July 21, 2006

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**

By: _____/s/_____

MICHAEL J. MURPHY
2400 N Street, N.W.
Fifth Floor
Washington, D.C. 20037
Telephone: (202) 887-0855
Facsimile:  (202) 887-0866

SIMONE R. D. FRANCIS*
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 202
1336 Beltjen Road
St. Thomas, USVI 00802
Telephone: (340) 714-1235
Facsimile:  (340) 714-1245

Attorneys for Duke University,
Duke University School of Law,
Duke University Board of Trustees
and Nannerl Keohane

*  Application for admission pro hac vice pending.

Suzette Richards v. Duke University, et. al.
Civil No. 1:06-cv-01179-RCL
Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6)
Page 3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 21 day of July, 2006, a true and correct copy of the foregoing document was served by placing same in the United States mail, postage prepaid, addressed to:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas
U.S. Virgin Islands 00804-0756

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Elisabeth A. O'Brien, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington D.C.  20005

_____/s/_____
MICHAEL J. MURPHY