# EXHIBIT 1

IN THE DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL NO. 1:06-cv-01179-RCL |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY ) | ACTION FOR DAMAGES |
| SCHOOL OF LAW, DUKE UNIVERSITY ) | DISCRIMINATION AND |
| BOARD OF TRUSTEES, NANNERL KEOHANE, ) | DECLARATORY AND |
| in her personal and official capacity as president of ) | INJUCTIVE RELIEF |
| Duke University, and others, ) | |
| ) | |
| Defendants ) | |

## DECLARATION OF KATE S. HENDRICKS

Kate S. Hendricks, the declarant, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am Assistant University Counsel for Defendant Duke University, and Duke University School of Law.

2. I am a resident of the State of North Carolina, am over 21 years old, and have personal knowledge about the following facts, which to the best of my knowledge are true and correct.

3. Duke University is an educational institution which is organized under the non-profit corporation law of North Carolina and has its principal place of business in the State of North Carolina, County of Durham.

4. Duke University operates Duke University School of Law. The School of Law has no independent legal identity.

5. Duke University is not incorporated in the District of Columbia, nor has it qualified to do business in Washington, D.C.

*Richards v. Duke University et. al.*
Civil No. 1:06-cv-01179-RCL
Declaration of Kate S. Hendricks
Page 2

6. Duke University has no subsidiaries incorporated or qualified to do business in Washington, D.C. Duke University School of Law is not incorporated or qualified to do business in the District.

7. Neither Duke University nor Duke University School of Law conducts business in Washington, D.C. other than government relations and lobbying activities.

8. Although Duke University rents a small office in order to conduct its government relations and lobbying activities, neither Duke University nor Duke University School of Law has branch offices or comparable facilities in Washington, D.C.

9. Neither Duke University nor Duke University School of Law has any agent or agents for service of process located in the District of Columbia.

10. Neither Duke University nor Duke University School of Law has a bank account in Washington, D.C.

11. Neither Duke University nor Duke University School of Law employs any persons in Washington, D.C. other than a government relations officer and, from time to time, independent contractors and lobbyists. The government relations officer and independent contractors are hired purely for government relations and lobbying activities and are in no other way connected to, or provide any services for, Duke University or Duke University School of Law.

12. Duke University's Board of Trustees is comprised of thirty-six (36) elected members. It is not an incorporated entity and the membership changes every two years.

13. The Board of Trustees holds its meetings in North Carolina. No meetings of Duke University's Board of Trustees have been held in Washington, D.C.

*Richards v. Duke University et. al.*
Civil No. 1:06-cv-01179-RCL
Declaration of Kate S. Hendricks
Page 3

14. Occasionally residents of Washington, D.C. attend Duke University and/or Duke University School of Law. However, Duke University does not have a campus in Washington, D.C.

15. Duke University School of Law on occasion sends representatives to Washington, D.C. to conduct general recruiting activities. Plaintiff was not recruited by Duke University or Duke University School of Law in Washington D.C.

16. A small number of Duke University's adjunct faculty live in D.C.

17. I am personally aware of the foregoing facts and, if called to testify, I would and could testify competently thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 20th day of July, 2006, in Durham North Carolina.

_____
Kate S. Hendricks

*Richards v. Duke University et. al.*
Civil No. 1:06-cv-01179-RCL
Declaration of Kate S. Hendricks
Page 4

## CERTIFICATE OF SERVICE

I certify that on this 21st day of July, 2006, a true and correct copy of the foregoing document was served by placing same in the United States mail, postage prepaid, addressed to:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas
U.S. Virgin Islands 00804-0756

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Elisabeth A. O'Brien, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington D.C.  20005

_____
Joyce L. Wolfgang