# EXHIBIT 2

Case 1:06-cv-01179-RCL	Document 18-4	Filed 07/21/2006	Page 1 of 4

IN THE DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

SUZETTE RICHARDS,             )
                              )
           Plaintiff          )
                              )
v.                            )   CIVIL NO. 1:06-cv-01179-RCL
                              )
DUKE UNIVERSITY, DUKE UNIVERSITY )   ACTION FOR DAMAGES
SCHOOL OF LAW, DUKE UNIVERSITY )   DISCRIMINATION AND
BOARD OF TRUSTEES, NANNERL KEOHANE, )   DECLARATORY AND
in her personal and official capacity as president of )   INJUCTIVE RELIEF
Duke University, and others,  )
                              )
           Defendants         )

## DECLARATION OF NANNERL KEOHANE

Nannerl O. Keohane, the declarant, pursuant to 28 U.S.C. § 1746, states as follows:

1. I, Nannerl O. Keohane, am a professor at the Woodrow Wilson School at Princeton University.

2. I am a resident of the State of New Jersey, am over 21 years old, and have personal knowledge about the following facts, which to the best of my knowledge are true and correct.

3. From 1993 until 2004 I was President of Duke University.

4. To the best of my knowledge and belief, I have never directed any communications to Ms. Richards in the District of Columbia.

5. To the best of my knowledge and belief, I have not had any one-on-one discussions with Ms. Richards.

6. I own no property in Washington, D.C.

*Richards v. DukeUniversity et. al.*
Civil No. 1:06-cv-01179-RCL
Declaration of Nannerl Keohane
Page 2

7. I have no bank accounts in Washington, D.C.

8. Although I am a member of the American Political Science Association, which has an office located in Washington, D.C., and which holds meetings in the District of Columbia biennially, I do not otherwise engage in any activities in the District related to that membership. I previously was a member of the Association of American Universities, which also held an annual meeting in the District, but I no longer am a member of that organization. Furthermore, I conduct no other business in Washington, D.C., nor do I have any other business relations or contact with any person or company located in D.C.

9. While President of Duke University I had business contacts with the Association of American Universities whose offices are located in Washington D.C. Once a year, I attended the conference of the Presidents of the Association in D.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 17th day of July, 2006.

_____
Nannerl O. Keohane

*Richards v. DukeUniversity et. al.*
Civil No. 1:06-cv-01179-RCL
Declaration of Nannerl Keohane
Page 3

## CERTIFICATE OF SERVICE

I certify that on this 21st day of July, 2006, a true and correct copy of the foregoing document was served by placing same in the United States mail, postage prepaid, addressed to:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas,
U.S. Virgin Islands  00804-0756

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Elisabeth A. O'Brien, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, D.C.  20005

_____
Joyce L. Wolfgang