IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL NO. 1:06-cv-01179-RCL |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY ) | ACTION FOR DAMAGES |
| SCHOOL OF LAW, DUKE UNIVERSITY ) | DISCRIMINATION AND |
| BOARD OF TRUSTEES, NANNERL KEOHANE, ) | DECLARATORY AND |
| in her personal and official capacity as president of ) | INJUCTIVE RELIEF |
| Duke University, and others, ) | |
| ) | |
| Defendants ) | |

## ORDER

Upon consideration of the Motion to Dismiss pursuant to Rule 12(b)(1) and in the alternative 12(b)(6) of the Federal Rules of Civil Procedure, filed by Duke University, Duke University School of Law, Board of Trustees for Duke University and Nannerl Keohane and the Declarations of Nannerl Keohane and Kate Hendricks, it is hereby

**ORDERED** that the Motion to Dismiss be GRANTED. It is further **ORDERED** that this case against Duke University, Duke University School of Law, Board of Trustees for Duke University and Nannerl Keohane is DISMISSED WITH PREJUDICE.

Dated: _____        _____
                                       Royce C. Lamberth
                                       United States District Judge for the
                                       District of Columbia

INDIVIDUALS TO WHOM ORDER IS
TO BE SERVED:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I.  00804-0756

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak
     & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C.  20037

Simone R.D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak
     & Stewart, P.C.
The Tunick Building
Suite 202
1336 Beltjen Road
St. Thomas,
U.S. Virgin Islands 00802

Elisabeth A. O'Brien, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington D.C.  20005