UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> DUKE UNIVERSITY, DUKE UNIVERSITY ) <br> SCHOOL OF LAW, DUKE UNIVERSITY ) <br> BOARD OF TRUSTEES, NANNERL ) <br> KEOHANE, in her personal and official ) <br> Capacity as President of Duke University, ) <br> GEORGETOWN UNIVERSITY, ) <br> GEORGETOWN UNIVERSITY LAW CENTER, ) <br> ALBERTO GONZALES, in his official capacity ) <br> as Attorney General of the United States, ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> JOHN AND JANE DOES 1-10, ) <br> WILLIAM H. GATES, III, in his personal and ) <br> official capacity as Chairman of Microsoft ) <br> Corporation, STEVE BALLMER, in his personal ) <br> and official capacity as Chief Executive Officer ) <br> of Microsoft Corporation, MICROSOFT ) <br> CORPORATION, MICROSOFT EMPLOYEES ) <br> A-J, and MELINDA GATES, ) <br> ) <br> DEFENDANTS. ) <br> ) | CIVIL NO. 06-01179 (RCL) <br><br> ACTION FOR DAMAGES, DISCRIMINATION, AND DECLARATORY AND INJUNCTIVE RELIEF <br><br><br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR CM/ECF PASSWORD**

**COMES NOW** Plaintiff, *pro se*, and hereby moves, pursuant to LCvR 5.4(b)(2), for leave of Court to have the Clerk issue her a CM/ECF password so that she can file and receive documents electronically.

Plaintiff is an attorney who is a member of the Virgin Islands Bar Association, who, proceeding *pro se*, commenced the above captioned matter in the St. Croix Division of the

*Suzette Richards v. Duke University, et al.*
Civil no. 06-01179 (RCL)
Plaintiff's Motion for CM/ECF Password
Page 2

District Court of the Virgin Islands on May 8, 2003.[1]  This action was then subsequently transferred to this Court by Order entered on June 2, 2006.

This Court has in place an electronic filing system that allows for litigants to file and receive documents electronically.  However, pursuant to LCvR 5.4(b)(2), a party proceeding *pro se* must first file a motion to obtain leave of Court to receive a password to use this system, wherein they advise the Court of the party's access to the internet and their capacity to file and receive documents from other parties electronically on a regular basis.  As such, in accordance with LCvR 5.4(b)(2), Plaintiff hereby submits (1) that she has a personal computer that has a standard operating system; (2) that she has an internet browser and access to the internet via an internet service provider; and (3) that she has an e-mail address that she checks regularly.  In addition, Plaintiff also submits that she has a scanner, a PACER Account, and Adobe Acrobat software that can convert documents in their native application to portable document format.

Accordingly, as Plaintiff has access to the internet, and further has the capacity to file and receive documents electronically on a regular basis, Plaintiff requests that this Court allow the Clerk to issue her a password once she has completed the CM/ECF training that the Clerk provides to all filers.

---

[1] Although Plaintiff was in private practice when she commenced this action in May of 2003, Plaintiff subsequently left private practice in August of 2004, so she could begin working in a regulatory capacity, in September of 2004, with the Division of Banking and Insurance ("Division") in the Office of the Lieutenant Governor.  Plaintiff is presently still working with the Division today.

*Suzette Richards v. Duke University, et al.*
Civil no. 06-01179 (RCL)
Plaintiff's Motion for CM/ECF Password
Page 3

                                            Respectfully submitted,
                                            ATTORNEY FOR PLAINTIFF,

DATED: July 18, 2006

                                            Suzette Richards, Esquire, *Pro Se*
                                            P.O. Box 223875
                                            Christiansted, St. Croix 00822-3875
                                            Telephone: (340) 277-4808
                                            Fax: (340) 772-5785

## CERTIFICATE OF SERVICE

     I hereby certify that on this ____ day of July, 2006, a true and exact copy of the foregoing document was caused to be served via the United States Postal Service, first class postage prepaid, upon:

| | |
|---|---|
| Simone R. D. Francis, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C.<br>The Tunick Building, Suite 202<br>1336 Beltjen Road<br>St. Thomas, U.S. Virgin Islands 00802 | Richard Hunter, Esq.<br>Hunter, Cole & Bennett<br>Pentheny Bld., 3rd Floor<br>1138 King Street, Suite 301<br>Christiansted, St. Croix 00820 |
| Michael J. Murphy, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2400 N Street, N.W., Fifth Floor<br>Washington, D.C. 20037 | Elizabeth O'Brien, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street<br>Washington, D.C. 20002 |
| Henry Feuerzeig, Esq.<br>Dudley, Topper & Feuerzeig<br>1A Frederiksberg Gade<br>P.O. Box 756<br>St. Thomas, V.I. 00804 | Benton G. Peterson, Esq.<br>Assistant United States Attorney<br>Judiciary Center Building<br>Civil Division<br>555 4th St., N.W., Room E4905<br>Washington, D.C. 20530 |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL NO. 06-01179 (RCL) |
| | ) | |
| | ) | |
| v. | ) | ACTION FOR DAMAGES, |
| | ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | DECLARATORY AND |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | INJUNCTIVE RELIEF |
| BOARD OF TRUSTEES, NANNERL | ) | |
| KEOHANE, in her personal and official | ) | |
| Capacity as President of Duke University, | ) | |
| GEORGETOWN UNIVERSITY, | ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, | ) | |
| ALBERTO GONZALES, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | **JURY TRIAL DEMANDED** |
| JOHN AND JANE DOES 1-10, | ) | |
| WILLIAM H. GATES, III, in his personal and | ) | |
| official capacity as Chairman of Microsoft | ) | |
| Corporation, STEVE BALLMER, in his personal | ) | |
| and official capacity as Chief Executive Officer | ) | |
| of Microsoft Corporation, MICROSOFT | ) | |
| CORPORATION, MICROSOFT EMPLOYEES | ) | |
| A-J, and MELINDA GATES, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**ORDER**

This matter, having come before the Court on Plaintiff's Motion for CM/ECF Password, and the Court having been advised in its premises, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED**. It is further

*Suzette Richards v. Duke University, et al.*
Civil no. 06-01179 (RCL)
Order on Plaintiff's Motion for CM/ECF Password
Page 2

      **ORDERED** that the Clerk shall issue the plaintiff a CM/ECF password once she has completed the training that the Clerk provides to all electronic filers.

      **SO ORDERED.**


DATED: _____

                                                                Royce C. Lamberth
                                                                 United States District Judge for the
                                                                 District of Columbia

**PERSONS WHO SHOULD BE SERVED WITH ORDER**

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix  00822-3875

Simone R. D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C.
The Tunick Building, Suite 202
1336 Beltjen Road
St. Thomas, U.S. Virgin Islands  00802

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C. 20037

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix  00820

Elizabeth O'Brien, Esq.
Williams & Connolly LLP
725 Twelfth Street
Washington, D.C.  20002

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I. 00804

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, N.W., Room E4905
Washington, D.C. 20530