UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUZETTE RICHARDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1179 (RCL) |
| ) | |
| **DUKE UNIVERSITY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This case comes before the Court from the District Court for the Virgin Islands. On November 14, 2003 that Court issued an order to seal certain documents in this case. Plaintiff contested the order, and on December 2, 2003, filed a motion for reconsideration [V.I. 78]. The Duke and Microsoft defendants opposed her motion, and plaintiff filed a response [V.I. 80]. The Georgetown and Government defendants took no position on the motion for reconsideration.

On December 12, 2003, the judge issued an order granting plaintiff's motion and unsealing some documents [V.I. 83]. The Court's original rationale for sealing these documents, sparing the plaintiff embarrassment, no longer applied since she wished them to be unsealed.

Notwithstanding the Court's order, certain documents remain sealed. Accordingly, plaintiff moved for an order directing the clerk to unseal all documents in the case [V.I. 109]. Plaintiff's motion was never opposed. Although plaintiff filed a request for ruling [V.I. 151], no action was taken because the case was stayed pending interlocutory appellate review. Subsequently, this case was transferred to this Court. Upon review of the motion and the entire record herein, this Court can see no reason to leave any portion of the record sealed.

For the foregoing reasons, it is hereby

ORDERED that the plaintiff's motion [V.I. 109] is GRANTED; it is further

ORDERED that the Clerk of the Court shall unseal all documents filed in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 24, 2006.