UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SUZETTE RICHARDS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 06-1179 (RCL) |
| **DUKE UNIVERSITY,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter, having come before the Court on plaintiff's motion [19] for CM/ECF password, and the Court having been advised in its premises, it is hereby

ORDERED that plaintiff's motion [19] is GRANTED; it is further

ORDERED that the Clerk shall issue the plaintiff a CM/ECF password once she has completed the training that the Clerk provides to all electronic filers.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 25, 2006.