UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DUKE UNIVERSITY, DUKE UNIVERSITY )<br>SCHOOL OF LAW, DUKE UNIVERSITY )<br>BOARD OF TRUSTEES, NANNERL )<br>KEOHANE, in her personal and official )<br>capacity as President of Duke University, )<br>GEORGETOWN UNIVERSITY, )<br>GEORGETOWN UNIVERSITY LAW CENTER, )<br>ALBERTO GONZALES, in his official capacity as )<br>Attorney General of the United States, )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>U.S. DEPARTMENT OF JUSTICE, )<br>JOHN AND JANE DOES 1-10, )<br>WILLIAM H. GATES, III, in his personal and )<br>official capacity as Chairman of Microsoft )<br>Corporation, STEVE BALLMER, in his personal )<br>and official capacity as Chief Executive Officer )<br>of Microsoft Corporation, MICROSOFT )<br>CORPORATION, MICROSOFT EMPLOYEES )<br>A-J, and MELINDA GATES, )<br>)<br>    Defendants. )<br>) | Civil A. No. 1:06-cv-01179-RCL |

**MICROSOFT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE A MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants, William H. Gates, III and Melinda Gates (the "Gates") and Steve Ballmer ("Ballmer"), to the extent that they are sued in their personal capacities (collectively the "Microsoft Defendants"), through their undersigned counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the time until September 15, 2006, for them to file a motion to dismiss for lack of personal jurisdiction.

The Plaintiff, Suzette Richards, consents to the foregoing relief sought by the Microsoft

Suzette Richards v. Duke University, et al.
Case No. 1:06-cv-01179-RCL
Microsoft Defendants' Unopposed Motion
for Extension of Time to File a Motion to
Dismiss for Lack of Personal Jurisdiction
Page 2 of 4

Defendants. Specifically, counsel for the Microsoft Defendants consulted with the Plaintiff, who by e-mail dated July 28, 2006, advised that "per our telephone conversations, I do not object to your waiting until September 15, 2006 to file any motion to dismiss for lack of personal jurisdiction, and as such, I will not assert or argue that any Microsoft Defendant has waived the right to file a motion to dismiss for lack of personal jurisdiction with the D.C. District Court."

Good cause exists for the Court to grant the Microsoft Defendants' motion. On or about May 3, 2006, the Microsoft Defendants filed a notice of their motion to dismiss for lack of personal jurisdiction in the District Court of the Virgin Islands (V.I. Docket No. 194) and caused the motion and memorandum to be served on all parties. Before any responses were due to be filed, the District Court of the Virgin Islands transferred this matter to this district, rendering moot the Microsoft Defendants' motion to dismiss for lack of personal jurisdiction of the District Court of the Virgin Islands.

The Microsoft Defendants will be filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2). That motion must be accompanied by affidavits of each of the Microsoft Defendants. Bill and Melinda Gates, however, currently are on an extended family vacation through the end of August, which includes a trip to Africa where the Bill and Melinda Gates Foundation has focused a significant portion of its charitable work. Therefore, the Microsoft Defendants respectfully request a short extension of time to file their Rule 12(b)(2) motion to dismiss. Specifically, the Microsoft Defendants request that this Court grant them until September 15, 2006, to file their Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction and accompanying memorandum and affidavits in support.

Suzette Richards v. Duke University, et al.
Case No. 1:06-cv-01179-RCL
Microsoft Defendants' Unopposed Motion
for Extension of Time to File a Motion to
Dismiss for Lack of Personal Jurisdiction
Page 3 of 4

Respectfully submitted,

s/ Charles E. Buffon
**COVINGTON & BURLING LLP**
**CHARLES E. BUFFON**
D.C. Bar No.: 29983
**HARRY B. ROBACK**∗
D.C. Bar No. 48514
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Telephone:    (202) 662-5542
Telecopier:    (202) 778-5542
E-Mail:          cbuffon@cov.com
                      hroback@cov.com


**DUDLEY, TOPPER and FEUERZEIG, LLP**
**HENRY L. FEUERZEIG**∗∗
Law House
1000 Frederiksberg Gade (P.O. Box 756)
St. Thomas, U.S.V.I.   00804-0756
Telephone:    (340) 774-4422
Telecopier:    (340) 715-4400
E-Mail:          HFeuerzeig@dtflaw.com

Attorneys for William H. Gates, III,
Microsoft Corporation, Steve Ballmer
and Melinda Gates

---

∗     Application for admission to this Court is pending.
∗∗    Application for admission *pro hac vice* to this Court is pending.

Suzette Richards v. Duke University, et al.
Case No. 1:06-cv-01179-RCL
Microsoft Defendants' Unopposed Motion
for Extension of Time to File a Motion to
Dismiss for Lack of Personal Jurisdiction
Page 4 of 4

# CERTIFICATE OF SERVICE

It is hereby certified that on this the 31st day of July, 2006, a true and exact copy of the foregoing **MICROSOFT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** was served via ECF and/or e-mail to:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Richard H. Hunter, Esq.
**HUNTER, COLE & BENNETT**
Pentheny Building - 3rd Floor
1138 King Street - Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820
E-Mail: rhunter@hcbvilaw.com

Simone R.D. Francis, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**
The Tunick Building - Suite 202
1336 Beltjen Road
St. Thomas, Virgin Islands  00802
E-Mail: simone.francis@odnss.com

Benton G. Peterson, Esq.
Assistant U.S. Attorney
**U.S. DEPARTMENT OF JUSTICE**
555 Fourth Street N.W.
Room E4905
Washington D.C.  20530
E-Mail: benton.peterson@usdoj.gov

Elizabeth A. O'Brien, Esq.
**WILLIAMS & CONNOLLY**
725 12th Street, N.W.
Washington, D.C.  20005
E-Mail: eobrien@wc.com

Michael J. Murphy, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
2400 N Street, N.W.
Fifth Floor
Washington, D.C.  20037-1153
E-Mail: michael.murphy@odnss.com

    s/ Harry B. Roback
    Harry B. Roback