UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil A. No. 1:06-cv-01179-RCL |
| ) | |
| DUKE UNIVERSITY, DUKE UNIVERSITY ) | |
| SCHOOL OF LAW, DUKE UNIVERSITY ) | |
| BOARD OF TRUSTEES, NANNERL ) | |
| KEOHANE, in her personal and official ) | |
| capacity as President of Duke University, ) | |
| GEORGETOWN UNIVERSITY, ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, ) | |
| ALBERTO GONZALES, in his official capacity as ) | |
| Attorney General of the United States, ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| JOHN AND JANE DOES 1-10, ) | |
| WILLIAM H. GATES, III, in his personal and ) | |
| official capacity as Chairman of Microsoft ) | |
| Corporation, STEVE BALLMER, in his personal ) | |
| and official capacity as Chief Executive Officer ) | |
| of Microsoft Corporation, MICROSOFT ) | |
| CORPORATION, MICROSOFT EMPLOYEES ) | |
| A-J, and MELINDA GATES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to File a Motion to

Dismiss for Lack of Personal Jurisdiction of William H. Gates, III, Melinda Gates and Steve

Ballmer, it is hereby

ORDERED that the Motion of William H. Gates, III, Melinda Gates and Steve Ballmer is

GRANTED.  It is further

ORDERED that William H. Gates, III, Melinda Gates, and Steve Ballmer shall have until

2

September 15, 2006, to file a motion to dismiss for lack of personal jurisdiction.

    SO ORDERED.


Dated: August ____, 2006              _____
                                                    Royce C. Lamberth
                                                    United States District Judge for the
                                                    District of Columbia