IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,                                    )<br>                                                                        )<br>                              Plaintiff,                )<br>                                                                        )<br>          v.                                                    )<br>                                                                        )<br>DUKE UNIVERSITY, DUKE UNIVERSITY  )<br>SCHOOL OF LAW, DUKE UNIVERSITY       )<br>BOARD OF TRUSTEES, NANNERL              )<br>KEOHANE, in her personal and official        )<br>Capacity as President of Duke University     )<br>GEORGETOWN UNIVERSITY,                        )<br>GEORGETOWN UNIVERSITY LAW               )<br>CENTER, JOHN ASHCROFT, in his official  )<br>Capacity as Attorney General of the United  )<br>States, FEDERAL BUREAU OF                       )<br>INVESTIGATION, U.S. DEPARTMENT OF   )<br>JUSTICE, and JOHN and JANE DOES 1-10, )<br>WILLIAM H. GATES, III, in his personal and )<br>official capacity as Chairman of Microsoft   )<br>Corporation, STEVE BALLMER, in his         )<br>personal and Official capacity as Chief         )<br>Executive Officer of Microsoft Corporation, )<br>MICROSOFT CORPORATION, MICROSOFT )<br>EMPLOYEES A-J and MELINDA GATES,    )<br>                                                                         )<br>                              Defendants.            ) | CIVIL NO. 06-01179 (RCL) |

**DEFENDANT GEORGETOWN UNIVERSITY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND AN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

Defendant Georgetown University,[1] by undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the time until August 22, 2006 to file its Reply in Support of its Motion to Dismiss and its Opposition to Plaintiff's Motion to

---

[1] "Georgetown University" includes the University as well as Georgetown University Law Center.

Strike. Plaintiff Suzette Richards consents to the instant motion. In support of this motion, Georgetown states as follows:

1. Plaintiff's Opposition to Defendant Georgetown University's Motion to Dismiss [22] and Plaintiff's Motion To Strike All Exhibits That Have Been Filed With Defendant Georgetown University's Motion To Dismiss and To Further Strike All References To Said Exhibits [23] were served on Georgetown by electronic mail on or about Thursday, July 27, 2006.

2. Counsel for Georgetown is currently on vacation until Tuesday, August 8, 2006.

3. Accordingly, counsel for Georgetown contacted Plaintiff to determine if she would consent to a brief extension of time for Georgetown to file its responsive pleadings. Plaintiff consented and agreed to extend the time until Tuesday, August 22, 2006.

4. None of the above captioned parties will be prejudiced by extending the time for Georgetown to file its responsive pleadings until August 22, 2006.

5. Therefore, Georgetown respectfully requests that the Court grant its unopposed motion to extend the time until August 22, 2006 to file its responsive pleadings.

A proposed Order is also submitted.

Dated:  August 1, 2006                              Respectfully submitted,


                                          WILLIAMS & CONNOLLY LLP

                              By: ___/s/ Elizabeth A. O'Brien__
                                          Elizabeth A. O'Brien, Esq.
                                          D.C. Bar No. 466314
                                          725 Twelfth Street, N.W.
                                          Washington, D.C.  20005
                                          (202) 434-5000

                                          HUNTER COLE & BENNETT
                                          Richard H. Hunter, Esq.*
                                          D.C. Bar No. 263798
                                          1138 King Street
                                          Christiansted, St. Croix
                                          U.S. Virgin Islands 00820
                                          (340) 773-3535

                                          *Counsel for Georgetown University*


\* Application for admission *pro hac vice* to this Court is pending.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 1st day of August, 2006, I caused a true and exact copy of Defendant Georgetown University's Unopposed Motion for Extension of Time to File a Reply in Support of its Motion to Dismiss and an Opposition to Plaintiff's Motion to Strike, and Proposed Order, to be served via ECF or electronic mail upon:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands 00822-3875
sjrich13@yahoo.com

Henry L. Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, Virgin Islands  00804
HFeuerzeig@dtflaw.com

Simone Francis, Esq.
Ogletree Deakins Nash Smoak & Steward
The Tunick Building
1336 Beltjen Road
Suite 202
St. Thomas, Virgin Islands 00802
simone.francis@odnss.com

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530
benton.peterson@usdoj.gov

Charles Edward Buffon
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
cbuffon@cov.com

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Steward, P.C.
2400 N Street, N.W.
Fifth Floor
Washington, D.C.  20037
michael.murphy@odnss.com

                                            /s/ Elizabeth A. O'Brien
                                              Elizabeth A. O'Brien