IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     CIVIL NO. 06-01179 (RCL) |
| Defendants. | ) |

**<u>ORDER</u>**

This cause came before the Court on Defendant Georgetown University's Unopposed Motion for Extension of Time to File a Reply in Support of Its Motion To Dismiss and an Opposition to Plaintiff's Motion to Strike. Upon consideration of the Motion, and good cause appearing, it is this ____ day of _____, 2006, hereby

ORDERED that the motion is GRANTED, and it is further ORDERED that Georgetown shall have until August 22, 2006 to file its Reply in Support of its Motion to Dismiss and its Opposition to Plaintiff's Motion to Strike.

_____
JUDGE ROYCE C. LAMBERTH
United States District Judge
 for the District of Columbia

cc:   Richard H. Hunter, Esq.
      Hunter Cole & Bennett
      1138 King Street
      Christiansted, St. Croix
      U.S. Virgin Islands 00820

      Elizabeth A. O'Brien, Esq.
      Williams & Connolly LLP
      725 Twelfth Street, N.W.
      Washington, D.C. 20005

      Suzette Richards, Esq.
      P.O. Box 223875
      Christiansted, St. Croix
      U.S. Virgin Islands 00822-3875

      Henry L. Feuerzeig, Esq.
      Dudley, Topper & Feuerzeig
      1A Frederiksberg Gade
      P.O. Box 756
      St. Thomas, Virgin Islands 00804

      Charles Edward Buffon
      Covington & Burling
      1201 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004

      Simone Francis, Esq.
      Ogletree Deakins Nash Smoak & Steward
      The Tunick Building
      1336 Beltjen Road, Suite 202
      St. Thomas, Virgin Islands 00802

      Michael J. Murphy, Esq.
      Ogletree, Deakins, Nash, Smoak & Steward, P.C.
      2400 N Street, N.W., Fifth Floor
      Fifth Floor
      Washington, D.C. 20037

      Benton G. Peterson, Esq.
      Assistant United States Attorney
      Judiciary Center Building, Civil Division
      555 4th St., N.W., Room E4905
      Washington, D.C. 20530