# EXHIBIT 1

# DHL RECEIPT AND TRACKING INFORMATION FOR THE OPPOSITION TO THE MICROSOFT DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| **DHL** Process and Track your shipment online: http://www.dhl.com<br>1-800-CALL-DHL in USA only | 778 6963 590 ORIGIN STT  DESTINATION CODE DCAA |

**1 Payer account number and shipment value protection details**
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party  ☐ Cash ☐ Check ☐ Credit Card
Payer Account No. _____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number | Contact Name
Shipper's Reference (up to 35 characters)
Company Name: Suzette Richards
Address: P.O. Box 223575
Christiansted, St. Croix USVI
Post/ZIP Code: 00822-3575
Phone: (340)277-1208

**3 To (Receiver)**
Company Name: US District Ct for the Dist. of Columbia
Contact Person: Ms. Nancy Mayer-Whittington
Delivery Address: 333 Constitution Avenue, NW
Washington, DC
Country:
Post/ZIP Code: 20001
Phone: (202)354-3050

**4 Shipment Details**
Total number of packages: 1
Total Weight (If DHL Express Document packaging used, enter XD): 1 lbs
Dimensions (in inches): Pieces @ Length x Width x Height

**5 Full Description of Contents**
Give Content and Quantity: DOX

**6 Dutiable Shipments Only (Customs requirement)**
...

**7 Shipper's Authorization (signature required)**
Signature (required): [signed]  Date: 6/29/06

**8 Products & Services**
☒ Other: US DOX
Service Options:
...

SERVICES: FC 18/0   CHARGES: 21.30  3.83
TOTAL: 25.13

PAYMENT DETAILS
PICKED UP BY: [signature]
Route No.: DHL
Date: 6/29/06

  

| | Products / Services | eShipping | Tools | Information | Press | Careers |

The Group

Tracking
Good Afternoon

Contact

Track your Shipment

DHL Air Waybill

 Track

More tracking options

- eShipping: Quick Access
- Web Shipping
- Booking
- Tracking
- Logistics eServices
- DHL Interactive
- Trade Automation Service
- Order Supplies

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

**These are the results of your query**

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7786963590 | St. Thomas - Virgin Islands (US) | Washington - Ronald Reagan National, DC - USA | Signed for by: MS TRAN( Shipment delivered July ( ✓ |

**7786963590 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| June 29, 2006 | 12:13 | St. Thomas - Virgin Islands (US) | Shipment picked up |
| June 29, 2006 | 17:27 | St. Thomas - Virgin Islands (US) | Departing origin |
| June 30, 2006 | 07:07 | Washington - Ronald Reagan National, DC - USA | Scheduled for delivery |
| June 30, 2006 | 08:27 | Washington - Ronald Reagan National, DC - USA | With delivery courier |
| June 30, 2006 | 17:43 | Washington - Ronald Reagan National, DC - USA | Scheduled for delivery |
| July 03, 2006 | 06:57 | Washington - Ronald Reagan National, DC - USA | Scheduled for delivery |
| July 03, 2006 | 10:02 | Washington - Ronald Reagan National, DC - USA | Awaiting pick up by recipient as |
| July 07, 2006 | 06:43 | Washington - Ronald Reagan National, DC - USA | Scheduled for delivery |
| July 07, 2006 | 07:49 | Washington - Ronald Reagan National, DC - USA | With delivery courier |
| July 07, 2006 | 11:11 | Washington - Ronald Reagan National, DC - USA | Shipment delivered |

**Try a new search.**

©2006   ▶ DHL International GmbH. All Rights Reserved