# EXHIBIT 2

# DHL RECEIPT AND TRACKING INFORMATION FOR THE OPPOSITION TO DEFENDANT GEORGETOWN UNIVERSITY'S MOTION TO DISMISS

**DHL EXPRESS**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

**796 7383 292**

ORIGIN: STX
DESTINATION CODE:

### 1 | Payer account number and shipment value protection details
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
☐ Cash ☐ Check ☑ Credit Card
Payer Account No. ____
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) ____
Not all payment options are available in all countries.

### 2 | From (Shipper)
Shipper's Account Number:
Contact Name:
Shipper's Reference (up to 35 characters): Suzette Richards
Company Name:
Address: P.O. Box 223875
         C'sted. St. Croix 00822-5875
Post/ZIP Code (required): 00822-5875
Phone, Fax, or E-mail (required): (340) 712-9733

### 3 | To (Receiver)
Company Name: U.S. Dist Ct. for Dist of Columbia
Contact Person: Teresa Gumiel
Delivery Address (DHL Cannot Deliver to a PO Box):
333 Constitution Ave. NW
Washington, DC
Country:
Post/ZIP Code (required): 20001
Phone, Fax, or E-mail (required): (202) 354-3000

### 4 | Shipment Details
Total number of packages: 1
Total Weight (if DHL Express Document packaging used, enter XD): 1 lbs
Dimensions (in inches): Pieces / Length / Width / Height

### 5 | Full Description of Contents
Give Content and Quantity: Documents

### 6 | Dutiable Shipments Only (Customs requirement)
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable):
Receiver's VAT/GST or Shipper's EIN/SSN:
Declared Value for Customs (in US $) (as on commercial/proforma invoice):
Schedule B Number / Harmonized Code (if applicable):
AES TRANSACTION NUMBER:
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other ____

### 7 | Shipper's Authorization (signature required)
Signature (required): [signed]
Date: 7/26/06

### 8 | Products & Services
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other ____
Service Options (extra charges may apply):
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Global Mail:
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT: lbs

| SERVICES | CHARGES |
|---|---|
| SC | 20.24 |
| FC | 3.64 |

Drop Box #:
TOTAL: 23.88

TRANSPORT COLLECT STICKER No.:
PAYMENT DETAILS (Check, Card No.):
No.: [redacted]
Type: [redacted]
Expires: [redacted]
Auth.: [signed]
PICKED UP BY:
Route No.:
Time:
Date:



| Products / Services | eShipping | Tools | Information | Press | Careers |

The Group

Contact

  

**Track your Shipment**

DHL Air Waybill



More tracking options

- eShipping: Quick Access
- Web Shipping
- Booking
- Tracking
- Logistics eServices
- DHL Interactive
- Trade Automation Service
- Order Supplies

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

**These are the results of your query**

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7967383292 | St. Croix - Virgin Islands (US) | Washington - Ronald Reagan National, DC - USA | Signed for by: M FREE Shipment delivered July 3 ✓ |

**7967383292 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 26, 2006 | 17:16 | St. Croix - Virgin Islands (US) | Shipment picked up |
| July 26, 2006 | 17:18 | St. Croix - Virgin Islands (US) | Departing origin |
| July 27, 2006 | 02:39 | Wilmington - Clinton Field, OH - USA | Clearance delay |
| July 27, 2006 | 07:12 | Washington - Ronald Reagan National, DC - USA | Scheduled for delivery |
| July 31, 2006 | 14:44 | Washington - Ronald Reagan National, DC - USA | With delivery courier |
| July 31, 2006 | 14:59 | Washington - Ronald Reagan National, DC - USA | Shipment delivered |

**Try a new search.**

©2006  ► DHL International GmbH. All Rights Reserved