# EXHIBIT 3

# LETTER TO ATTORNEY FEUERZEIG CONFIRMING NO OPPOSITION TO RELIEF SOUGHT

*Suzette J. Richards, Esquire*
*P.O. Box 223875*
*Christiansted, St. Croix, 00822-3875*
*Telephone and fax: (340) 772-5785*
*Cell Phone: (340) 277-4808*

August 1, 2006

**BY U.S. MAIL**
Henry Feuerzeig
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I. 00804

Re:  *Suzette Richards v. Duke University, et. al.,*
     Civil No. 06-1179 (RCL)

Dear Attorney Feuerzeig:

This will confirm our telephone conversation on Saturday, July 29, 2006, wherein I explained the problems that had occurred with having my Opposition to the Microsoft Defendants' Motion to Dismiss filed with the Court, and you indicated that you had no opposition to my motion to seek an enlargement of time, out of time, to treat the motion as timely filed on July 7, 2006.

Sincerely,

Suzette Richards, Esq.