# EXHIBIT 4

# LETTER TO ATTORNEY HUNTER CONFIRMING NO OPPOSITION TO RELIEF SOUGHT

*Suzette J. Richards, Esquire*
*P.O. Box 223875*
*Christiansted, St. Croix, 00822-3875*
*Telephone and fax: (340) 772-5785*
*Cell Phone: (340) 277-4808*

August 1, 2006

**BY U.S. MAIL**
Richard Hunter, Esquire
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix  00820

    Re:   *Suzette Richards v. Duke University, et. al.,*
           Civil No. 06-1179 (RCL)

Dear Attorney Hunter:

    This will confirm my conversation with your assistant, Ms. Lola Ayala, on July 31, 2006, wherein she advised, after speaking with you and explaining the problems that had occurred in having my Opposition to Defendant Georgetown University's Motion to Dismiss filed with the Court, that you had no opposition to my motion to seek an enlargement of time, out of time, to treat the motion as timely filed on July 31, 2006.

                                          Sincerely,

                                          Suzette Richards, Esq.