UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL NO. 06-1179 (RCL) |
| | ) | |
| v. | ) | ACTION FOR DAMAGES, |
| | ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | DECLARATORY AND |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | INJUNCTIVE RELIEF |
| BOARD OF TRUSTEES, NANNERL | ) | |
| KEOHANE, in her personal and official | ) | |
| Capacity as President of Duke University, | ) | |
| GEORGETOWN UNIVERSITY, | ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, | ) | |
| ALBERTO GONZALES, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | **JURY TRIAL DEMANDED** |
| JOHN AND JANE DOES 1-10, | ) | |
| WILLIAM H. GATES, III, in his personal and | ) | |
| official capacity as Chairman of Microsoft | ) | |
| Corporation, STEVE BALLMER, in his personal | ) | |
| and official capacity as Chief Executive Officer | ) | |
| of Microsoft Corporation, MICROSOFT | ) | |
| CORPORATION, MICROSOFT EMPLOYEES | ) | |
| A-J, and MELINDA GATES, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

   **COMES NOW** Plaintiff, *pro se*, and hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time, until August 25, 2006, to submit her Opposition to the Duke Defendants' Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) and their Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6).

In support of this motion, Plaintiff states that on July 21, 2006, the Duke Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2), and a Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6).  The Duke Defendants also served Plaintiff, via the mail, from Washington, D.C., with both motions on July 21, 2006.  However, during the time that is allotted to respond to these motions, Plaintiff, who is proceeding *pro se* and who is also employed full time in a regulatory capacity, was, in the limited time available to her, preparing her response to Defendant Georgetown University's Motion to Dismiss that was filed on July 13, 2006.  Accordingly, Plaintiff now requests an extension of time to be able to submit her responses to both of the Duke Defendants' motions that were filed on July 21, 2006.  Plaintiff did attempt to contact counsel for the Duke Defendants regarding the instant motion for extension of time, but neither of them were available.  Plaintiff submits that this motion is not being made in bad faith or for purposes of delay.

**WHEREFORE**, in consideration of the foregoing, Plaintiff requests that she be granted an extension of time, until August 25, 2006, to submit her response to both of the Duke Defendants' motions that were filed on July 21, 2006.

Respectfully submitted,
ATTORNEY FOR PLAINTIFF,

DATED: August 4, 2006                             /s/
Suzette Richards, *Pro Se*
P.O. Box 223875
Christiansted, St. Croix  00822-3875
Telephone: (340) 277-4808
Fax: (340) 772-5785

## CERTIFICATE OF SERVICE

       I hereby certify that on this 4th day of August, 2006, a true and exact copy of the foregoing document was caused to be served via the United States Postal Service, first class postage prepaid, and via e-mail, upon:

| | |
|---|---|
| Simone R. D. Francis | Richard Hunter |
| Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C. | Hunter, Cole & Bennett |
| The Tunick Building, Suite 202 | Pentheny Bld., 3rd Floor |
| 1336 Beltjen Road | 1138 King Street, Suite 301 |
| St. Thomas, U.S. Virgin Islands  00802 | Christiansted, St. Croix  00820 |
| simone.francis@ogletreedeakins.com | rhunter@hcbvilaw.com |

Henry Feuerzeig
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I. 00804
hfeuerzeig@dtflaw.com


                                                                                  /s/
                                                Suzette Richards, *Pro Se*