IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1179 (RCL) |
| ) | |
| DUKE UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of Court will please take notice that Harry B. Roback of Covington & Burling LLP is hereby entering his appearance as counsel for defendants Microsoft Corporation, William H. Gates, III, Melinda Gates, and Steven A. Ballmer.

Respectfully submitted,

August 16, 2006

/s/ Harry B. Roback
Harry B. Roback (D.C. Bar # 485145)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-5174
Fax: 202-778-5174

Attorney for Microsoft Corporation,
William H. Gates, III, Melinda Gates,
and Steven A. Ballmer

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 16th day of August, 2006, a true and exact copy of the foregoing Notice of Entry of Appearance was served via electronic notification to:

| | |
|---|---|
| Suzette Richards, Esq.<br>P.O. Box 223875<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00822-3875 | Richard H. Hunter, Esq.<br>**HUNTER, COLE & BENNETT**<br>Pentheny Building - 3rd Floor<br>1138 King Street - Suite 301<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00820<br>E-Mail:  rhunter@hcbvilaw.com |
| Simone R.D. Francis, Esq.<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**<br>The Tunick Building - Suite 202<br>1336 Beltjen Road<br>St. Thomas, Virgin Islands  00802<br>E-Mail: simone.francis@odnss.com | Benton G. Peterson, Esq.<br>Assistant U.S. Attorney<br>**U.S. DEPARTMENT OF JUSTICE**<br>555 Fourth Street N.W.<br>Room E4905<br>Washington D.C.  20530<br>E-Mail:  benton.peterson@usdoj.gov |
| Elizabeth A. O'Brien, Esq.<br>**WILLIAMS & CONNOLLY**<br>725 12th Street, N.W.<br>Washington, D.C.  20005<br>E-Mail:  eobrien@wc.com | Michael J. Murphy, Esq.<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>2400 N Street, N.W.<br>Fifth Floor<br>Washington, D.C.  20037-1153<br>E-Mail:  michael.murphy@odnss.com |

        /s/ Harry B. Roback
        Harry B. Roback