IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY, DUKE UNIVERSITY )<br>SCHOOL OF LAW, DUKE UNIVERSITY )<br>BOARD OF TRUSTEES, NANNERL )<br>KEOHANE, in her personal and official )<br>Capacity as President of Duke University )<br>GEORGETOWN UNIVERSITY, )<br>GEORGETOWN UNIVERSITY LAW )<br>CENTER, JOHN ASHCROFT, in his official )<br>Capacity as Attorney General of the United )<br>States, FEDERAL BUREAU OF )<br>INVESTIGATION, U.S. DEPARTMENT OF )<br>JUSTICE, and JOHN and JANE DOES 1-10, )<br>WILLIAM H. GATES, III, in his personal and )<br>official capacity as Chairman of Microsoft )<br>Corporation, STEVE BALLMER, in his )<br>personal and Official capacity as Chief )<br>Executive Officer of Microsoft Corporation, )<br>MICROSOFT CORPORATION, MICROSOFT )<br>EMPLOYEES A-J and MELINDA GATES, )<br>)<br>         Defendants. ) | CIVIL NO. 06-01179 (RCL) |

## **ORDER**

    This cause came before the Court on Plaintiff's Motion to Strike All Exhibits That Have Been Filed With Defendant Georgetown University's Motion to Dismiss and to Further Strike All References to Said Exhibits, and on Defendant Georgetown's Opposition to Plaintiff's Motion. Upon consideration of the Motion and Opposition, it is this \_\_\_\_ day of _____, 2006, hereby

ORDERED that the motion is DENIED.


_____
JUDGE ROYCE C. LAMBERTH
United States District Judge
 for the District of Columbia

cc:  Richard H. Hunter, Esq.
Hunter Cole & Bennett
1138 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820

Elizabeth A. O'Brien, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands 00822-3875

Henry L. Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade, P.O. Box 756
St. Thomas, Virgin Islands 00804

Charles Edward Buffon
Harry B. Roback
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Simone Francis, Esq.
Ogletree Deakins Nash Smoak & Steward
The Tunick Building
1336 Beltjen Road, Suite 202
St. Thomas, Virgin Islands 00802

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Steward, P.C.
2400 N Street, N.W., Fifth Floor
Fifth Floor
Washington, D.C. 20037

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530