IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,  )<br>  )<br>         Plaintiff  )<br>  )<br>v.    )<br>  )<br>DUKE UNIVERSITY, DUKE UNIVERSITY  )<br>SCHOOL OF LAW, DUKE UNIVERSITY  )<br>BOARD OF TRUSTEES, NANNERL KEOHANE, )<br>in her personal and official capacity as president of )<br>Duke University, and others,  )<br>  )<br>         Defendants  )<br>_____)  | CIVIL NO.  1:06-cv-01179-RCL<br><br>ACTION FOR DAMAGES<br>DISCRIMINATION AND<br>DECLARATORY AND<br>INJUCTIVE RELIEF |

## DUKE UNIVERSITY DEFENDANTS'
## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants Duke University, Duke University School of Law, Duke University Board of Trustees and Nannerl Keohane ("Duke"), through their counsel, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, file this Motion to Dismiss Counts I – X, XII and XIII for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1]  A Memorandum of Law and Declarations are filed herewith in support of this Motion.

In filing this Motion, Duke expressly reserves the right to file supplemental motions to dismiss pursuant to Fed. R. Civ. P. 12 on any additional substantive grounds.

---

[1] Duke previously filed a Motion to Dismiss for Lack of Personal Jurisdiction and a Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) which are both still pending. Duke files the instant motion in the alternative to its Motion to Dismiss for Lack of Personal Jurisdiction, should this Court determine that it can exercise jurisdiction over Duke, and as a supplement to its Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6).

Suzette Richards v. Duke University, et. al.
Civil No. 1:06-cv-01179-RCL
Motion to Dismiss Pursuant to Rule 12(b)(6)
Page 2

                                            Respectfully submitted,

DATED: August 24, 2006                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC**

                                      By:    /s/_____
                                                MICHAEL J. MURPHY
                                                2400 N Street, N.W.
                                                Fifth Floor
                                                Washington, D.C. 20037
                                                Telephone: (202) 887-0855
                                                Facsimile:  (202) 887-0866


                                                SIMONE R. D. FRANCIS*
                                                Ogletree, Deakins, Nash, Smoak & Stewart, LLC
                                                The Tunick Building, Suite 202
                                                1336 Beltjen Road
                                                St. Thomas, USVI 00802
                                                Telephone: (340) 714-1235
                                                Facsimile:  (340) 714-1245


                                                Attorneys for Duke University,
                                                Duke University School of Law,
                                                Duke University Board of Trustees
                                                and Nannerl Keohane

\*  Application for admission pro hac vice pending.

Suzette Richards v. Duke University, et. al.
Civil No. 1:06-cv-01179-RCL
Motion to Dismiss Pursuant to Rule 12(b)(6)
Page 3

## CERTIFICATE OF SERVICE

I certify that on this 24 day of August, 2006, a true and correct copy of the foregoing document was served by placing same in the United States mail, postage prepaid, addressed to:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas
U.S. Virgin Islands 00804-0756

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Elisabeth A. O'Brien, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington D.C.  20005

_____/s/_____
MICHAEL J. MURPHY