**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SUZETTE RICHARDS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-1179 RCL |
| | ) |
| v. | ) |
| | ) |
| **DUKE UNIVERSITY** | ) |
| 2400 Pratt Street | ) |
| Box 3024, Duke University Medical Center | ) |
| Durham, North Carolina 27710 | ) |
| | ) |
| and | ) |
| | ) |
| **DUKE UNIVERSITY** | ) |
| **SCHOOL OF LAW** | ) |
| 2400 Pratt Street | ) |
| Box 3024, Duke University Medical Center | ) |
| Durham, North Carolina 27710 | ) |
| | ) |
| and | ) |
| | ) |
| **DUKE BOARD OF TRUSTEES** | ) |
| 2400 Pratt Street | ) |
| Box 3024, Duke University Medical Center | ) |
| Durham, North Carolina 27710 | ) |
| | ) |
| and | ) |
| | ) |
| **NANNERL KEOHANE,** *in her personal* | ) |
| *and official capacity as President of* | ) |
| *Duke University* | ) |
| Princeton University | ) |
| Robertson Hall | ) |
| Princeton, NJ 08544-1013 | ) |
| | ) |
| and | ) |
| | ) |
| **GEORGETOWN UNIVERSITY**, | ) |
| **GEORETOWN UNIVERSITY LAW** | ) |
| **CENTER, ALBERTO GONZALES**, *in* | ) |

| | |
|---|---|
| *his official capacity as Attorney General of the United States*, **FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOES 1-10, WILLIAM H. GATES, III**, *in his personal and official Capacity as Chairman of Microsoft Corporation*, **STEVE BALLMER**, *in his Personal and official capacity as Chief Executive Officer of Microsoft Corporation,* **MICROSOFT CORPORATION**, **MICROSOFT EMPLOYEES A-J**, and **MELINDA GATES,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, filed by Duke University, Duke University School of Law, Board of Trustees for Duke University and Nannerl Keohane and the Declarations of Nannerl Keohane and Kate Hendricks, it is hereby

**ORDERED** that the Motion to Dismiss Counts I - X, XII, XIII be GRANTED. It is further **ORDERED** that Counts I - X, XII, XIII against Duke University, Duke University School of Law, Board of Trustees for Duke University and Nannerl Keohane is DISMISSED.

Dated: _____         _____
                                                                                 Royce C. Lamberth
                                                                                 United States District Judge for the
                                                                                 District of Columbia

INDIVIDUALS TO WHOM ORDER IS
TO BE SERVED:

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820

Benton G. Peterson, Esq.
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Room E4905
Washington, D.C.  20530

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burlington LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Simone R.D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak
       & Stewart, P.C.
The Tunick Building
Suite 202
1336 Beltjen Road
St. Thomas,
U.S. Virgin Islands 00802

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I.  00804-0756

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak
       & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C.  20037

Elisabeth A. O'Brien, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington D.C.  20005