# EXHIBIT 1



## 2006-2007

| | | |
|---|---|---|
| Mrs. Anne T. Bass<br>*Fort Worth, TX* | Mr. Bruce A. Karsh\*<br>*Los Angeles, CA* | Dr. Uwe E. Reinhardt<br>*Princeton, NJ* |
| The Hon. Daniel Terry Blue, Jr.\*<br>*Raleigh, NC* | Dr. Rebecca Trent Kirkland\*<br>*Houston, TX* | Dr. Robert Coleman Richa[r]<br>*Ithaca, NY* |
| Dr. Richard H. Brodhead\*<br>*Durham, NC* | Mr. J. J. Kiser III<br>*Pawleys Island, SC* | Mr. David M. Rubenstein<br>*Washington, DC* |
| Dr. Paula Phillips Burger\*<br>*Baltimore, MD* | Mrs. Carol Louise Anspach Kohn<br>*Highland Park, IL* | Dr. Robert S. Saunders<br>*Durham, NC* |
| Mrs. Paula Hannaway Crown<br>*Chicago, IL* | Ms. Kathryn A. Laidlaw<br>*Boston, MA* | Mr. Alan D. Schwartz<br>*New York, NY* |
| The Hon. Christine M. Durham<br>*Salt Lake City, UT* | Mr. John J. Mack<br>*New York, NY* | Rev. Charles M. Smith<br>*Raleigh, NC* |
| Mr. Frank E. Emory, Jr.\*<br>*Charlotte, NC* | Dr. Ernest Mario\*<br>*Wilmington, NC* | Mrs. Susan M. Stalnecker<br>*Greenville, DE* |
| Ms. Robin A. Ferracone<br>*San Marino, CA* | Bishop J. Lawrence McCleskey<br>*Charlotte, NC* | Mr. Robert King Steel, Cha[ir]<br>*New York, NY* |
| Mr. David Gergen<br>*Cambridge, MA* | Mr. William P. Miller<br>*Greensboro, NC* | Mr. James L. Vincent<br>*Weston, MA* |
| Dr. Thomas M. Gorrie<br>*Pennington, NJ* | Ms. Nancy A. Nasher<br>*Dallas, TX* | Mr. Anthony Vitarelli<br>*New Haven, CT* |
| Mrs. Janet Hill<br>*Great Falls, VA* | Dr. Clarence G. Newsome<br>*Raleigh, NC* | Mr. Karl M. von der Heyde<br>Vice Chair; *New York, NY* |
| Mr. Kenneth W. Hubbard<br>*New York, NY* | | Mr. G. Richard Wagoner, J[r]<br>*Detroit, MI* |
| Dr. Kimberly J. Jenkins\*<br>*Chapel Hill, NC* | | Dr. Lewis T. Williams<br>*South San Francisco, CA* |