# EXHIBIT 1

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL NO. 06-1179 (RCL) |
| | ) | |
| v. | ) | ACTION FOR DAMAGES, |
| | ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | DECLARATORY AND |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | INJUNCTIVE RELIEF |
| BOARD OF TRUSTEES, NANNERL | ) | |
| KEOHANE, in her personal and official | ) | |
| Capacity as President of Duke University, | ) | |
| GEORGETOWN UNIVERSITY, | ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, | ) | |
| ALBERTO GONZALES, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | **JURY TRIAL DEMANDED** |
| JOHN AND JANE DOES 1-10, | ) | |
| WILLIAM H. GATES, III, in his personal and | ) | |
| official capacity as Chairman of Microsoft | ) | |
| Corporation, STEVE BALLMER, in his personal | ) | |
| and official capacity as Chief Executive Officer | ) | |
| of Microsoft Corporation, MICROSOFT | ) | |
| CORPORATION, MICROSOFT EMPLOYEES | ) | |
| A-J, and MELINDA GATES, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## DECLARATION OF SUZETTE RICHARDS

I, Suzette Richards, pursuant to 28 U.S.C. § 1746, states as follows:

1.  I am the plaintiff in the above captioned matter.

2.  I am an alumnus of Duke University ("Duke").

3.  I graduated from high school, in the U.S. Virgin Islands, in June of 1992, and thereafter, in August of 1992, I matriculated to Duke to obtain an undergraduate degree.  Thereafter, I graduated from Duke in May of 1996.

4. I returned to the Duke community in August of 1997 to attend law school at the Duke University School of Law ("Duke Law").

5. Early in the first semester of my first year at Duke Law, my Contracts' Professor made statements, in the presence of my class, that implied that I was a from a foreign country, when in fact I am from the U.S. Virgin Islands and am a citizen of the United States.

6. Later in the first semester of my first year at Duke Law, this Professor, who is white, also told me, in what appeared to be an attempt to make himself seem superior, that his wife, who is also white, was a direct descendant of the Pilgrims that came over on the Mayflower back in the 1600's.

7. During my first semester of my first year of law school, Dean Susan Sockwell, who was the Dean of Students, instructed students on how they should take examinations at Duke Law.

8. I had relied on Dean Sockwell's instructions about how to take law school exams.

9. However, after receiving my first semester grades, and reviewing the exams of persons who had received the highest grades in my first year Property and Civil Procedure classes, I realized that the people who had received the highest grades were people who did NOT take their examinations in the way that Dean Sockwell had instructed.

10. I felt injured by the misrepresentation that Dean Sockwell had made to students, and because I felt that her actions were discriminatory, I went to speak to her about the instructions that she had given.

11. When I spoke to Dean Sockwell, she acted as though she had made an innocent error, though after I finished speaking to her and turned to leave her office, she referred to me as a "brave woman".

12. Even though Dean Sockwell had acted like she had made an innocent error, she did nothing to correct what she had told students after I had spoken to her, and final exams for the second semester, were at that point, about one (1) month away.

13. Because Dean Sockwell had failed to correct what she had told students about the taking of law school exams, I decided to e-mail all of the black students on the Black Law Students Association's e-mail list what I learned about the taking of law school exams.

14. I considered suing Duke Law for the discrimination I had experienced, and even mentioned this to another first year law student.

15. Thereafter, Saundra Dockery, who had supervised me at a work study job that I had had during undergrad at Duke, told me that Pamela Gann, who was the Dean of Duke Law at the time, had told her that she would do "anything" to keep Duke Law in the top ten of the U.S. News and World Report law school rankings. When Ms. Dockery told me this I even asked her "Anything?" And Ms. Dockery responded "Anything".

16. I subsequently received my transfer to the Georgetown University Law Center ("Georgetown Law"), and as such, I left Duke Law.

17. Although, upon my transfer to Georgetown Law, I became one of approximately 1800 students, I was nevertheless the first person to be called in the Civil Rights class that I took during my first semester at Georgetown Law, and then during my second semester, I was called on six or seven times in a Corporations class that I took, even though other students in the class were called on two or three times, at the most, and there was at least one person who did not appear to have been called on even once.

18. During my second year of law school at Georgetown Law, I agreed to complete a draft on modern equal protection gender jurisprudence that was to be submitted to the

3

Georgetown Journal of Gender of Law ("Gender Journal") for use in the first printing of the Annual Review. I had decided to write the draft because I had always had an interest in gender related issues. The article itself was actually going to be co-authored, and the first half of the article was supposed to be on early equal protection gender jurisprudence.

19. At the end of my second year of law school, I submitted my draft, on modern equal protection gender jurisprudence, to the Gender Journal.

20. Although I was a third year law student at Georgetown Law at the time the article was being edited, no one ever contacted or consulted me about any changes that were made to the draft.

21. The draft was radically changed to include all sorts of issues on sexual orientation and I did not learn about any of the changes until I saw the article for the first time in December of 2001.

22. Although I contributed little to the article that was ultimately printed, and had no knowledge of the sexuality issues that were included in the article, my name nevertheless appeared on the article as though I wrote it.

23. During my third year of law school, I took a civil rights seminar where my professor announced, for the first time in all the years that he had been teaching the class, that he was going to include a day on homosexual civil rights issues.

24. Professor Laura Underkuffler is a Professor at Duke Law.

25. Professor Underkuffler taught me Property during the first semester of my first year of law school.

26. Professor Underkuffler taught as a Visiting Professor during the Spring of 2000 at Georgetown Law, which was my last semester at Georgetown Law.

4

27. I first realized that I had to have been under some form of illegal electronic surveillance when, at the end of my first year of law school, in June of 1998, while I was still living in Durhma, North Carolina, a conversation that I had had in my home about medical information appeared to have been disclosed to persons who should not have had that information.

28. During the second semester of my first year at Georgetown Law (which would have been my second year of law school) medical information from a medical examination that I had had at the Gewirz Student Center at Georgetown Law appeared to have been disclosed to persons who should not have had access to this information. At the time I was living in Washington, D.C.

29. During the Spring of 2000 I read an article that had recited a conversation between Bill and Melinda Gates.

30. In that article, the statements that the article indicates were made by Melinda Gates were actually statements I had made in my home, during the Spring of 2000. I was living in Washington, D.C. at the time.

31. I attended Georgetown Law from August 1998 through late May of 2000, which was when I graduated from Georgetown Law.

32. I lived in the District of Columbia from January of 1999 through May of 1999 and from August of 1999 through August of 2000.


I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 25, 2006.

Suzette Richards