IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-1179 (RCL) |
| ) | |
| DUKE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINDER OF MICROSOFT DEFENDANTS
IN GEORGETOWN UNIVERSITY'S OPPOSITION TO PLAINTIFF'S
MOTION TO STRIKE ALL EXHIBITS FILED WITH DEFENDANT
GEORGETOWN UNIVERSITY'S MOTION TO DISMISS
AND TO FURTHER STRIKE ALL REFERENCES TO SAID EXHIBITS**

**MICROSOFT CORPORATION**, **WILLIAM H. GATES, III**, **STEVE BALLMER** and **MELINDA GATES** (the "Microsoft Defendants") hereby join in Defendant Georgetown University's opposition to Plaintiff's Motion to Strike All Exhibits That Have Been Filed with Defendant Georgetown University's Motion to Dismiss and to Further Strike All References to Said Exhibits (Docket No. 23). In her motion, Plaintiff not only asks this Court to strike the exhibits attached to Georgetown University's Motion to Dismiss that relate to her mental state, she also seeks to strike the portions of the Microsoft Defendants' Motion to Dismiss that refer to such exhibits. (Docket No. 23 at 1-2.) The Microsoft Defendants incorporate by reference Georgetown University's opposition to Plaintiff's motion. The Microsoft Defendants write separately, however, to emphasize the inapplicability of the Third Circuit's decision vacating the district court's Order appointing a guardian *ad litem*.

The Third Circuit's decision was very narrow with respect to the mental competency of Plaintiff. Specifically, the Third Circuit did not reject the opinions or conclusions of Dr. Olaf G.

Microsoft Defendants (adv. Suzette Richards)
Civ. No. 06-1179 (RCL)
Joinder of Microsoft Defendants in Georgetown
University's Opposition to Plaintiff's Motion to
Strike All Exhibits Filed with Defendant Georgetown
University's Motion To Dismiss and to Further Strike All
References to Said Exhibits
Page 2

Hendricks or Dr. Rita Dudley-Grant.  Instead, the court focused on the appropriate legal standard for the appointment of a guardian *ad litem*.  The Third Circuit merely concluded that the district court failed to apply the correct legal standard in determining that Richards was not competent to proceed *pro se*.  The Third Circuit did not dispute or reject the findings in the report of Dr. Hendricks, a psychiatrist who evaluated Richards.  In fact, the Third Circuit quoted Dr. Hendricks stating: "The psychiatrist diagnosed Richards as having a delusional disorder with grandiose and persecutory delusions. He opined that as a result 'she is incapable of distinguishing between reality and delusion (and is clearly unable) to prosecute this matter.'  He further concluded that the allegations of Richards' First Amended Complaint demonstrated delusional thinking."  <u>Richards v. Duke University, et al.</u>, 166 Fed. Appx. 595, 598, 2006 WL 16252 at *3 (3d Cir. Jan. 23, 2006).

Thus, while vacating the district court's opinion that Richards was unable to prosecute this matter *pro se*, the Third Circuit did not dispute, much less reject, Dr. Hendricks' finding that "Ms. Richards' First Amended Complaint demonstrates the delusional thinking consistent with a Delusional Disorder, Mixed Type."  In addition, because the Court may consider materials outside the pleadings in deciding the Microsoft Defendants' Motion to Dismiss, <u>Rasool v. Bush</u>, 215 F. Supp. 2d 55, 61 (D.D.C. 2002), it is appropriate for this Court to consider the reports of Drs. Hendricks and Dudley-Grant in deciding the motion (as well as the motions to dismiss filed by the other defendants).

Moreover, Plaintiff cannot have it both ways.  Despite her motion to strike, Plaintiff on August 25, 2005, asked this Court to consider her own expert's report and his opinion on her

Microsoft Defendants (adv. Suzette Richards)
Civ. No. 06-1179 (RCL)
Joinder of Microsoft Defendants in Georgetown
University's Opposition to Plaintiff's Motion to
Strike All Exhibits Filed with Defendant Georgetown
University's Motion To Dismiss and to Further Strike All
References to Said Exhibits
Page 3

mental health.[1]  Clearly, if it is appropriate for this Court to consider Plaintiff's expert's report and opinion, it is appropriate to consider the reports relied upon by the Microsoft Defendants.

