UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL NO. 06-1179 (RCL) |
| | ) | |
| v. | ) | ACTION FOR DAMAGES, |
| | ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | DECLARATORY AND |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | INJUNCTIVE RELIEF |
| BOARD OF TRUSTEES, NANNERL | ) | |
| KEOHANE, in her personal and official | ) | |
| Capacity as President of Duke University, | ) | |
| GEORGETOWN UNIVERSITY, | ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, | ) | |
| ALBERTO GONZALES, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | **JURY TRIAL DEMANDED** |
| JOHN AND JANE DOES 1-10, | ) | |
| WILLIAM H. GATES, III, in his personal and | ) | |
| official capacity as Chairman of Microsoft | ) | |
| Corporation, STEVE BALLMER, in his personal | ) | |
| and official capacity as Chief Executive Officer | ) | |
| of Microsoft Corporation, MICROSOFT | ) | |
| CORPORATION, MICROSOFT EMPLOYEES | ) | |
| A-J, and MELINDA GATES, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

**COMES NOW** Plaintiff, *pro se*, and hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time, until September 22, 2006, to submit her Opposition to the Duke Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) that was filed in this Court on August 24, 2006.

In support of this motion, Plaintiff states that during part of the time that was allotted to respond to these motions, Plaintiff, who is proceeding *pro se* and who is also employed full time

in a regulatory capacity, was, in the limited time available to her, preparing responses to other filings that were made in this Court.  In addition, Plaintiff submits that she will be off island, on vacation, through the end of next week, and will therefore need until at least September 22, 2006 to submit her response.  Plaintiff has spoken with Simone Francis, Esq., who is counsel for the Duke Defendants, regarding the instant motion for extension of time, and she has indicated that the Duke Defendants have no objection to the relief requested herein.  Plaintiff submits that this motion is not being made in bad faith or for purposes of delay.

    **WHEREFORE**, in consideration of the foregoing, Plaintiff requests that she be granted an extension of time, until September 22, 2006, to submit her response to the Duke Defendants' motion to dismiss that was filed on August 24, 2006.

                                            Respectfully submitted,
                                            ATTORNEY FOR PLAINTIFF,

DATED: September 1, 2006                      _____/s/_____
                                            Suzette Richards, *Pro Se*
                                            P.O. Box 223875
                                            Christiansted, St. Croix  00822-3875
                                            Telephone: (340) 277-4808
                                            Fax: (340) 772-5785

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of September, 2006, a true and exact copy of the foregoing document was caused to be served via electronic notification upon:

| | |
|---|---|
| Simone R. D. Francis, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C.<br>The Tunick Building, Suite 202<br>1336 Beltjen Road<br>St. Thomas, U.S. Virgin Islands  00802<br>Simone.francis@ogletreedeakins.com | Richard Hunter, Esq.<br>Hunter, Cole & Bennett<br>Pentheny Bld., 3rd Floor<br>1138 King Street, Suite 301<br>Christiansted, St. Croix  00820<br>rhunter@hcbvilaw.com |
| Michael J. Murphy, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2400 N Street, N.W., Fifth Floor<br>Washington, D.C. 20037<br>Michael.murphy@odnss.com | Elizabeth O'Brien, Esq.<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, D.C.  20005<br>eobrien@wc.com |
| Henry Feuerzeig, Esq.<br>Dudley, Topper & Feuerzeig<br>1A Frederiksberg Gade<br>P.O. Box 756<br>St. Thomas, V.I. 00804<br>hfeurzeig@dtflaw.com | Benton G. Peterson, Esq.<br>Assistant United States Attorney<br>Judiciary Center Building<br>Civil Division<br>555 4th St., N.W., Room E4905<br>Washington, D.C. 20530<br>Benton.peterson@usdoj.gov |
| Charles E. Buffon, Esq.<br>Harry B. Roback, Esq.<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>cbuffon@cov.com<br>hroback@cov.com | |

                                                                                   /s/\
                                                        Suzette Richards, *Pro Se*