**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL NO. 06-1179 (RCL) |
| | ) | |
| v. | ) | ACTION FOR DAMAGES, |
| | ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University, GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, ALBERTO GONZALES, in his official capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, JOHN AND JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J, and MELINDA GATES, | ) | DECLARATORY AND INJUNCTIVE RELIEF |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| DEFENDANTS. | ) | |

**ORDER**

This matter, having come before the Court on Plaintiff's Motion for an Extension of Time to File Response, and the Court having been advised in its premises, it is hereby

**ORDERED** that Plaintiff's motion [D.C. Docket 41] is **GRANTED**. It is further

**ORDERED** that Plaintiff is granted an extension of time of until September 22, 2006 to submit her response to the Duke Defendants' Motion to Dismiss that was filed on August 24, 2006 [D.C. Docket 32].

**SO ORDERED.**


DATED: _____          _____
                                Royce C. Lamberth
                                United States District Judge for the
                                District of Columbia

**PERSONS WHO SHOULD BE SERVED WITH ORDER**

Suzette Richards
P.O. Box 223875
Christiansted, St. Croix  00822-3875

Simone R. D. Francis
Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C.
The Tunick Building, Suite 202
1336 Beltjen Road
St. Thomas, U.S. Virgin Islands  00802

Michael J. Murphy
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C. 20037

Richard Hunter
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix  00820

Elizabeth O'Brien
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, D.C.  20005

Henry Feuerzeig
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I. 00804

Benton G. Peterson
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, N.W., Room E4905
Washington, D.C. 20530

Charles E. Buffon
Harry B. Roback
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004