**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01179-RCL |
| ) | |
| DUKE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF WILLIAM H. GATES, III,**
**MELINDA F. GATES, AND STEVEN A. BALLMER**
**TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

In accordance with Federal Rule of Civil Procedure 12(b)(2), Defendants, **WILLIAM H. GATES, III, MELINDA F. GATES** and **STEVEN A. BALLMER** (collectively, the "Defendants"), to the extent that they have been sued personally, hereby move this Court to dismiss the plaintiff's First Amended Complaint against them for lack of personal jurisdiction. In support thereof, the Defendants refer this Court to the accompanying Memorandum of Law and the Declarations of William H. Gates, III, Melinda F. Gates, and Steven A. Ballmer.

September 15, 2006              Respectfully submitted,

/s/ Charles E. Buffon
COVINGTON & BURLING LLP
Charles E. Buffon (D.C. Bar # 29983)
Harry B. Roback (D.C. Bar # 485145)
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-6000
Facsimile:   (202) 662-6291

**Motion to Dismiss for Lack of Personal Jurisdiction**
**CASE NO. 1:06-cv-01179-RCL**
Page 2

                                                _____
                                                DUDLEY, TOPPER AND FEUERZEIG, LLP
                                                HENRY L. FEUERZEIG*
                                                Law House
                                                1000 Frederiksberg Gade
                                                P.O. Box 756
                                                St. Thomas, VI 00804
                                                Telephone:    (340) 715-4443
                                                Facsimile:      (340) 715-4400
                                                Email: hfeuerzeig@dtflaw.com

                                                Attorneys for William H. Gates, III, Melinda F. Gates and Steven A. Ballmer

---

\* Application for admission to this Court *pro hac vice* is pending.

**Motion to Dismiss for Lack of Personal Jurisdiction**
**CASE NO. 1:06-cv-01179-RCL**
Page 3

# CERTIFICATE OF SERVICE

It is hereby certified that on this the 15th day of September, 2006, a true and exact copy of the foregoing **MOTION OF WILLIAM H. GATES, III., MELINDA F. GATES AND STEVEN A. BALLMER** was served, via electronic service, U.S. Mail, postage prepaid, or via e-mail to:

| | |
|---|---|
| Suzette Richards, Esq.<br>P.O. Box 223875<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00822-3875<br>E-Mail:  sjrich13@yahoo.com | Richard H. Hunter, Esq.<br>**HUNTER, COLE & BENNETT**<br>Pentheny Building - 3rd Floor<br>1138 King Street - Suite 301<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00820<br>E-Mail:  rhunter@hcbvilaw.com |
| Simone R.D. Francis, Esq.<br>**OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, LLC**<br>The Tunick Building - Suite 202<br>1336 Beltjen Road<br>St.  Thomas, Virgin Islands   00802<br>E-Mail: simone.francis@odnss.com | Benton G. Peterson, Esq.<br>Assistant U.S. Attorney<br>**U.S. DEPARTMENT OF JUSTICE**<br>555 Fourth Street N.W.<br>Room E4905<br>Washington D.C.   20530<br>E-Mail:  benton.peterson@usdoj.gov |
| Elizabeth A. O'Brien, Esq.<br>**WILLIAMS & CONNOLLY**<br>725 12th Street, N.W.<br>Washington, D.C.   20005<br>E-Mail:  eobrien@wc.com | Michael J. Murphy, Esq.<br>**OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.**<br>2400 N Street, N.W.<br>Fifth Floor<br>Washington, D.C.   20037-1153<br>E-Mail:  michael.murphy@odnss.com |

/s/ Harry B. Roback\_\_
Harry B. Roback