# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01179-RCL |
| ) | |
| DUKE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the motion of William H. Gates, III, Melinda Gates and Steve Ballmer, to dismiss for lack of personal jurisdiction to the extent they are sued in their personal capacity, and the memoranda filed in support of and in opposition thereto, it is hereby

ORDERED that the Motion of William H. Gates, III, Melinda Gates and Steve Ballmer to Dismiss is GRANTED; it is further

ORDERED that the First Amended Complaint is dismissed against William H. Gates, III, Melinda Gates and Steve Ballmer to the extent that they have been sued in their personal capacity.

SO ORDERED.

DATED: _____, 2006

ROYCE C. LAMBERTH
United States District Judge for the
District of Columbia