# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY, et al<br><br>Defendants. | Civ. No. 06-1179 (RCL) |

**DECLARATION OF WILLIAM H. GATES III**
**IN SUPPORT OF MOTION TO DISMISS**

I, **WILLIAM H. GATES III**, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1. I am the Chairman as well as a shareholder of Microsoft Corporation, a corporation organized and with its principal place of business in the State of Washington.

2. This Declaration is submitted in support of the Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(2).

3. I am domiciled in and a resident of the State of Washington. Except for three months in 1972, I have never been a resident of the District of Columbia.

4. I do not personally own real estate or bank accounts in the District of Columbia.

5. Since my brief residency in 1972 I have not transacted any business with anyone in the District of Columbia, except on behalf of Microsoft and within the scope of my employment for Microsoft or on behalf of the Bill & Melinda Gates Foundation of which I am co-chair with my wife Melinda.

6. Although I have been to the District of Columbia and have met with Government officials and others and have made speeches, those trips either have been for pleasure or for meetings and speeches in my official capacity on behalf of Microsoft or connection with the Bill & Melinda

Suzette Richards v. Duke University, et al.
Civil No. 06-1179 (RCL)
Declaration of William H. Gates III in
Support of Motion to Dismiss
Page 2 of 2

Gates Foundation. None of the allegations in the First Amended Complaint arise from these contacts or has any relation or even a remote connection to them.

7.  I do not know Suzette Richards and to my knowledge I have never met or seen her, engaged in any conversations with her or have had any form of communication with her. The first time I ever learned of her existence was when I learned about this lawsuit.

8.  I do not consent to the exercise of jurisdiction over me by this Court in my personal capacity.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration was executed this 12 day of September, 2006.

_____
WILLIAM H. GATES III