# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.        ) | **Civ. No. 06-1179 (RCL)** |
| ) | |
| DUKE UNIVERSITY, et al ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF MELINDA FRENCH GATES**
**IN SUPPORT OF MOTION TO DISMISS**

I, **MELINDA FRENCH GATES**, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.      This Declaration is submitted in support of the Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(2).

2.      I am domiciled in and am a resident of the State of Washington and have never been a resident of the District of Columbia.

3.      I own no property in the District of Columbia.

4.      I have no bank accounts in the District of Columbia.

5.      I received a bachelor's degree in computer science and economics from Duke University in 1986 and a master's in business administration from Duke's Fuqua School of Business in 1987. I served on the board of trustees of Duke University from 1996 until 2004.

6.      I have never been employed in the District of Columbia.

7.      Although I have been to the District of Columbia and have met with Government officials and others and have made speeches, those trips either have been for pleasure or for meetings and speeches on behalf of the Bill & Melinda Gates Foundation of which I am co-chair with my husband Bill, or in connection with my service on the board of directors of the Washington Post

Suzette Richards v. Duke University, et al.
Civil No. 06-1179 (RCL)
Declaration of Melinda French Gates in
Support of Motion to Dismiss
Page 2 of 2

Company since September 2004.  None of the allegations in the First Amended Complaint arise from any contacts I have had with the District of Columbia or has any relation or even a remote connection to them.

8.      I do not know Suzette Richards and to my knowledge I have never met or seen her, engaged in any conversations with her or have had any form of communication with her.  The first time I ever learned of her existence was when I learned about this lawsuit.

9.      I do not consent to the exercise of jurisdiction over me by this Court in my personal capacity.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration was executed this _12_ day of September, 2006

**MELINDA FRENCH GATES**

L:\2881\2\DIST OF COLUMBIA\DECLARATION- MELINDA FRENCH GATES.DISTRICT OF COLUMBIA.doc