# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civ. No. 06-1179 (RCL)** |
| | ) | |
| DUKE UNIVERSITY, et al | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF STEVEN A. BALLMER
## IN SUPPORT OF MOTION TO DISMISS

I, **STEVEN A. BALLMER**, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.        I am the Chief Executive Officer of Microsoft Corporation, a corporation organized and with its principal place of business in the State of Washington, and have held that position since January of 2000, having been with Microsoft since 1980.

2.        This Declaration is submitted in support of the Motion to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(2), and I have personal knowledge of the following facts, which to the best of my knowledge are true and correct.

3.        I am domiciled in and a resident of the State of Washington and have never been a resident of the District of Columbia.

4.        I own no property in the District of Columbia.

5.        I have no bank accounts in the District of Columbia.

6.        I have never conducted or transacted any business with anyone in the District of Columbia, except on behalf of Microsoft and within the scope of my employment for Microsoft.

7.        Although I have been to the District of Columbia for meetings with Government officials and others and to deliver speeches, they have been in my official capacity on behalf of

Suzette Richards v. Duke University, et al.
Civil No. 2003-0079 G/C
Declaration of Steven A. Ballmer in
Support of Motion to Dismiss
Page 2 of 2

Microsoft, and none of the allegations in the First Amended Complaint arise from these contacts or

has any relation or even a remote connection to them.

8.    I do not know Suzette Richards and to my knowledge have never met or seen her.

The first time I ever learned of her existence was when I learned about this lawsuit.

9.    I do not consent to the exercise of jurisdiction over me by this Court.

I declare under penalty of perjury that the foregoing is true and correct and this Declaration

was executed this _____ day of August, 2006

**STEVEN A. BALLMER**

L:\2881\2\DIST OF COLUMBIA\DECLARATION STEVEN A BALLMER 08-03 06.doc