# EXHIBIT 1

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL NO. 06-01179 (RCL) |
| | ) | |
| v. | ) | ACTION FOR DAMAGES, |
| | ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | DECLARATORY AND |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | INJUNCTIVE RELIEF |
| BOARD OF TRUSTEES, NANNERL | ) | |
| KEOHANE, in her personal and official | ) | |
| Capacity as President of Duke University, | ) | |
| GEORGETOWN UNIVERSITY, | ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, | ) | |
| ALBERTO GONZALES, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | **JURY TRIAL DEMANDED** |
| JOHN AND JANE DOES 1-10, | ) | |
| WILLIAM H. GATES, III, in his personal and | ) | |
| official capacity as Chairman of Microsoft | ) | |
| Corporation, STEVE BALLMER, in his personal | ) | |
| and official capacity as Chief Executive Officer | ) | |
| of Microsoft Corporation, MICROSOFT | ) | |
| CORPORATION, MICROSOFT EMPLOYEES | ) | |
| A-J, and MELINDA GATES, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## DECLARATION OF SUZETTE RICHARDS

I, Suzette Richards, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am the plaintiff in the above captioned matter.

2. I am an alumnus of Duke University ("Duke").

3. I graduated from high school, in the U.S. Virgin Islands, in June of 1992, and thereafter, in August of 1992, I matriculated to Duke to obtain an undergraduate degree. I graduated from Duke in May of 1996.

4. I returned to the Duke community in August of 1997 to attend law school at the Duke University School of Law ("Duke Law").

5. During my first semester of my first year at Duke Law, Dean Susan Sockwell, who was the Dean of Students, instructed students on how they should take examinations at Duke Law.

6. I had relied on Dean Sockwell's instructions about how to take law school exams.

7. However, after receiving my first semester grades, and reviewing the exams of persons who had received the highest grades in my first year Property and Civil Procedure classes, I realized that the people who had received the highest grades were people who did NOT take their examinations in the way that Dean Sockwell had instructed.

8. I felt injured by the misrepresentation that Dean Sockwell had made to students, and because I felt her actions were discriminatory, I went to speak to her about the instructions that she had given.

9. When I spoke to Dean Sockwell, she acted as though she had made an innocent error, though after I finished speaking to her and turned to leave her office, she referred to me as a "brave woman".

10. Even though Dean Sockwell had acted like she had made an innocent error, she did nothing to correct what she had told students after I had spoke to her, and final exams, for the second semester, were at that point, about one (1) month away.

11. Because Dean Sockwell had failed to correct what she had told students about the taking of law school exams, I decided to e-mail all of the black students on the Black Law Students Association's e-mail list what I learned about the taking of law school exams.

12. I considered suing Duke Law because of the discrimination that I had experienced, and even mentioned this to another first year law student.

13. Thereafter, Saundra Dockery, who had supervised me at a work study job that I had had during undergrad at Duke, told me that Pamela Gann, who was the Dean of Duke Law at the time, had told her that she would do "anything" to keep Duke Law in the top ten of the U.S. News and World Report law school rankings. When Ms. Dockery told me this I asked her "Anything?" And Ms. Dockery responded "Anything".

14. I subsequently received my transfer to the Georgetown University Law Center ("Georgetown Law"), and as such, I left Duke Law.

15. I first realized that I had to have been placed under some form of illegal electronic surveillance when, at the end of my first year of law school, in June of 1998, while I was living in Durham, North Carolina, a conversation I had had in my home about medical information appeared to have been disclosed to persons who should not have had that information.

16. During the second semester of my first year at Georgetown Law (which would have been the second semester of my second year of law school) medical information from a medical examination that I had had at the Gewirz Student Center at Georgetown Law appeared to have been disclosed to persons who should not have had access to this information. At this time I was living in Washington, D.C.

17. During the fall of 1999, while I was a third year law student at Georgetown Law, I travelled to Charlotte, North Carolina to spend time with my relatives over the Thanksgiving holiday. It was during this trip that I had a private conversation in my relative's home where I mentioned the potential for wireless technology to affect certain markets. Thereafter, shortly after I made those comments, I was surfing the MSN website and noticed that persons at Microsoft Corporation had created MSN Mobile.

18. During the Spring of 2000, I read an article that had recited a conversation between Bill and Melinda Gates. In that article, the statements that the article indicates were made by Melinda Gates were actually statements I had made in my home, during the Spring of 2000. I was living in Washington, D.C. at the time.

19. During September of 2000, I had returned to Charlotte, North Carolina to stay with my relatives. It was during this time that I wrote several ideas regarding how Microsoft Corporation could generate revenue through e-mail sales and even improve e-mails with graphics. I subsequently learned that Microsoft had implemented some of these ideas.

20. During February or March of 2001, while I was a law clerk at what is now the Superior Court of the Virgin Islands, I wrote an idea regarding changing the name of Microsoft's Web TV to MSN TV. After I wrote this, Microsoft implemented this idea.

21. I attended Georgetown Law from August of 1998 through late May of 2000, which was when I graduated from Georgetown Law.

22. I lived in the District of Columbia from January of 1999 through May of 1999 and from August of 1999 through August of 2000.

23. While I was living in the District of Columbia, in the Fall of 1999 and Spring of 2000, I did submit electronic suggestions to Microsoft regarding changes that could be made to the MSN website, and many of these changes were promptly implemented.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 6, 2006.

Suzette Richards