**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUZETTE RICHARDS,            ) | |
|             Plaintiff,       ) | |
| v.                                     ) | Case No. 1:06-cv-01179-RCL |
| DUKE UNIVERSITY, et al.,   ) | |
|             Defendants.   ) | |

**MICROSOFT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO RESPOND TO
PLAINTIFF'S MOTION FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY**

Defendants, **WILLIAM H. GATES, III**, **MELINDA GATES**, and **STEVE BALLMER**, to the extent that they have been sued in their personal capacities (collectively the "Microsoft Defendants"), through their undersigned counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the time until November 10, 2006, for them to file a reply in support of their motion to dismiss for lack of personal jurisdiction and a response to Plaintiff's motion for leave to take jurisdictional discovery.

The Plaintiff, Suzette Richards, consents to the foregoing relief sought by the Microsoft Defendants. Specifically, counsel for the Microsoft Defendants consulted with the Plaintiff, who by e-mail dated October 8, 2006, advised that she does not object to "[the Microsoft Defendants'] request for an extension of time until November 10, 2006."

Good cause exists for the Court to grant the Microsoft Defendants' motion. Specifically, Henry Feuerzeig, counsel for the Microsoft Defendants, will be out of the country until October 26, 2006.

Accordingly, the Microsoft Defendants request that this Court grant them until November

**Motion to Dismiss for Lack of Personal Jurisdiction**
**CASE NO. 1:06-cv-01179-RCL**
Page 2

10, 2006, to file their reply to Plaintiff's opposition to motion to dismiss for lack of personal jurisdiction.

    Respectfully submitted,

    /s/ Harry B. Roback
    COVINGTON & BURLING LLP
    CHARLES E. BUFFON
    D.C. Bar No.: 29983
    HARRY B. ROBACK
    D.C. Bar No. 48514
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C.  20004-2401
    Telephone:     (202) 662-5542
    Telecopier:    (202) 778-5542
    E-Mail:        cbuffon@cov.com
              hroback@cov.com

    DUDLEY, TOPPER AND FEUERZEIG, LLP
    HENRY L. FEUERZEIG∗∗
    Law House
    1000 Frederiksberg Gade (P.O. Box 756)
    St. Thomas, U.S.V.I.  00804-0756
    Telephone:     (340) 774-4422
    Telecopier:    (340) 715-4400
    E-Mail:        HFeuerzeig@dtflaw.com

    Attorneys for William H. Gates, III,
    Microsoft Corporation, Steve Ballmer
    and Melinda Gates

---

∗∗    Application for admission *pro hac vice* to this Court is pending.

**Motion to Dismiss for Lack of Personal Jurisdiction**
**CASE NO. 1:06-cv-01179-RCL**
Page 3

## CERTIFICATE OF SERVICE

It is hereby certified that on this the 10th day of October, 2006, a true and exact copy of the foregoing **MICROSOFT DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY** was served via ECF notification to:

| | |
|---|---|
| Suzette Richards, Esq.<br>P.O. Box 223875<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00822-3875<br>E-Mail: sjrich13@yahoo.com | Richard H. Hunter, Esq.<br>**HUNTER, COLE & BENNETT**<br>Pentheny Building - 3rd Floor<br>1138 King Street - Suite 301<br>Christiansted, St. Croix<br>U.S. Virgin Islands  00820<br>E-Mail: rhunter@hcbvilaw.com |
| Simone R.D. Francis, Esq.<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**<br>The Tunick Building - Suite 202<br>1336 Beltjen Road<br>St. Thomas, Virgin Islands  00802<br>E-Mail: simone.francis@odnss.com | Benton G. Peterson, Esq.<br>Assistant U.S. Attorney<br>**U.S. DEPARTMENT OF JUSTICE**<br>555 Fourth Street N.W.<br>Room E4905<br>Washington D.C.  20530<br>E-Mail: benton.peterson@usdoj.gov |
| Elizabeth A. O'Brien, Esq.<br>**WILLIAMS & CONNOLLY**<br>725 12th Street, N.W.<br>Washington, D.C.  20005<br>E-Mail: eobrien@wc.com | Michael J. Murphy, Esq.<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>2400 N Street, N.W.<br>Fifth Floor<br>Washington, D.C.  20037-1153<br>E-Mail: michael.murphy@odnss.com |

        s/ Harry B. Roback
        Harry B. Roback