# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DUKE UNIVERSITY, et al., )<br>)<br>    Defendants. ) | Case No. 1:06-cv-01179-RCL |

## ORDER

Upon consideration of the Microsoft Defendants' Unopposed Motion for Extension of Time to File a Reply In Support of Their Motion to Dismiss for Lack of Personal Jurisdiction And Respond to Plaintiff's Motion for Leave to Take Jurisdictional Discovery, it is hereby

ORDERED that the Microsoft Defendants' Motion for Extension of Time is GRANTED; and it is further

ORDERED that William H. Gates, III, Melinda Gates and Steve Ballmer shall have until November 10, 2006, to file a reply in support of their motion to dismiss for lack of personal jurisdiction and to file a response to plaintiff's motion for leave to take jurisdictional discovery.

SO ORDERED.

DATED: October ____, 2006

_____
ROYCE C. LAMBERTH
United States District Judge for
the District of Columbia