## IN THE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES, | ) ) ) ) ) CIVIL NO. 06-01179 (RCL) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANT GEORGETOWN UNIVERSITY'S
### MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendant Georgetown University,[1] by undersigned counsel, hereby moves to dismiss the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

---

[1] Georgetown University Law Center is not a separate entity from Georgetown University capable of being sued. Accordingly, "Georgetown University" includes the University as well as its Law Center.

The grounds for this Motion are set forth in the accompanying Defendant Georgetown University's Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Rule 12(b)(6).

A Proposed Order is also submitted.


Dated:  October 31, 2006                              Respectfully submitted,


                                                        WILLIAMS & CONNOLLY LLP

                                      By:  ___/s/ Elizabeth A. O'Brien___
                                                   Elizabeth A. O'Brien, Esq.
                                                   D.C. Bar No. 466314
                                                   725 Twelfth Street, N.W.
                                                   Washington, D.C.  20005
                                                   (202) 434-5000

                                                   HUNTER COLE & BENNETT
                                                   Richard H. Hunter, Esq.*
                                                   D.C. Bar No. 263798
                                                   1138 King Street
                                                   Christiansted, St. Croix
                                                   U.S. Virgin Islands 00820
                                                   (340) 773-3535

                                                 *Counsel for Georgetown University*


* Application for admission *pro hac vice* to this Court is pending.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 31st day of October, 2006, I caused a true and exact copy of Defendant Georgetown University's Motion to Dismiss Pursuant to Rule 12(b)(6), Defendant Georgetown University's Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Rule 12(b)(6), and Proposed Order, to be served via ECF or electronic mail upon:

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands 00822-3875
sjrich13@yahoo.com

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530
benton.peterson@usdoj.gov

Henry L. Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, Virgin Islands 00804
HFeuerzeig@dtflaw.com

Charles Edward Buffon
Harry B. Roback
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
cbuffon@cov.com

Simone Francis, Esq.
Ogletree Deakins Nash Smoak & Steward
The Tunick Building
1336 Beltjen Road
Suite 202
St. Thomas, Virgin Islands 00802
simone.francis@odnss.com

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Steward, P.C.
2400 N Street, N.W.
Fifth Floor
Washington, D.C. 20037
michael.murphy@odnss.com

                                                  /s/ Elizabeth A. O'Brien
                                                  Elizabeth A. O'Brien