UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUZETTE RICHARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | CIVIL NO. 06-1179 (RCL) |
| | ) | |
| v. | ) | ACTION FOR DAMAGES, |
| | ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY | ) | DECLARATORY AND |
| SCHOOL OF LAW, DUKE UNIVERSITY | ) | INJUNCTIVE RELIEF |
| BOARD OF TRUSTEES, NANNERL | ) | |
| KEOHANE, in her personal and official | ) | |
| Capacity as President of Duke University, | ) | |
| GEORGETOWN UNIVERSITY, | ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, | ) | |
| ALBERTO GONZALES, in his official capacity | ) | |
| as Attorney General of the United States, | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | **JURY TRIAL DEMANDED** |
| JOHN AND JANE DOES 1-10, | ) | |
| WILLIAM H. GATES, III, in his personal and | ) | |
| official capacity as Chairman of Microsoft | ) | |
| Corporation, STEVE BALLMER, in his personal | ) | |
| and official capacity as Chief Executive Officer | ) | |
| of Microsoft Corporation, MICROSOFT | ) | |
| CORPORATION, MICROSOFT EMPLOYEES | ) | |
| A-J, and MELINDA GATES, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

**COMES NOW** Plaintiff, *pro se*, and hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time, until November 27, 2006, to submit her Reply in further support of her Motion for Leave to Take Jurisdictional Discovery ("Motion for Jurisdictional Discovery") from Defendants William H. Gates, III, Steve Ballmer, and Melinda Gates' (collectively "Microsoft Defendants").

In support of this motion, Plaintiff states that during part of the time that was allotted to respond to this motion, Plaintiff, who is proceeding *pro se* and who is also employed full time in a regulatory capacity, was, in the limited time available to her, preparing her response to another filing that was made in this Court.  As such, Plaintiff will need a short extension of time to be able to submit her Reply in further support of her Motion for Jurisdictional Discovery from the Microsoft Defendants.  Plaintiff has spoken with Henry Feuerzeig, Esq., who is counsel for the Microsoft Defendants, regarding the instant motion for extension of time, and he has indicated that the Microsoft Defendants have no objection to the relief requested herein.  Plaintiff submits that this motion is not being made in bad faith or for purposes of delay.

**WHEREFORE**, in consideration of the foregoing, Plaintiff requests that she be granted an extension of time, until November 27, 2006, to submit her Reply in further support of her Motion for Jurisdictional Discovery from the Microsoft Defendants.

Respectfully submitted,
ATTORNEY FOR PLAINTIFF,

DATED: November 20, 2006                     _____/s/_____
Suzette Richards, *Pro Se*
P.O. Box 223875
Christiansted, St. Croix  00822-3875
Telephone: (340) 277-4808
Fax: (340) 772-5785

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 20th day of November, 2006, a true and exact copy of the foregoing document was caused to be served via electronic notification upon:

Simone R. D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C.
The Tunick Building, Suite 202
1336 Beltjen Road
St. Thomas, U.S. Virgin Islands  00802
Simone.francis@ogletreedeakins.com

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C. 20037
Michael.murphy@odnss.com

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I. 00804
hfeurzeig@dtflaw.com

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
cbuffon@cov.com
hroback@cov.com

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix  00820
rhunter@hcbvilaw.com

Elizabeth O'Brien, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, D.C.  20005
eobrien@wc.com

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530
Benton.peterson@usdoj.gov

                                            /s/
                                 Suzette Richards, *Pro Se*