# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS,<br><br>             Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES,<br><br>             Defendants. | CIVIL NO. 06-01179 (RCL) |

## DEFENDANT GEORGETOWN UNIVERSITY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendant Georgetown University ("Georgetown"),[1] by undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the time until December 11, 2006 to file its Reply in Support of its Motion to Dismiss Pursuant to Rule

---

[1] "Georgetown University" includes the University as well as Georgetown University Law Center.

12(b)(6). Plaintiff Suzette Richards consents to the instant motion. In support of this motion, Georgetown states as follows:

1. Plaintiff's Opposition to Defendant Georgetown University's Motion to Dismiss Pursuant to Rule 12(b)(6) [53] was first served on Georgetown by electronic mail on Tuesday, November 14, 2006 and then by ECF on Wednesday, November 15, 2006.

2. Defendant Georgetown's Reply in Support of its Motion to Dismiss Pursuant to Rule 12(b)(6) is currently due while counsel for Georgetown is out of the office for the Thanksgiving holiday.

3. Accordingly, counsel for Georgetown contacted Plaintiff to determine if she would consent to a brief extension of time for Georgetown to file its responsive pleading. Plaintiff consented and agreed to extend the time until Monday, December 11, 2006.

4. None of the above captioned parties will be prejudiced by extending the time for Georgetown to file its responsive pleading until December 11, 2006.

5. Therefore, Georgetown respectfully requests that the Court grant its unopposed motion to extend the time until December 11, 2006 to file its responsive pleading.

A proposed Order is also submitted.

Dated:  November 21, 2006 Respectfully submitted,

        WILLIAMS & CONNOLLY LLP

By: ___/s/ Elizabeth A. O'Brien__
    Elizabeth A. O'Brien, Esq.
    D.C. Bar No. 466314
    725 Twelfth Street, N.W.
    Washington, D.C.  20005
    (202) 434-5000

    HUNTER COLE & BENNETT
    Richard H. Hunter, Esq.*
    D.C. Bar No. 263798
    1138 King Street
    Christiansted, St. Croix
    U.S. Virgin Islands 00820
    (340) 773-3535

    *Counsel for Georgetown University*

* Application for admission *pro hac vice* to this Court is pending.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of November, 2006, I caused a true and exact copy of Defendant Georgetown University's Unopposed Motion for Extension of Time To File a Reply in Support of Its Motion To Dismiss Pursuant To Rule 12(b)(6), and Proposed Order, to be served via ECF or electronic mail upon:

Suzette Richards, Esq.  
P.O. Box 223875  
Christiansted, St. Croix  
U.S. Virgin Islands 00822-3875  
sjrich13@yahoo.com  

Benton G. Peterson, Esq.  
Assistant United States Attorney  
Judiciary Center Building  
Civil Division  
555 4th St., N.W., Room E4905  
Washington, D.C. 20530  
benton.peterson@usdoj.gov  

Henry L. Feuerzeig, Esq.  
Dudley, Topper & Feuerzeig  
1A Frederiksberg Gade  
P.O. Box 756  
St. Thomas, Virgin Islands 00804  
HFeuerzeig@dtflaw.com  

Charles Edward Buffon  
Harry B. Roback  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
cbuffon@cov.com  

Simone Francis, Esq.  
Ogletree Deakins Nash Smoak & Steward  
The Tunick Building  
1336 Beltjen Road  
Suite 202  
St. Thomas, Virgin Islands 00802  
simone.francis@odnss.com  

Michael J. Murphy, Esq.  
Ogletree, Deakins, Nash, Smoak & Steward, P.C.  
2400 N Street, N.W.  
Fifth Floor  
Washington, D.C. 20037  
michael.murphy@odnss.com  

                                        ___/s/ Elizabeth A. O'Brien__  
                                            Elizabeth A. O'Brien