# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES, | ) ) ) ) ) CIVIL NO. 06-01179 (RCL) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT GEORGETOWN UNIVERSITY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Defendant Georgetown University ("Georgetown"),[1] by undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b), to extend the time until December 14, 2006 to file its Reply in Support of its Motion to Dismiss Pursuant to Rule

---

[1] "Georgetown University" includes the University as well as Georgetown University Law Center.

12(b)(6). Plaintiff Suzette Richards consents to the instant motion. In support of this motion, Georgetown states as follows:

1. Due to unforeseen circumstances, counsel for Georgetown is in need of a brief extension (three days) to file Georgetown's responsive pleading.

2. Plaintiff consented and agreed to extend the time until Thursday, December 14, 2006.

3. None of the above captioned parties will be prejudiced by extending the time for Georgetown to file its responsive pleading until December 14, 2006.

4. Therefore, Georgetown respectfully requests that the Court grant its unopposed motion to extend the time until December 14, 2006 to file its responsive pleading.

A proposed Order is also submitted.

Dated: December 8, 2006               Respectfully submitted,

                                      WILLIAMS & CONNOLLY LLP

                                      By: ___/s/ Elizabeth A. O'Brien__
                                          Elizabeth A. O'Brien, Esq.
                                          D.C. Bar No. 466314
                                          725 Twelfth Street, N.W.
                                          Washington, D.C. 20005
                                          (202) 434-5000

                                                HUNTER COLE & BENNETT
                                                Richard H. Hunter, Esq.*
                                                D.C. Bar No. 263798
                                                1138 King Street
                                                Christiansted, St. Croix
                                                U.S. Virgin Islands 00820
                                                (340) 773-3535

                                                *Counsel for Georgetown University*

\* Application for admission *pro hac vice* to this Court is pending.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 8th day of December, 2006, I caused a true and exact copy of Defendant Georgetown University's Unopposed Motion for Extension of Time To File a Reply in Support of Its Motion To Dismiss Pursuant To Rule 12(b)(6), and Proposed Order, to be served via ECF or electronic mail upon:

Suzette Richards, Esq.  
P.O. Box 223875  
Christiansted, St. Croix  
U.S. Virgin Islands 00822-3875  
sjrich13@yahoo.com

Benton G. Peterson, Esq.  
Assistant United States Attorney  
Judiciary Center Building  
Civil Division  
555 4th St., N.W., Room E4905  
Washington, D.C. 20530  
benton.peterson@usdoj.gov

Henry L. Feuerzeig, Esq.  
Dudley, Topper & Feuerzeig  
1A Frederiksberg Gade  
P.O. Box 756  
St. Thomas, Virgin Islands 00804  
HFeuerzeig@dtflaw.com

Charles Edward Buffon  
Harry B. Roback  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004  
cbuffon@cov.com

Simone Francis, Esq.  
Ogletree Deakins Nash Smoak & Steward  
The Tunick Building  
1336 Beltjen Road  
Suite 202  
St. Thomas, Virgin Islands 00802  
simone.francis@odnss.com

Michael J. Murphy, Esq.  
Ogletree, Deakins, Nash, Smoak & Steward, P.C.  
2400 N Street, N.W.  
Fifth Floor  
Washington, D.C. 20037  
michael.murphy@odnss.com

                                          /s/ Elizabeth A. O'Brien  
                                            Elizabeth A. O'Brien