IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE UNIVERSITY, DUKE UNIVERSITY SCHOOL OF LAW, DUKE UNIVERSITY BOARD OF TRUSTEES, NANNERL KEOHANE, in her personal and official Capacity as President of Duke University GEORGETOWN UNIVERSITY, GEORGETOWN UNIVERSITY LAW CENTER, JOHN ASHCROFT, in his official Capacity as Attorney General of the United States, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, and JOHN and JANE DOES 1-10, WILLIAM H. GATES, III, in his personal and official capacity as Chairman of Microsoft Corporation, STEVE BALLMER, in his personal and Official capacity as Chief Executive Officer of Microsoft Corporation, MICROSOFT CORPORATION, MICROSOFT EMPLOYEES A-J and MELINDA GATES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CIVIL NO. 06-01179 (RCL) |
| Defendants. | ) |

## ORDER

This cause came before the Court on Defendant Georgetown University's Unopposed Motion for Extension of Time to File a Reply in Support of Its Motion to Dismiss Pursuant to Rule 12(b)(6).  Upon consideration of the Motion, and good cause appearing, it is this ____ day of _____, 2006, hereby

ORDERED that the motion is GRANTED, and it is further ORDERED

that Georgetown shall have until December 14, 2006 to file its Reply in Support of its Motion to Dismiss.

                                                _____

                                                JUDGE ROYCE C. LAMBERTH  
                                                United States District Judge  
                                                 for the District of Columbia

cc:    Richard H. Hunter, Esq.
Hunter Cole & Bennett
1138 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820

Elizabeth A. O'Brien, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Suzette Richards, Esq.
P.O. Box 223875
Christiansted, St. Croix
U.S. Virgin Islands 00822-3875

Henry L. Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, Virgin Islands 00804

Charles Edward Buffon
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Simone Francis, Esq.
Ogletree Deakins Nash Smoak & Steward
The Tunick Building
1336 Beltjen Road, Suite 202
St. Thomas, Virgin Islands 00802

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Steward, P.C.
2400 N Street, N.W., Fifth Floor
Fifth Floor
Washington, D.C. 20037

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530