UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUZETTE RICHARDS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-01179 (RCL) |
| DUKE UNIVERSITY,  et. al. | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accord with the Memorandum Opinion issued this date, it is hereby

ORDERED that the Duke University defendants' motions [17, 18, 32] to dismiss are GRANTED WITH PREJUDICE; it is further

ORDERED that the Georgetown University defendants' motions [11, 50] to dismiss are GRANTED WITH PREJUDICE; it is further

ORDERED that the United States Government defendants' motion [DVI 200] to dismiss is GRANTED WITH PREJUDICE; it is further

ORDERED that the Microsoft defendants' motions [DVI 219, 43] to dismiss are GRANTED WITH PREJUDICE; it is further

ORDERED that the plaintiff's motion [23] to strike exhibits filed by the Georgetown defendants is DENIED; and it is further

ORDERED that the plaintiff's motion [48] for leave to take jurisdictional discovery is DENIED.

This action now stands DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.