UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>DUKE UNIVERSITY, et. al. )<br>)<br>　　　　Defendants. )<br>) | Civil Action No. 06-01179 (RCL) |

### ORDER

In accord with the Memorandum Opinion issued this date, it is hereby

ORDERED that plaintiff's Cross-Motion [36] for Jurisdictional Discovery is DENIED; for the same reasons the Court denied plaintiff's Motion [48] for Leave to Take Jurisdictional Discovery. The motions are essentially identical, as are the arguments plaintiff advances on their behalf. As stated in the Court's Memorandum Opinion [60], "plaintiff has not alleged the underlying conspiracy with enough specificity to warrant jurisdictional discovery based on the conspiracy doctrine." As also stated in the Court's Opinion, plaintiff has failed to any facts that, taken separately or in aggregate, could support general jurisdiction on a "doing business" theory, and plaintiff is thus not entitled to discovery on those topics.

　　SO ORDERED.

　　Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.