UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUZETTE RICHARDS, ) | |
| ) | |
| PLAINTIFF, ) | CIVIL NO. 06-01179 (RCL) |
| ) | |
| v. ) | ACTION FOR DAMAGES, |
| ) | DISCRIMINATION, AND |
| DUKE UNIVERSITY, DUKE UNIVERSITY ) | DECLARATORY AND |
| SCHOOL OF LAW, DUKE UNIVERSITY ) | INJUNCTIVE RELIEF |
| BOARD OF TRUSTEES, NANNERL ) | |
| KEOHANE, in her personal and official ) | |
| Capacity as President of Duke University, ) | |
| GEORGETOWN UNIVERSITY, ) | |
| GEORGETOWN UNIVERSITY LAW CENTER, ) | |
| ALBERTO GONZALES, in his official capacity ) | |
| as Attorney General of the United States, ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | **JURY TRIAL DEMANDED** |
| JOHN AND JANE DOES 1-10, ) | |
| WILLIAM H. GATES, III, in his personal and ) | |
| official capacity as Chairman of Microsoft ) | |
| Corporation, STEVE BALLMER, in his personal ) | |
| and official capacity as Chief Executive Officer ) | |
| of Microsoft Corporation, MICROSOFT ) | |
| CORPORATION, MICROSOFT EMPLOYEES ) | |
| A-J, and MELINDA GATES, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

RECEIVED
APR 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Suzette Richards, *pro se*, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, from the Memorandum Opinion [D.D.C. Docket at 60], and accompanying Order [D.D.C. Docket at 59], that were entered on March 30, 2007, that denied Plaintiff's Motion to Strike Exhibits and her Motion for Leave to Take Jurisdictional Discovery from the Microsoft Defendants, and that further granted the defendants' motions to dismiss, and dismissed the above captioned matter with prejudice.

Notice is also hereby given that Plaintiff Suzette Richards, *pro se*, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, from the Order [D.D.C. Docket at 61], entered on March 30, 2007, that denied Plaintiff's Cross-Motion for Jurisdictional Discovery from the Duke Defendants.

                                            Respectfully submitted,
                                            ATTORNEY FOR PLAINTIFF,

DATED: April 7, 2007

                                            Suzette Richards, *Pro Se*
                                            P.O. Box 223875
                                            Christiansted, St. Croix  00822-3875
                                            Telephone: (340) 277-4808
                                            Fax: (340) 772-5785

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4610003464
Cashier ID: dcallis
Transaction Date: 04/10/2007
Payer Name: SUZETTE RICHARDS

NOTICE OF APPEAL/DOCKETING FEE
 For: SUZETTE RICHARDS
 Amount:         $455.00

CHECK
 Check/Money Order Num: 643
 Amt Tendered:   $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

06-1179

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of April, 2007, a true and exact copy of the foregoing document was caused to be served via the United States Postal Service, first class postage prepaid, upon:

Simone R. D. Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, L.L.C.
The Tunick Building, Suite 202
1336 Beltjen Road
St. Thomas, U.S. Virgin Islands  00802
Simone.francis@ogletreedeakins.com

Michael J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W., Fifth Floor
Washington, D.C. 20037
Michael.murphy@odnss.com

Henry Feuerzeig, Esq.
Dudley, Topper & Feuerzeig
1A Frederiksberg Gade
P.O. Box 756
St. Thomas, V.I. 00804
hfeurzeig@dtflaw.com

Charles E. Buffon, Esq.
Harry B. Roback, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
cbuffon@cov.com
hroback@cov.com

Richard Hunter, Esq.
Hunter, Cole & Bennett
Pentheny Bld., 3rd Floor
1138 King Street, Suite 301
Christiansted, St. Croix  00820
rhunter@hcbvilaw.com

Elizabeth O'Brien, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
eobrien@wc.com

Benton G. Peterson, Esq.
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C. 20530
Benton.peterson@usdoj.gov

                                                                               Suzette Richards, *Pro Se*