For all the foregoing reasons, Plaintiff's Motion to Strike should be denied.  However, even if the Court grants Plaintiff's motion to strike and decides not to consider the experts' medical reports, the Court still should grant the Microsoft Defendants' Rule 12(b)(1) Motion to Dismiss because of a lack of subject matter jurisdiction.  As the Microsoft Defendants' motion establishes, regardless of Ms. Richards' mental state and the psychiatric reports, the allegations contained in Plaintiff's complaint are so bizarre and fanciful that they warrant dismissal.

Respectfully submitted,

/s/ Charles E. Buffon_____
**COVINGTON & BURLING, LLP**
**CHARLES E. BUFFON**
D.C. Bar No. 29983
**HARRY B. ROBACK**
D.C. Bar No. 48514
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Telephone:     (202) 662-5542
Telecopier:    (202) 778-5542
E-Mail:        cbuffon@cov.com
               hroback@cov.com

**DUDLEY, TOPPER and FEUERZEIG, LLP**
**HENRY L. FEUERZEIG**
Law House

---

[1] *See* Plaintiff's Opposition to the Duke Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) (Docket No. 34 at 9 and n.3), and Plaintiff's Opposition to the Duke Defendants' Motion to Dismiss Pursuant to Rule 12(b)(2) and Plaintiff's Cross Motion for Leave to Take Jurisdictional Discovery (Docket No. 35 at 8 and n.3).

Microsoft Defendants (adv. Suzette Richards)
Civ. No. 06-1179 (RCL)
Joinder of Microsoft Defendants in Georgetown
University's Opposition to Plaintiff's Motion to
Strike All Exhibits Filed with Defendant Georgetown
University's Motion To Dismiss and to Further Strike All
References to Said Exhibits
Page 4

|  |  |
|---|---|
|  | 1000 Frederiksberg Gade (P.O. Box 756)<br>St. Thomas, U.S.V.I.   00804-0756<br>Telephone:     (340) 774-4422<br>Telecopier:    (340) 715-4400<br>E-Mail:        HFeuerzeig@dtflaw.com |
|  | Attorneys for William H. Gates, III, Microsoft Corporation, Steven A. Ballmer and Melinda Gates |
| August 28, 2006 |  |

Microsoft Defendants (adv. Suzette Richards)
Civ. No. 06-1179 (RCL)
Joinder of Microsoft Defendants in Georgetown
University's Opposition to Plaintiff's Motion to
Strike All Exhibits Filed with Defendant Georgetown
University's Motion To Dismiss and to Further Strike All
References to Said Exhibits
Page 5

## CERTIFICATE OF SERVICE

It is hereby certified that on this the 28th day of August, 2006, a true and exact copy of the foregoing **JOINDER OF MICROSOFT DEFENDANTS IN GEORGETOWN UNIVERSITY'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE ALL EXHIBITS FILED WITH DEFENDANT GEORGETOWN UNIVERSITY'S MOTION TO DISMISS AND TO FURTHER STRIKE ALL REFERENCES TO SAID EXHIBITS** was served via electronic notification on the following counsel of record:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands  00822-3875
E-Mail: sjrich13@yahoo.com

Richard H. Hunter, Esq.
**HUNTER, COLE & BENNETT**
Pentheny Building - 3rd Floor
1138 King Street - Suite 301
Christiansted, St. Croix
U.S. Virgin Islands  00820
E-Mail: rhunter@hcbvilaw.com

Simone R.D. Francis, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**
The Tunick Building - Suite 202
1336 Beltjen Road
St. Thomas, Virgin Islands  00802
E-Mail: simone.francis@odnss.com

Benton G. Peterson, Esq.
Assistant U.S. Attorney
**U.S. DEPARTMENT OF JUSTICE**
555 Fourth Street N.W.
Room E4905
Washington D.C.  20530
E-Mail: benton.peterson@usdoj.gov

Elizabeth A. O'Brien, Esq.
**WILLIAMS & CONNOLLY**
725 12th Street, N.W.
Washington, D.C.  20005
E-Mail: eobrien@wc.com

Michael J. Murphy, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
2400 N Street, N.W.
Fifth Floor
Washington, D.C.  20037-1153
E-Mail: michael.murphy@odnss.com

/s/ Harry B. Roback
Harry B. Roback